## JUDGE JESUS G. BERNAL
## EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 5:18-cv-01005-JGB-KKx |
|---|---|
| Case Name | *United States v. California Stem Cell Treatment Center, Inc., et al.* |

| Matter | Plaintiff(s)' Request mo/day/year | Defendant(s)' Request mo/day/year | Court's Order |
|---|---|---|---|
| ☐Jury Trial *or* ☒Court Trial **(Tuesday at 9:00 am)**  Length: 5-7 Days | Aug. 20, 2019 | Aug. 20, 2019 | |
| Final Pretrial Conference [L.R. 16] and Hearing on Motions *in Limine* **(Monday – two (2) weeks before trial date)** | Aug. 5, 2019 | Aug. 5, 2019 | |
| Last Date to Conduct Settlement Conference | Apr. 30, 2019 | Apr. 30, 2019 | |
| Last Date to *Hear* Non-discovery Motions (Monday at 9:00 am) | June 24, 2019 | June 24, 2019 | |
| All Discovery Cut-off (including hearing all discovery motions) | Mar. 31, 2019 | Mar. 31, 2019 | |
| Expert Disclosure (Rebuttal) | Feb. 6, 2019 | Feb. 6, 2019 | |
| Expert Disclosure (Initial) | Jan. 7, 2019 | Jan. 7, 2019 | |
| Last Date to Amend Pleadings or Add Parties | Nov. 15, 2018 | Nov. 15, 2018 | |

ADR [L.R. 16-15] Settlement Choice:

    ☒ Attorney Settlement Officer Panel
    ☐ Private Mediation
    ☐ Magistrate Judge

14