JOSEPH H. HUNT
Assistant Attorney General
GUSTAV W. EYLER
Director
NATALIE N. SANDERS
Trial Attorney
    Consumer Protection Branch
    U.S. Department of Justice
    450 5th Street, NW, Suite 6400-South
    Washington, D.C. 20530
    Telephone: (202) 598-2208
    Facsimile:  (202) 514-8742
    E-mail: Natalie.N.Sanders@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA STEM CELL TREATMENT CENTER, INC. *et al.*<br><br>    Defendants. | No. 5:18-CV-01005-JGB-KKx<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEPOSITION DEADLINE AS TO TWO EXPERT WITNESSES**<br><br>Before the Honorable Jesus G. Bernal, United States District Judge |

The Court has reviewed the parties' Joint Stipulation to Extend Deposition Deadline As To Two Expert Witnesses.

Good cause appearing, the Court grants the parties' Joint Stipulation. The deadline for the parties to conduct depositions of expert witnesses Carolyn Yong, Ph.D., and Lola M. Reid, Ph.D. is June 10, 2019.

1    All other discovery deadlines remain unchanged.
2    IT IS SO ORDERED.

Dated:  May 17, 2019

_____
HON. JESUS G. BERNAL
United States District Court Judge