JOSEPH H. HUNT
Assistant Attorney General
GUSTAV W. EYLER
Director
Consumer Protection Branch
NATALIE N. SANDERS
Trial Attorney
    Consumer Protection Branch
    U.S. Department of Justice
    450 5th Street, NW, Suite 6400-South
    Washington, D.C. 20530
    Telephone: (202) 598-2208
    Facsimile:  (202) 514-8742
    E-mail: Natalie.N.Sanders@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA STEM CELL TREATMENT CENTER, INC., *et al.*<br><br>    Defendants. | No. 5:18-CV-01005-JBG-KKx<br><br>Hon. Jesus G. Bernal<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT AND REPLY IN EXCESS OF PAGE LIMITS**<br><br>Motion Filing Deadline:   July 8, 2019<br><br>Motion Hearing Deadline:   August 5, 2019 |

    Plaintiff United States of America hereby moves for entry of an order granting leave to file a Motion for Summary Judgment ("Motion") and Reply that exceed the 25–page and 12–page limitations imposed by Local Rule 11-6 and ¶9(b) of the Court's Standing Order.  Defendants California Stem Cell Treatment Center, Inc., Cell Surgical Network Corporation, Elliot B. Lander, M.D., and Mark Berman, M.D., through their counsel, do

not oppose this motion.

Good cause exists to grant this motion, in support of which the Plaintiff states as follows:

1. Local Rule 11-6 prohibits the parties from filing memoranda that exceed 25 pages in length, excluding indices and exhibits, without prior permission of the Court. Paragraph 9(b) of the Court's Standing Order limits replies to 12 pages.

2. The United States is filing a Motion for Summary Judgment addressing four defendants and their manufacturing operations. For the sake of efficiency, Plaintiff has addressed all of the operations and issues for all four Defendants in the same motion.

3. Due to multiple statutory and regulatory regimes involved, it has not been possible to limit the Motion to 25 pages. For instance, the Motion addresses the complex interplay among the Federal Food, Drug, and Cosmetic Act and related regulations pertaining to, among other things, adulteration, misbranding, and current good manufacturing practice (cGMP); the Public Health Service Act and related regulations pertaining to the treatment of human cells, tissues, and cellular or tissue-based products (HCT/Ps); various legal theories presented by Defendants; and the results of inspections at Defendants' facilities.

5. Defendants represent that they, similarly, anticipate filing an Opposition to Plaintiff's Motion for Summary Judgment and may require a commensurate page length to adequately respond to the arguments advanced in the United States' Motion. The United States expects to file a Reply to Defendants' Opposition that responds as concisely as the subject matter permits.

6. Plaintiff respectfully submits that the Court will be aided by a thorough presentation of the issues by both parties, necessitating the requested enlargement of the 25-page limit for memoranda of law to 40 pages, and enlarging the 12-page limit for replies to 15 pages.

7. Neither side will be prejudiced by the relief sought.

WHEREFORE, Plaintiff United States requests that the Court enter the enclosed proposed order enlarging the page limit for Plaintiff's Motion for Summary Judgment, as well as Defendants' Opposition thereto, to 40 pages, and enlarging the page limit for Plaintiff's Reply to 15 pages.

**STATEMENT OF CONFERENCE OF THE PARTIES**

This motion is made following the conference of undersigned counsel with counsel for Defendants, Matthew M. Gurvitz of Venable LLP, which took place on Tuesday, June 11, 2019.  Defendants do not oppose Plaintiff's motion, provided that they receive a commensurate enlargement of the page limitations for their Opposition if the Court grants Plaintiff's request.

Dated: June 21, 2019                               Respectfully submitted,


                                                   */s/ Natalie N. Sanders*
                                                   NATALIE N. SANDERS

                                                   Attorney for Plaintiff
                                                   UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June 2019, I electronically filed a true and correct copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT AND REPLY IN EXCESS OF PAGE LIMITS through the Court's CM/ECF system, which will send a notice of electronic filing to the following:

>Celeste M. Brecht
>Matthew M. Gurvitz
>Norma N. King
>Witt W. Chang
>VENABLE LLP

>*/s/ Natalie N. Sanders*
>NATALIE N. SANDERS