JOSEPH H. HUNT
Assistant Attorney General
GUSTAV W. EYLER
Director
NATALIE N. SANDERS
Trial Attorney
     Consumer Protection Branch
     U.S. Department of Justice
     450 5th Street, NW, Suite 6400-South
     Washington, D.C. 20530
     Telephone: (202) 598-2208
     Facsimile: (202) 514-8742
     E-mail: Natalie.N.Sanders@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>CALIFORNIA STEM CELL<br>TREATMENT CENTER, INC.<br>*et al.*<br>     Defendants. | No. 5:18-CV-01005-JBG-KKx<br><br>NOTE CHANGES MADE BY COURT<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT AND REPLY IN EXCESS OF PAGE LIMITS<br><br>Before the Honorable Jesus G. Bernal, United States District Judge |

     The Court has reviewed the Plaintiff's Unopposed Motion for Leave to File Motion for Summary Judgment and Reply in Excess of Page Limits.

     Good cause appearing, the Court grants the Plaintiff's Unopposed Motion. The Court hereby enlarges the page limit for Plaintiff's Motion for Summary Judgment, as well as Defendants' Opposition thereto, to 32 pages; and enlarges the page limit for Plaintiff's Reply to 15 pages.

     IT IS SO ORDERED.

1    Dated:  June 24, 2019

2                                              _____
3                                              HON. JESUS G. BERNAL
                                               United States District Court Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28