# ATTACHMENT 7 TO DECLARATION OF KARLTON T. WATSON

**CELL SURGICAL NETWORK**®

For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home | About Us | Our Physician Network | Currently Studying | News | ICSS Charity | Newsletter | Contact

Patients **START HERE**

Health Practitioners **START HERE**

Our new book: *The Stem Cell Revolution* is now available!

Purchase Signed Copy | Download Free eBook

USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining the Network

Events

Videos

CSN Publications



### Welcome to the Cell Surgical Network

Welcome to the Cell Surgical Network®. The affiliates of the Cell Surgical Network® (CSN) are devoted to advancing access and quality care in the area of adult stem cell regenerative medicine in order to help people suffering from a variety of inflammatory and degenerative conditions.

Mission Statement

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?

**More FAQs...**



#### NonEmbryonic Adult Stem Cells

Undifferentiated cells that have the ability to replace dying cells and regenerate damaged tissue…
Read more

### Currently Studying



UROLOGY

CARDIAC / PULMONARY



#### Treatment Process

You have made an important decision to have a stem cell treatment. It's exciting that these tools are now available for investigational use…Read more

**Stem Cells and the FDA**

Stem cell treatment is not approved by



Toll Free: 800-231-0407    Make An Appointment    Find a Physician    Login    Your cart →

For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home    About Us    Our Physician Network    Currently Studying    News    ICSS Charity    Newsletter    Contact

Our Mission

Home / About Us / Our Mission

### To advance cell technology in order to improve the body's ability to regenerate.

**OUR MISSION**

The affiliates of the Cell Surgical Network® (CSN) are devoted to advancing access and quality care in the area of adult stem cell regenerative medicine in order to help people suffering from a variety of inflammatory and degenerative conditions.

**OUR STORY**

In 2010, Dr. Mark Berman brought back vital technology from Asia that allowed us to isolate SVF stromal vascular fraction which contains high numbers of regenerative cells using a person's own fat as part of a minor closed surgical procedure. Later that year, Dr. Berman teamed up with Dr. Elliot Lander to identify methods to explore the potential therapeutic benefits of SVF. Drs. Berman and Lander continued to improve the process and then formed California Stem Cell Treatment Center, a multi-specialty team that could deploy SVF to patients under an institutional review board that governs investigational work on humans. The main focus of the project was to establish the safety of autologous use of SVF for various degenerative conditions. This pioneering work spread rapidly since Dr. Berman and Dr. Lander believed that it was vital to teach the technology to qualified physicians who wanted to bring regenerative medicine into their own practices. The Cell Surgical Network® was founded in 2012 to help accomplish this goal. Affiliate physician members of the research group are made up of teams of multidisciplinary specially trained physicians in order to best assess and provide care for their patients. The Cell Surgical Network® emphasizes quality and is highly committed to clinical research and the advancement of regenerative medicine.

Currently, all Network members are highly qualified and credentialed physicians who use the same sterile closed surgical procedure to process fat from a mini-liposuction procedure in order to isolate and implant a patient's own source of regenerative cells on the same day. The regenerative cells are found in the SVF stromal vascular fraction which contains a mononuclear cell line (predominantly 2 types of autologous mesenchymal stem cells), macrophage cells, endothelial cells, immune regulatory cells, red blood cells, and important growth factors that facilitate the stem cell processes and promote their activity. Our technology allows us to isolate high numbers of viable cells that we can deploy during the same surgical setting and specific deployment methods have been developed that are original and unique for each condition being treated.  While vigilant about patient safety, we are also learning about which diseases respond best and which deployment methods are most effective. Our support team coordinates the collection of data from our affiliate centers all over the world to make the Cell Surgical Network® the world's largest regenerative medicine clinical research organization. Affiliate network physicians have the opportunity to share not only their data, but their vital clinical experiences thus helping each other to achieve higher levels of scientific understanding and optimizing medical care.



USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining the Network

Events

Videos

CSN Publications

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?
More FAQs....

**Stem Cells and the FDA**

Stem cell treatment is not approved by the FDA for any specific disease

Click for details...

HOME    OUR MISSION    CONTACT    CURRENTLY STUDYING    OUR PHYS CIAN TEAMS    UNITED STATES CANDIDATE APPLICATION    INTERNATIONAL CANDIDATE APPL CAT ON    AFFILIATE LOCATOR    FAQS
TRAVEL CONCIERGE    PRIVACY POLICY    H PAA PR VACY POL CY STATEMENT    HIPAA NOTICE OF PRIVACY PRACTICES

**Toll Free:** 800-231-0407 | **Telephone:** 760-424-8554 | **Fax:** 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web s te.
The web s te contains the op nions of multiple authors intended for educational purposes with the understanding that the publ cations or editorials are not prov ding any profess onal services.
CSN and its associates disclaim any liability loss  or risk  directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network
Website by Thetford Web Development



Toll Free: 800-231-0407    Make An Appointment    Find a Physician        Login        Your cart

For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home    About Us    Our Physician Network    Currently Studying    News    ICSS Charity    Newsletter    Contact

## Founders

Home > About Us > Founders





**ELLIOT B. LANDER,
MD, FACS**

**MARK BERMAN,
MD, FACS**

USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining
the Network

Events

Videos

CSN Publications

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?
**More FAQs...**

**Stem Cells and the FDA**

Stem cell treatment is not approved by
the FDA for any specific disease

Click for details...

Welcome to the Stem Cell Revolution.  Since 2010, we have been working with autologous (your own) adipose derived stromal vascular fraction (SVF) providing investigational therapy to patients with various inflammatory and/or degenerative conditions.  Using technology developed in South Korea, we have developed a closed surgical method to isolate this cellular medium (SVF) rich in stem cells.

Under our IRB (Institutional Review Board) approved protocol, we've been providing SVF deployment on an investigational basis.  Under the banner of the California Stem Cell Treatment Center® (CSCTC), we've formed a multidisciplinary team to evaluate patients with a variety of conditions often responsive to cell therapy.  We have also worked in conjunction with a number of international organizations and physicians of great expertise to help develop our protocols for procedures and deployments.  In 2012, we formed the Cell Surgical Network® (CSN) to provide the same high level quality controlled investigational therapy nationwide and beyond.

This website now, not only provides information about cell surgery, but also lists the affiliates of CSN®.  You are welcome to send your inquiries to any Network Affiliate you choose knowing that we are all members of the same team and providing the same investigational services to all eligible patients.

The Cell Surgical Network® provides a true team service with open communication and a shared online database to accumulate the best and most thorough information to help establish optimal protocols for treatments of the multitude of inflammatory and/or degenerative conditions.  All affiliate members in the CSN® will contribute to our IRB approved investigation.

HOME    OUR MISSION    CONTACT    CURRENTLY STUDYING    OUR PHYS CIAN TEAMS    UNITED STATES CANDIDATE APPLICATION    INTERNATIONAL CANDIDATE APPL CAT ON    AFFILIATE LOCATOR    FAQS
TRAVEL CONCIERGE    PRIVACY POLICY    HIPAA PRIVACY POL CY STATEMENT    HIPAA NOTICE OF PRIVACY PRACTICES

**Toll Free: 800-231-0407 | Telephone:** 760-424-8554 | **Fax:** 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web s te.
The web s te contains the op nions of multiple authors intended for educational purposes with the understanding that the publ cations or editorials are not prov ding any professional services.
CSN and its associates disclaim any liability loss or risk directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network
Website by Thetford Web Development



Toll Free: 800-231-0407    Make An Appointment    Find a Physician    Login    Your cart ⌄

For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home    About Us    Our Physician Network    Currently Studying    News    ICSS Charity    Newsletter    Contact

## Our Mission

Home / About Us / Our Mission

**To advance cell technology in order to improve the body's ability to regenerate.**



USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining the Network

Events

Videos

CSN Publications

**OUR MISSION**

The affiliates of the Cell Surgical Network® (CSN) are devoted to advancing access and quality care in the area of adult stem cell regenerative medicine in order to help people suffering from a variety of inflammatory and degenerative conditions.

**OUR STORY**

In 2010, Dr. Mark Berman brought back vital technology from Asia that allowed us to isolate SVF stromal vascular fraction which contains high numbers of regenerative cells using a person's own fat as part of a minor closed surgical procedure. Later that year, Dr. Berman teamed up with Dr. Elliot Lander to identify methods to explore the potential therapeutic benefits of SVF. Drs. Berman and Lander continued to improve the process and then formed California Stem Cell Treatment Center, a multi-specialty team that could deploy SVF to patients under an institutional review board that governs investigational work on humans. The main focus of the project was to establish the safety of autologous use of SVF for various degenerative conditions. This pioneering work spread rapidly since Dr. Berman and Dr. Lander believed that it was vital to teach the technology to qualified physicians who wanted to bring regenerative medicine into their own practices. The Cell Surgical Network® was founded in 2012 to help accomplish this goal. Affiliate physician members of the research group are made up of teams of multidisciplinary specially trained physicians in order to best assess and provide care for their patients. The Cell Surgical Network® emphasizes quality and is highly committed to clinical research and the advancement of regenerative medicine.

Currently, all Network members are highly qualified and credentialed physicians who use the same sterile closed surgical procedure to process fat from a mini-liposuction procedure in order to isolate and implant a patient's own source of regenerative cells on the same day. The regenerative cells are found in the SVF stromal vascular fraction which contains a mononuclear cell line (predominantly 2 types of autologous mesenchymal stem cells), macrophage cells, endothelial cells, immune regulatory cells, red blood cells, and important growth factors that facilitate the stem cell processes and promote their activity. Our technology allows us to isolate high numbers of viable cells that we can deploy during the same surgical setting and specific deployment methods have been developed that are original and unique for each condition being treated.  While vigilant about patient safety, we are also learning about which diseases respond best and which deployment methods are most effective. Our support team coordinates the collection of data from our affiliate centers all over the world to make the Cell Surgical Network® the world's largest regenerative medicine clinical research organization. Affiliate network physicians have the opportunity to share not only their data, but their vital clinical experiences thus helping each other to achieve higher levels of scientific understanding and optimizing medical care.

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?

More FAQs....

**Stem Cells and the FDA**

Stem cell treatment is not approved by the FDA for any specific disease

Click for details...

**Toll Free:** 800-231-0407 | **Telephone:** 760-424-8554 | **Fax:** 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web s te.
The web s te contains the op nions of mult ple authors intended for educational purposes with the understanding that the publ cations or editorials are not prov ding any profess onal services.
CSN and its associates disclaim any liability loss  or risk  directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network
Website by Thetford Web Development



Toll Free: 800-231-0407    Make An Appointment    Find a Physician        Login        Your cart

For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home    About Us    Our Physician Network    Currently Studying    News    ICSS Charity    Newsletter    Contact

Deployment Process

Home / About Us / Deployment Process



USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining
the Network

Events

Videos

CSN Publications

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?
More FAQs...

**Stem Cells and the FDA**

Stem cell treatment is not approved by
the FDA for any specific disease

Click for details...

HOME    OUR MISSION    CONTACT    CURRENTLY STUDYING    OUR PHYS CIANS TEAMS    UNITED STATES CANDIDATE APPLICATION    INTERNATIONAL CANDIDATE APPL CAT ON    AFFILIATE LOCATOR    FAQS
TRAVEL CONCIERGE    PRIVACY POLICY    H FAA PR VACY POL CY STATEMENT    HIPAA NOTICE OF PRIVACY PRACTICES

**Toll Free:** 800-231-0407 | **Telephone:** 760-424-8554 | **Fax:** 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web s te.
The web s te contains the op nions of multiple authors intended for educational purposes with the understanding that the publ cations or editorials are not prov ding any professi onal services.
CSN and its associates disclaim any liability loss  or risk  directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network
Website by Thetford Web Development



For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home    About Us    Our Physician Network    Currently Studying    News    ICSS Charity    Newsletter    Contact

Our Mission

Home / About Us / Our Mission

**To advance cell technology in order to improve the body's ability to regenerate.**



**OUR MISSION**

The affiliates of the Cell Surgical Network® (CSN) are devoted to advancing access and quality care in the area of adult stem cell regenerative medicine in order to help people suffering from a variety of inflammatory and degenerative conditions.

**OUR STORY**

In 2010, Dr. Mark Berman brought back vital technology from Asia that allowed us to isolate SVF stromal vascular fraction which contains high numbers of regenerative cells using a person's own fat as part of a minor closed surgical procedure. Later that year, Dr. Berman teamed up with Dr. Elliot Lander to identify methods to explore the potential therapeutic benefits of SVF. Drs. Berman and Lander continued to improve the process and then formed California Stem Cell Treatment Center, a multi-specialty team that could deploy SVF to patients under an institutional review board that governs investigational work on humans. The main focus of the project was to establish the safety of autologous use of SVF for various degenerative conditions. This pioneering work spread rapidly since Dr. Berman and Dr. Lander believed that it was vital to teach the technology to qualified physicians who wanted to bring regenerative medicine into their own practices. The Cell Surgical Network® was founded in 2012 to help accomplish this goal. Affiliate physician members of the research group are made up of teams of multidisciplinary specially trained physicians in order to best assess and provide care for their patients. The Cell Surgical Network® emphasizes quality and is highly committed to clinical research and the advancement of regenerative medicine.

Currently, all Network members are highly qualified and credentialed physicians who use the same sterile closed surgical procedure to process fat from a mini-liposuction procedure in order to isolate and implant a patient's own source of regenerative cells on the same day.  The regenerative cells are found in the SVF stromal vascular fraction which contains a mononuclear cell line (predominantly 2 types of autologous mesenchymal stem cells), macrophage cells, endothelial cells, immune regulatory cells, red blood cells, and important growth factors that facilitate the stem cell processes and promote their activity. Our technology allows us to isolate high numbers of viable cells that we can deploy during the same surgical setting and specific deployment methods have been developed that are original and unique for each condition being treated.  While vigilant about patient safety, we are also learning about which diseases respond best and which deployment methods are most effective. Our support team coordinates the collection of data from our affiliate centers all over the world to make the Cell Surgical Network® the world's largest regenerative medicine clinical research organization. Affiliate network physicians have the opportunity to share not only their data, but their vital clinical experiences thus helping each other to achieve higher levels of scientific understanding and optimizing medical care.

USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining the Network

Events

Videos

CSN Publications

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?
More FAQs...

**Stem Cells and the FDA**

Stem cell treatment is not approved by the FDA for any specific disease

Click for details...

HOME    OUR MISSION    CONTACT    CURRENTLY STUDYING    OUR PHYS CIAN TEAMS    UNITED STATES CANDIDATE APPLICATION    INTERNATIONAL CANDIDATE APPL CAT ON    AFFILIATE LOCATOR    FAQS
TRAVEL CONCIERGE    PRIVACY POLICY    H PAA PR VACY POL CY STATEMENT    HIPAA NOTICE OF PRIVACY PRACTICES

**Toll Free:** 800-231-0407 | **Telephone:** 760-424-8554 | **Fax:** 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web s te.
The web s te contains the op nions of multiple authors intended for educational purposes with the understanding that the publ cations or editorials are not prov ding any professi onal services.
CSN and its associates disclaim any liability loss  or risk  directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network
Website by Thetford Web Development



For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home   About Us   Our Physician Network   Currently Studying   News   ICSS Charity   Newsletter   Contact

## FAQs

Home / About Us / FAQs

- Our Technology
- Cell Banking
- NonEmbryonic Adult Stem Cells
- What is regenerative medicine?
- What are the tools of regenerative medicine?
- What is a stem cell?
- How do adult stem cells heal?
- What diseases and problems can be treated?
- Is our procedure FDA-approved?
- Does CSN use any embryonic stem cells?
- Why does CSN take a multispecialty treatment approach to regenerative medicine?
- What types of specialties are represented at CSN?
- Why do patients request stem cell treatment?
- Once a candidate is selected for treatment, how does CSN obtain a person's stem cells?
- Why does use liposuction fat rather than bone marrow as a source of stem cells?
- How is the fat obtained?
- How does CSN control sterility in the processing of the stem cells?
- Does CSN use stem cells from any other animal source or person?
- Why do some stem cell facilities around the world require days to weeks before removal of mesenchymal stem cells until reinsertion into the patient?
- Some stem cell treatment centers make extraordinary claims about their success in the treatment of various problems. Why doesn't CSN?
- Can stem cells treat cancer?

- Can stem cells cause cancer?
- What about patients with known cancers?
- Are there reports of autologous adipose derived adult mesenchymal stem cells harming any humans or animals?
- What claims are currently made by CSN about what stem cell therapy can do for you?
- Are any biological agents added to the stem cells such as medications or mixtures containing Plasma Enriched Platelets?
- How are the cells deployed into a patient?
- Can I be expected to improve after stem cell treatment at CSN?
- How long does it take to see improvement?
- Is everyone a candidate?
- Are any patients automatically excluded?
- Who decides who is eligible?
- Does a candidate have to participate in research to receive treatment at CSN?
- What are some diseases that CSN is definitely not treating at this time?
- What are the costs of consultation and treatment?
- What does the cost of procedure include?
- How many injections are required for success?
- Where can I get more information on stem cell treatments?

USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining the Network

Events

Videos

CSN Publications

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?

More FAQs...

**Stem Cells and the FDA**

Stem cell treatment is not approved by the FDA for any specific disease

Click for details...

### Our Technology

The Cell Surgical Network uses adipose derived stem cells for deployment & clinical research. Early stem cell research has traditionally been associated with the controversial use of embryonic stem cells. The new focus is on non-embryonic adult mesenchymal stem cells which are found in a person's own blood, bone marrow, and fat. Cell therapy around the world is shifting its focus from bone marrow based cells to adipose (fat) derived cells since the cells are easy to obtain and generally very robust. Adipose fat is an abundant and reliable source of stem cells. The best quality adipose cells are derived from the enzymatic digestion of liposuctioned fat which can be performed at the bedside in an essentially closed system to protect sterility. Autologous stem cells from a person's own fat are easy to harvest safely under local anesthesia and are abundant in quantities up to 2500 times those seen in bone marrow.

Clinical success and favorable outcomes appear to be related directly to the quantity of stem cells deployed. Once these adipose derived stem cells are administered back in to the patient, they have the potential to repair human tissue by influencing healing and also forming new cells of mesenchymal origin, such as cartilage, bone, ligaments, tendons, nerve, fat, muscle, blood vessels, and certain internal organs. Stem cells' ability to form cartilage and bone makes them potentially highly effective in the treatment of degenerative orthopedic conditions. Their ability to form new blood vessels and other tissues makes them suitable for mitigating a large number of traumatic and degenerative conditions.

We have anecdotal and experimental evidence that stem cell therapy is effective in healing and regeneration. Stem cells seek out damaged tissues in order to repair the body naturally. The literature and internet is full of successful testimonials but we are still awaiting definitive studies demonstrating efficacy of stem cell therapy. Such data may take five or ten years to accumulate. In an effort to provide relief for patients suffering from certain degenerative diseases that have been resistant to common modalities of treatment, we have initiated pilot studies as investigational tests of treatment effectiveness with very high numbers of adipose derived stem cells obtained from fat.

The Cell Surgical Network's cell harvesting and isolation techniques are based on technology from South Korea. This technological breakthrough allows patients to safely receive their own autologous stem cells in extremely large quantities. Our treatments and research are patient funded and we have endeavored successfully to make it affordable. All of our sterile procedures are non-invasive and done under local anesthesia. Patients who are looking for non-surgical alternatives to their degenerative disorders can participate in our trials by filling out our treatment application to determine if they are candidates. The Cell Surgical Network is proud to be state of the art in the new field of Regenerative Medicine. RETURN TO TOP...

### Cell Banking

Cryo-preservation and banking of adipose derived stem cells is possible and can be performed at the same time as your SVF deployment procedure. Cells On Ice™ is the company that handles this process in collaboration with our technology partner American CryoStem (ACS). Autologous lipo-aspirate can be frozen as SVF Stromal Vascular Fraction (contains mesenchymal and hematopoetic stem cells). SVF can be deployed for repeated treatments and also expanded under IRB approval as part of a safety trial providing vast quantities of autologous stem cells that could be used throughout that patient's life. This will provide patients with their own personal stem cell line that could be used "on demand" for everything from treating stroke, heart attack, seizures accident, or even cancer therapy should the need arise. The Cells On Ice™ program is also vital since many of the conditions we treat such as neuro-degenerative disorders and auto-immune conditions often require repeat deployments and using banked autologous cells allows this to be done in a convenient and cost effective manner. For more information on banking your own cells call 855-204-0302. RETURN TO TOP..

### NonEmbryonic Adult Stem Cells

Adult (not from embryonic source) Mesenchymal Stem Cells are undifferentiated cells that have the ability to replace dying cells and regenerate damaged tissue. These special cells seek out areas of injury, disease and destruction where they are capable of regenerating healthy cells and enabling a person's natural healing processes to be accelerated. As we gain a deeper understanding of their medical function and apply this knowledge, we are realizing their enormous therapeutic potential to help the body heal itself. Adult stem cells have been used for a variety of medical treatments to repair and regenerate acute and chronically damaged tissues in humans and animals. Although adult stem cells are found in many organs, they are very accessible in high numbers from fat. Other sources of stem cells such as "amniotic" products which are commercially available are not from one's own body and these cells are gamma radiated by the manufacturer and therefore are not live cells. If you have been offered amniotic cells from some source, one should be aware of this fact. The use of stem cells is not FDA approved for the treatment of any specific disease in the United States at this time and their use is therefore investigational. Many reputable international centers have been using stem cell therapy to treat various chronic degenerative conditions as diverse as severe neurologic diseases, renal failure, erectile dysfunction, degenerative orthopedic problems, and even cardiac and pulmonary diseases to name a few. Adult stem cells appear to be particularly effective at repairing cartilage in degenerated joints. RETURN TO TOP..

### What is regenerative medicine?

Regenerative Medicine is the process of creating living, functional tissues to repair or replace tissue or organ function lost due to damage, or congenital defects. This field holds the promise of regenerating damaged tissues and organs in the body by stimulating previously irreparable organs to heal themselves. (Wikipedia) RETURN TO TOP..

### What are the tools of regenerative medicine?

Traditionally, we have used various medications and hormones to limit disease and help the body repair itself. For example, hormone replacement therapy has, in many cases, shown the ability to more optimally help the immune system and thus help us repair diseased or injured tissues. Genetic research is an evolving area where we will eventually learn and utilize more ways of specifically dealing with gene defects causing degenerative disease. Stem cell therapy has already shown considerable promise in treating many degenerative conditions. Stem cells communicate with our tissues and with each other through a complex system of protein signaling molecules called cytokines or "growth factors." There are thousands of growth factors and some FDA approved and clinically available such as AQ topical growth factors (see store) that are useful for a number of cosmetic and therapeutic purposes. The science of using growth factors with stem cells is evolving and represents the next main area of growth in regenerative medicine. RETURN TO TOP..

### What is a stem cell?

A stem cell is basically any cell that can replicate and differentiate. This means the cell can not only multiply, it can turn into different types of tissues. There are different kinds of stem cells. Most people are familiar with or have heard the term "embryonic stem cell." These are cells from the embryonic stage that have yet to differentiate – as such, they can change into any body part at all. These are then called "pluri-potential" cells. Because they are taken from unborn or unwanted embryos, there has been considerable controversy surrounding their use. Also, while they have been used in some areas of medicine – particularly, outside the United States – they have also been associated with occasional tumor (teratoma) formations. There is work being conducted by several companies to isolate particular lines of embryonic stem cells for future use.

Another kind of stem cell is the "adult stem cell." This is a stem cell that already resides in one's body within different tissues. In recent times, much work has been done isolating bone-marrow derived stem cells. These are also known as "mesenchymal stem cells" because they come from the mesodermal section of your body. They can differentiate into bone and cartilage, and probably all other mesodermal elements, such as fat, connective tissue, blood vessels, muscle and nerve tissue. Bone marrow stem cells can be extracted and because they are found in numbers, they are usually cultured in order to multiply their numbers for future use. As it turns out, fat is also loaded with mesenchymal stem cells. In fact, it has hundreds if not thousands of times more stem cells compared to bone marrow. Today, we actually have tools that allow us to separate the stem cells from fat. Because most people have adequate fat supplies and the numbers of stem cells are so great, there is no need to culture the cells over a period of days and they can be used right away. RETURN TO TOP..

### How do adult stem cells heal?

These adult stem cells are known as "progenitor" cells. This means they remain dormant (do nothing) unless they witness some level of tissue injury. It's the tissue injury that turns them on. So, when a person has a degenerative type problem, the stem cells tend to go to that area of need and stimulate the healing process. We're still not sure if they simply change into the type of injured tissue needed for repair or if they send out signals that induces the repair by some other mechanism. Suffice it to say that there are multiple animal models and a plethora of human evidence that indicates these are significant reparative cells. RETURN TO TOP..

### What diseases and problems can be treated?

This will depend on the type of degenerative condition you have. A specialist will evaluate you and discuss whether you're a potential candidate for stem cell therapy. If after you've been recommended for treatment, had an opportunity to understand the potential risks and benefits, and decided on your own that you would like to explore this avenue of treatment, then you can be considered for treatment. Of course, even though it's a minimally invasive procedure, you will still need to be medically cleared for the procedure. RETURN TO TOP..

## Is our procedure FDA-approved?

NO. However, the Cell Surgical Network's surgical procedures fall under the category of physician's practice of medicine, wherein the physician and patient are free to consider their chosen course of treatment. The FDA does have guidelines about treatment and manipulation of a patient's own tissues. At CSN we meet these guidelines by providing same day treatment with the patient's own cells that undergo no manipulation and are inserted during the same procedure. RETURN TO TOP..

## Does CSN use any embryonic stem cells?

No. Only adult mesenchymal stem cells are used. These cells are capable of forming bone, cartilage, fat, muscle, ligaments, blood vessels, and certain organs. Embryonic stem cells are associated with ethical considerations and limitations. RETURN TO TOP..

## Why does CSN take a multispecialty treatment approach to regenerative medicine?

Patients suffer from many varieties of degenerative illnesses. There may be conditions associated with nearly all aspects of the body. Board certified specialists are ideal to evaluate, recommend and/or treat, and subsequently follow your progress. Together, through the CSN, we work to coordinate and provide therapy – mainly with your own stem cells, but also through other avenues of regenerative medicine. This could include hormone replacement therapy or other appropriate recommendations.

For example, if you have a knee problem, you would see CSN's Board Certified orthopedic surgeon rather than a generic "clinic director." Also, you might be recommended for evaluation for hormone replacement therapy or an exercise program should such be considered optimal. Nonetheless, we believe stem cell therapy to be the likely foundation for regenerative treatment.

It should also be noted, that all treatments are currently in the investigational stage. While we recognize our patients are seeking improvement in their condition through stem cell therapy, each treatment is part of an ongoing investigation to establish optimal parameters for treatment, to evaluate for effectiveness and for any adverse effects. It is essential that patients understand they are participating in these investigational (research) analyses. Once sufficient information is appropriately documented and statistically significant, then data (validated by an Institutional Review Board) will be presented to the FDA for consideration of making an actual claim. RETURN TO TOP..

## What types of specialties are represented at CSN?

A wide range of medical specialties is represented including urology, cosmetic surgery, ear, nose, & throat, sports medicine, functional medicine, orthopedics, internal medicine and cardiology to name a few. Our Network continues to grow and add experts from various other fields. The Cell Surgical Network is the first multispecialty stem cell center in the United States. RETURN TO TOP..

## Why do patients request stem cell treatment?

Many have been told that they require surgery or other risky treatments for their ailments and are looking for non-invasive options. Some have heard about the compelling testimonials about stem cells in the literature and on various websites. Many have read about the results of stem cell treatments in animal models and in humans. CSN does not believe in claims or testimonials since our work is still investigational but we are a resource for patients who need access to regenerative care. CSN gives a choice to those informed patients who seek modern regenerative therapy but desire convenience, quality and affordability. CSN fills a need for those patients who have been told that they have to travel to different countries and pay as much as twenty to one hundred thousand dollars for stem cell treatments off shore. RETURN TO TOP..

## Once a candidate is selected for treatment, how does CSN obtain a person's stem cells?

Stem cells are harvested and deployed during the same procedure. Our patients undergo a minimally-invasive liposuction type of harvesting procedure by a surgeon in our specialized treatment facility in a Treatment Center closest to you. The harvesting procedure generally lasts a few minutes and can be done under local anesthesia. SVF Stromal Vascular Fraction which contains mesenchymal stem cells and growth factors is then processed from 2 ounces of fat using a closed sterile system to avoid contact with the environment. SVF is ready for deployment within 90 minutes or less. RETURN TO TOP..

## Why does CSN use liposuction fat rather than bone marrow as a source of stem cells?

Bone marrow sampling (a somewhat uncomfortable procedure) yields approximately 5,000 – 60,000 cells that are then cultured over several days to perhaps a few million cells prior to deployment (injection into the patient). Recent advances in stem cell science have made it possible to obtain high numbers of very powerful multi-potent (able to form numerous other tissues) cells from a person's own liposuction fat. CSN uses technology acquired from Asia to process this fat to yield approximately five hundred thousand to one million stem cells per cc of fat, and therefore, it is possible to obtain as many as 10 to 40 million cells from a single treatment. These adipose derived

stem cells can form many different types of cells when deployed properly including bone, cartilage, tendon (connective tissue), muscle, blood vessels, nerve tissue and others. RETURN TO TOP..

### How is the fat obtained?

CSN patients have their fat (usually abdominal) harvested in our special sterile harvesting technology under a local anesthetic. The "mini liposuction" fat removal procedure lasts approximately twenty minutes. Specially designed equipment is used to harvest the fat cells and less than 100cc of fat is required. Post-operative discomfort is minimal and there is minimal restriction on activity. RETURN TO TOP..

### How does CSN control sterility in the processing of the stem cells?

Stem cells are harvested under sterile conditions using a special "closed system" technology so that the cells never come into contact with the environment throughout the entire process from removal to deployment. Sterile technique and oral antibiotics are also used to prevent infection. RETURN TO TOP..

### Does CSN use stem cells from any other animal source or person?

No. Only a person's own adult autologous cells are used. These are harvested from each individual and deployed back into their own body. There is no risk of contamination or risk of introduction of mammalian DNA into the treatments. RETURN TO TOP..

### Why do some stem cell facilities around the world require days to weeks before removal of mesenchymal stem cells until reinsertion into the patient?

These facilities are obtaining stem cells from bone marrow or blood in relatively small quantities and they are then culturing (growing) the cells to create adequate quantities. Research seems to indicate that success of treatment is directly related to the quantity of cells injected. CSN uses adipose derived stem cells that are abundant naturally at approximately 2,500 times levels found in bone marrow (the most common source of mesenchymal stem cells). CSN uses technology that isolates adipose stem cells in vast numbers in a short time span so that prolonged culturing is unnecessary and cells can be deployed into a patient within 90 minutes of harvesting. RETURN TO TOP..

### Some stem cell treatment centers make extraordinary claims about their success in the treatment of various problems. Why doesn't CSN?

CSN is doing pioneer research and treatment of many diseases. All investigational data is being collected so that results will be published in peer review literature and ultimately used to promote the advancement of cellular based regenerative medicine. Unless a technology has FDA approval, medical claims and advertising testimonials are not appropriate. RETURN TO TOP..

### Can stem cells treat cancer?

Stem cells have played an important role in cancer therapy for five decades. Hematopoetic stem cells (similar to mesenchymal stem cells and also found in stromal vascular fraction) have been used to restore bone marrow and replace blood cell lines after planned ablation of a cancer patient's bone marrow. This is known as a "stem cell transplant" and is associated with significant risk to cancer patients. Of course this is different than a regenerative therapy using stem cells to replace or repair damaged tissue. Having said that, new advances in cancer therapy have exploited stem cell property known as "TROPISM" which is the ability of stem cells to target tumors. This property has been used to help carry cancer killing agents deep into the cancer where the body's immune system cannot always operate effectively. Cell Surgical Network is involved in cutting edge clinical trials using stem cells to carry cancer-killing biologic agents deep into cancer tissue that has not responded to conventional therapy. For more information on this study, call 800-231-0407 RETURN TO TOP..

### Can stem cells cause cancer?

Adult mesenchymal stem cells are not known to cause cancer. Some patients have heard of stories of cancer caused by stem cells, but these are probably related to the use of embryonic cells (Not Adult Mesenchymal Cells). These embryonic tumors known as teratomas are rare but possible occurrences when embryonic cells are used. RETURN TO TOP..

### What about patients with known cancers?

Stem cell therapy is thought to be safe and not affect dormant cancers. If someone has had cancer that was treated and responded successfully, there is no reason to withhold stem cell deployment. In most cases, stem cells should not be used in patients with known active cancer outside of an active protocol (see "Can stem cells treat cancer") RETURN TO TOP..

### Are there reports of autologous adipose derived adult mesenchymal stem cells harming any humans or animals?

Cell Surgical Network follows all our outcomes and any adverse events and we have had extraordinary safety since we started treating patients in 2010. . All of our patients are entered into a database to follow and report even minor adverse reactions. This information is vital to the development of stem cell science. There have been a few reports of serious complications from associated with other technologies. RETURN TO TOP..

### What claims are currently made by CSN about what stem cell therapy can do for you?

None. Our aim is to make cell based medicine available to patients who are interested in and to provide ongoing research data under approved Institutional Review Board (IRB) validated studies. We will follow our stem cell treatment patients over their lifetimes. This will enable us to accumulate significant data about the various degenerative diseases we treat. Instead of providing simply anecdotal or testimonial information, our goal is to categorize the various conditions and follow the patient's progress through various objective (e.g. x-ray evidence or video displays) and subjective (e.g. patient and/or doctor surveys) criteria. We are aware of a lot of stories about marked improvement of a variety of conditions, but we make no claims about the internet research. We have submitted preliminary safety data to the FDA as part of an approval application which is under consideration... Still, these are your own cells and not "medicines" for sale. They are only being used in your own body. Most likely, no claim needs to be made; rather a statistical analysis of our findings would suffice to suggest whether treatments are truly and significantly effective. RETURN TO TOP...

### Are any biological agents added to the stem cells such as medications or mixtures containing Plasma Enriched Platelets?

Our adipose derived stem cell harvesting and isolation technique yields extremely high numbers of stem cells. In reviewing outcomes data, treatment cell numbers appear to correlate with treatment success. Our cells are actually in a type of "soup" called Stromal Vascular Fraction SVF which is stem cells bathed in a rich mixture of natural growth factors (Not the same as human growth factor hormone which is only one type of growth factor). Some types of orthopedic and urologic diseases appear to respond better to stem cells that are super enriched with growth factors created by administering Platelet Rich Plasma to the patient. Autologous Platelet Rich Plasma is derived from a patient's own blood drawn at the time of deployment. At CSN we do not add any foreign substances or medications to the stem cells. RETURN TO TOP...

### How are the cells deployed into a patient?



RETURN TO TOP...

### Can I be expected to improve after stem cell treatment at CSN?

Different conditions are treated in different ways and there are different degrees of success. If the goal is regeneration of joint cartilage, one may not see expected results until several months after treatment. Some patients may not experience significant improvement and others may see dramatic regeneration of damaged tissue or resolution of disease. Many of the disorders and problems that the physicians at CSN are treating represent pioneering work and there is a lack of data. FDA regulations prevent CSN from making any claims about expectations for success, however, if you are chosen for treatment, it will be explained that we believe stem cell therapy may be beneficial or in some cases that we are unsure and treatment would be considered investigational. RETURN TO TOP...

### How long does it take to see improvement?

Stem cell therapy relies on the body's own regenerative healing to occur. The regenerative process may take time, particularly with orthopedic patients, who may not see results for several months. In some diseases, more immediate responses are possible. RETURN TO TOP...

### Is everyone a candidate?

No. Only certain medical problems are currently being treated at CSN. Check our list or fill out a candidate application form on the website. All patients need to be medically stable enough to have the treatment in our facility. There may be some exceptional conditions that may eventually be treated in hospitalized patients, but that remains for the future. Some patients may be declined due to the severity of their problem. Other patients may not have conditions appropriate to treat or may not be covered by our specialists or our protocols. A waiting list or outside referral (if we know of someone else treating such a problem) might be applicable in such cases. RETURN TO TOP...

### Are any patients automatically excluded?

Yes. Patients with uncontrolled cancer are excluded. If you have an active infection anywhere in your body you must be treated first. Severely ill patients may require special consideration. Also, anyone with a bleeding disorder or who takes blood thinning medications requires special evaluation before consideration for stem cells. RETURN TO TOP...

### Who decides who is eligible?

The specialist seeing you at CSN will make a determination based on your history and exam, studies, and current research findings. Any complex cases may be reviewed by our ethics advisory committee. Occasionally, we may seek opinions from thought leaders around the world. RETURN TO TOP...

### Does a candidate have to participate in research to receive treatment at CSN?

No. Participation in any of our protocols is not mandatory and there are no incentives, financial or otherwise, to induce patients to enroll in our studies. However, CSN is dedicated to clinical research for the development of stem cell science. CSN is taking an active role in cutting edge clinical research in the new field of regenerative medicine. Research studies will be explained and privacy will be maintained. Formal future research studies will be regulated by an Institutional Review Board which is an authorized agency that promotes validity, transparency and protection of human study enrollees. RETURN TO TOP...

### What are some diseases that CSN is definitely not treating at this time?

No psychiatric conditions are currently included in our IRB protocols. See list of problems currently being studied.
RETURN TO TOP..

### What is the cost of consultation and treatment?

Patients who are considered to be candidates based on information provided in the candidate application form will be invited for a consultation which may be associated with a consultation fee in some cases. Consultation with a physician may include office evaluation, physician's evaluation of X-Rays, review of records, or telephonic consultations.. Unfortunately, insurance generally will not cover the actual cost of stem cell treatment in most cases since stem cell therapy is still considered investigational the cost varies depending on the disease state being treated and which type of stem cell deployment is required. RETURN TO TOP..

### What does the cost of procedure include?

Because of recent innovations in technology, CSN is able to provide outpatient stem cell treatment at a fraction of the cost of that seen in many overseas clinics. Our fees covers Stromal Vascular Fraction SVF harvesting, preparation, and deployment which may include the use of advanced interventional radiology and fluoroscopy techniques. Total costs will be determined after a medical evaluation. RETURN TO TOP..

### How many injections are required for success?

Most patients, especially those with orthopedic conditions, require only one deployment. Certain types of degenerative conditions, particularly auto-immune disease, may respond best to a series of stem cell deployments. The number and necessity of any additional treatments would be decided on a case by case basis. Financial consideration is given in these instances. RETURN TO TOP..

### Where can I get more information of stem cell treatments?

Each "currently studying" section of our website includes a vast library with relevant literature. RETURN TO TOP..

---

HOME   OUR MISSION   CONTACT   CURRENTLY STUDYING   OUR PHYS CIAN TEAMS   UNITED STATES CANDIDATE APPLICATION   INTERNATIONAL CANDIDATE APPL CAT ON   AFFILIATE LOCATOR   FAQS

TRAVEL CONCIERGE   PRIVACY POLICY   H FAA PR VACY POL CY STATEMENT   HIPAA NOTICE OF PRIVACY PRACTICES

**Toll Free:** 800-231-0407 | **Telephone:** 760-424-8554 | **Fax:** 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web s te.

The web s te contains the op nions of multiple authors intended for educational purposes with the understanding that the publ cations or editorials are not prov ding any profess onal services.

CSN and its associates disclaim any liability loss or risk directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network
Website by Thetford Web Development





Toll Free: 800-231-0407    Make An Appointment    Find a Physician    Login    Your cart ≡

For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home    About Us    Our Physician Network    Currently Studying    News    ICSS Charity    Newsletter    Contact

## Elliot B. Lander, MD, FACS

Home / Teammate / Elliot B. Lander, MD, FACS

**Certified Diplomat of the American Board of Urology**
**Fellow of the American College of Surgeons**

Dr. Elliot Lander, a Board Certified Urologist, is Co-Founder and Co-Medical Director California Stem Cell Treatment Center and the Cell Surgical Network.

Elliot B. Lander, M.D. F.A.C.S. is a Board-Certified Surgeon. He was born in Los Angeles, California. He graduated Magna Cum Laude and Phi Beta Kappa from Occidental College with Distinction in Biochemistry. He attended medical school at the University of California, Irvine. For six years after medical school, Dr. Lander studied General Surgery and then Urologic Surgery at the University of California, Irvine. He was a Clinical Assistant Professor of Urology at the same UC Irvine while in practice in Orange County for five years. During that time he was active in teaching residents and doing research.

Dr. Lander has been elected as a Fellow of the American College of Surgeons. He has served as Chief of Urology at Eisenhower Medical Center and Chief of Surgery at John F. Kennedy Hospital. Dr. Lander has been on staff at Eisenhower Medical Center for twenty years. He is an Expert Reviewer in Urology for the California Medical Board. Dr. Lander is also doing clinical research on liposome encapsulated agents for the treatment of interstitial cystitis and is founder of Nanologix Research Inc. Additional areas of special focus also include focal treatment of prostate cancer and regenerative urology with emphasis on Peyronies Disease and erectile dysfunction. Also, one area of very special interest includes the study of the use of stem cells in developing cancer vaccines.

Dr. Lander is currently involved in cutting edge translational stem cell treatment research at the California Stem Cell Treatment Center based in Rancho mirage and Beverly Hills. Dr. Lander is also co-founder of *Cells On Ice®* which is a cryobanking stem cell technology company. He is a founding member of the International Cell Surgical Society, a nonprofit organization dedicated to research and education regarding the medical use of adult stem cells. Dr. Lander and his team of multispecialty experts were instrumental in bringing fat derived stem cell technology to the United States in 2010 and have pioneered several new techniques in regenerative medicine. Dr. Lander is co-founder of Cell Surgical Network, an international research network dedicated to developing cell surgical techniques studying the clinical applications of adipose derived stem cells and growth factors. Research affiliate physicians trained by the Cell Surgical Network team can be found in many U.S. cities and all around the world. The Cell Surgical Network organization oversees an online regenerative medicine database to track clinical outcomes and adverse events from stem cell treatment centers all over the globe. Dr. Lander is co-author of *The Stem Cell Revolution*, a popular book on regenerative medicine.

**CURRICULUM VITAE | ELLIOT B. LANDER, MD, FACS**

Certified Diplomate of the American Board of Urology
Fellow of the American College of Surgeons
Co-Medical Director the California Stem Cell Treatment Center®

Co-Founder and Co-Medical Director of Cell Surgical Network®

Co-Founder of Cells On Ice® Inc.

Co-Founder of Nanologix Research Inc.

**EDUCATION**

1978-1982 Bachelor's Degree, Occidental College, Los Angeles, California
1982-1986 Medical Doctor, University of California, Irvine
1986-1988 General Surgery Resident, U.C. Irvine Medical Center
1988-1992 Urology Resident, U.C Irvine Medical Center

**PRIOR PRACTICE**

1992-1997 Partner Physician Kaiser Permanente Medical Group, Assistant Clinical Professor of Urology, UC Irvine College of Medicine.

**CURRENT PRACTICE**

Co-Founder and Co-Medical Director of California Stem Cell Treatment Center

Co-Founder and Co-Medical Director of Cell Surgical Network International Research Organization

Co-Founder of Cells On Ice Inc.

Private Solo Practice of Lander Regenerative Urology – specializing in men's health and wellness

Member of Scientific Advisory and executive board for StemImmune Incorporation, San Diego, California

### Sidebar

USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining the Network

Events

Videos

CSN Publications

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?
More FAQs....

**Stem Cells and the FDA**

Stem cell treatment is not approved by the FDA for any specific disease

Click for details...

Founder and Scientific Advisor for Nanologix Research Inc.

**AREAS OF SPECIAL EMPHASIS**

Adult Stem Cell Treatment and translational research for Degenerative Diseases

Bio-Identical Hormone Replacement

Interstitial Cystitis and Peyronies Disease

**CURRENT STAFF PRIVILEGES**

Eisenhower Memorial Hospital, Rancho Mirage, California

**INSTRUCTOR**

Honorary Faculty American Board of Interventional Pain Physicians -Regenerative Medicine Competency
Examination 2016
**MEMBERSHIPS**

American Urologic Association

Fellow of the American Board of Urology

Fellow of the American College of Surgeons

**LEADERSHIP EXPERIENCE**

Past Chief of Urology at Eisenhower Medical Center, Rancho Mirage, California
Past Chief of Surgery at John F. Kennedy Hospital, Indio, California

**SPECIAL TRAINING**

Dr. Lander has done special training to certify in Laser Vaginal Rejuvenation and cosmetic genital reconstruction as
well as having performed over 4000 pelvic floor reconstruction procedures.

**NON-PROFIT PARTICIPATION**

Founding Board member emeritus "BRIDGE FOR PELVIC PAIN."  A non-profit organization dedicated to advocacy,
education and resources for patients with chronic pelvic pain. 2014-2017

International Cell Surgical Society- Board member 2014-current

**AWARDS AND HONORS**

- J. Gordon Hatfield Award in 1986. One award per year at U.C. Irvine for senior student demonstrating excellence
  in surgery.
- Graduated Magna Cum Laude from Occidental College with distinction in Biochemistry for honors thesis, 1982.
- Phi Beta Kappa in 1982.
- Carnation Honor Award (second highest academic merit award at Occidental college) 1978,1979,1980,1981.
- Statewide NASA Youth Science Congress award for Basic Science Research, 1978.
- National Science Foundation-Committee for Advanced Science Training Undergraduate Research Grant, 1979.
- Palm Springs Best Doctors: Dr. Elliot Lander has been named as one of the five "Top Docs" in Palm Springs for
  2016. The article is featured in the July 2016 issue of Palm Springs Life magazine. Dr. Lander was also featured in
  Palm Springs Life magazine in 2011 as one of the top 5 of 77 of the Deserts best doctors
- Western Section American urologic Association Historical Essay Contest 4th Place- 2014

**CURRENT RESEARCH**

Principal Investigator: Additive Effects of Combination Therapy on Erectile Function with Tadalafil and Neo40, a Nitric
Oxide Dietary Supplement." Sponsor: NeoGenesis Labs. Houston, Texas. 2016

Principal Investigator: "Oncolytic Virus Combined with Autologous Stem Cells for Advanced Malignancy." Sponsor:
StemImmune. San Diego California. 2016

**BASIC SCIENCE/CLINICAL RESEARCH PROJECTS**

JUNE 1984-DECEMBER 1984
Basic science Research at University of California, Irvine Renal Transplantation Laboratory, Dr. Charles Hewitt.

Studied the effects of Uremia in Rat model.

1981
Pharmacology Research, UCLA Medical School. Studied the effects of Beta Blockers on Vascular Resistance.

1980
Clinical Research at Cedars Sinai Medical Center (Department of Cardiac Rehabilitation) Los Angeles. Studied Myocardial Infarction and Subsequent Organic Brain Syndrome.

1979
Organic Chemistry Research at Occidental College, Los Angeles, Ca (under Dr. Frank DeHahn, PhD). Studied Friedel-Crafts Reaction.

2012
Medical Director and Principal Investigator of Cell Surgical Network for the IRB approved investigational study of stromal Vascular Fraction.

**BOOK AUTHOR**

Co-author of *"The Stem Cell Revolution."* By Mark Berman MD and Elliot Lander MD. 2015 Authorhouse Company

Authored "Forward" in *"Desmystifying Stem Cells- A Real Life Approach."* By Bohdan Olesnicky MD and Naota Hashimoto DC.

**PUBLICATIONS**

- Berman S,Uhlendorf TL, Mills DK, Lander EB, Berman MH, Cohen RW. Validation of Acoustic Wave Induced Traumatic Brain Injury in Rats. Brain Sci. 2017 Jun 2;7 (6).
- Berman M, Lander E. A Prospective Study of Adipose Derived Stromal Vascular Fraction Using a Specialized Surgical Processing system. The American Journal Cosmetic Surgery. Feb 2017 (1-14).
- Lander EB, Berman MH, See J. Stromal Vascular Fraction Cells: Applications in Chronic Pain. Techniques in Regional Anesthesia and Pain Management. 19 (2015) 10-13.
- Lander EB, Berman MH, See J. Stromal Vascular Fraction Combined with Shock Wave for the Treatment of Peyronie's Disease. Reconstr. Surg. Glob Open 2016;4:e631; doi: 10.1097 *GOX 000000000000622; Published online 2 March 2016.*
- Lander EB, See JR. Intravesical instillation of pentosan polysulfate encapsulated in a liposome nanocarrier for interstitial cystitis. Am J. Clin. Exp. Urol. 2014;2(2):145-148

- Lander EB. Lee I. Giant Scrotal Lipomatosis. J. Urol. 156: 1773, 1996.
- Lander EB. Severe Hemoglobinuria Masquerading as gross hematuria following mitral valve replacement. J. Urol. 153: 1639, 1995.
- Lander EB, Shanberg AM, Tansey LA, Sawyer DE, Groncy PK, Finkelstein JZ. The use of continent diversion in the Management of rhabdomyosarcoma of the Prostate in childhood J. Urol. 147: 1602, 1992.
- Lander EB, Hewitt CW, Black KS Martin DC. Evaluation of rat Renal Allograft Model in comparison to man: A physiological perspective. J. Urol. 136:710, 1986.
- Vyden JK, Nagasawa K, Kanazawa M, Rose, Seino Y, Robertson M, Lander EB. Lack of effect of Cyclandelate in Peripheral Arterial disease. Angiology 35:1, 1984.
- Detection of Unsuspected cognitive impairment in Cardiac rehabilitation patients. Chapter 24 in "Post Myocardial Infraction Management and Rehabilitation.' M. Dekker, Inc, 1983.
- Study of Salivary and Serum Antibody Response in Mice following oral challenge with S. Mutans. Winning paper at statewide NASA youth Science Congress, 1978.

**PATENTS**

Glycosaminoglycan encapsulation in a liposomal nanocarrier drug delivery system. Patent application No. 13/802,445 filed Mar 13, 2013 entitled: Method and Composition for Treating Cystitis.

Growth factor and stem cell encapsulation in a liposomal nanocarrier drug delivery system. Patent application No. 13/900,518 filed May 22, 2013 entitled: Method and Composition for Treating Cystitis.

Combination of Shock Wave and Stem Cell for Degenerative Disease. Provisional patent filed 2014.

**ACADEMIC PRESENTATIONS**

*Transurethral Prostatectomy: Reduced Duration of Catheterization and Hospitalization* presented at the 67th Annual Meeting Western Section American Urological Association. Vancouver B.C. Canada on August 1st, 1991.

*Fat Derived Stem Cells* presented at 7th Annual National Society of Cosmetic Surgeons. Las Vegas, Nevada, 2012.

*Interstitial Cystitis: Current Concepts* presented at Grand Rounds event Annenberg Center for Health Sciences at Eisenhower Medical Center, Rancho Mirage, California on January 3, 2013.

*Adipose Derived Stem Cells and Urologic Regenerative Medicine* presented at American Academy of Cosmetic Surgery 29th Annual Scientific Meeting. Las Vegas, Nevada on January 16th,2013.

*New Horizons In Regenerative Urology* presented at SELECTBIO Clinical Translation of Stem Cells Summit 2013. Rancho Mirage, California on January 23rd, 2013.

*Autologous Adipose Derived Stromal Vascular Fraction for the Treatment of Interstitial cystitis - A Pilot Study* presented at American Urologic Association Western Section 89th Annual Meeting. Monterey, California on November 3rd, 2013.

*Intravesical Pentosan Polysulfate Encapsulated in a Liposome Nanocarrier for Interstitial Cystitis.* Poster presented at American Urologic Association Western Section 89th Annual Meeting. Monterey, California on November 3rd, 2013.

*Autologous Adipose Derived Stromal Vascular Fraction Combined with Low Intensity Shock Wave Therapy for the Treatment of Peyronies Disease - A Pilot Study. Poster* presented at American Urologic Association Western Section 89th Annual Meeting. Monterey, California on November3rd, 2013.

*Regenerative Urology* presented at 2013 World Stem Cell Summit, San Diego, California, on December 4th, 2013.

*Stromal Vascular Fraction Combined with Low Intensity Shock Wave Therapy for Peyronies Disease* presented at 2014 American Academy of Cosmetic Surgery 30th Annual Scientific Meeting. Hollywood, Florida, on January 14th, 2014.

*Regenerative Urology* presented at FATS Bangkok 2014. Visiting Surgeon at Ramathibodi Hospital in Bangkok, Thailand on April 18th, 2014.

*Regenerative Urology and ED* presented at SELECTBIO Clinical Translation of Stem Cells Summit 2014. Rancho Mirage, California on April 21st, 2014.

*The Role of The Surgeon in Regenerative Urology* at Anti-Aging Regenerative & Aesthetic Medicine 22nd Annual World Congress. Orlando, Florida on May 17th, 2014.

*The Role of The Physician In Regenerative Urology* presented at 2014 John C. Lincoln Health Network Medical Staff Retreat.  Sedona, Arizona on June 9th, 2014.

*Innovations In Stem cell Treatments and Regenerative Medicine* presented at 2014-2015 World Medical tourism and global Healthcare Congress. Washington DC on September 21st, 2014.

*Adipose Derived Stem Cells And Extracorporeal Shock Wave Therapy For Erectile Dysfunction. Poster* presented at American Urologic Association Western Section 90th Annual Meeting. Mauai, Hawaii on October 26th, 2014.

*Peyronies Disease.* Presented at the American Academy of Cosmetic Surgery's 31st Annual Scientific Meeting-Technological Advancements in Cosmetic Surgery. New Orleans, Louisiana on January 14th, 2015.

*Treatment of Peyronie's Disease with Autologous Adipose Derived Stromal Vascular Fraction Rich in Adult Stem Cells Combined with Penile Shock Wave Therapy.* Sexual Medicine Podium Session American Urologic Association Western Section 91st Annual Meeting. Indian wells, California on October 27th, 2015.

*Treatment of Interstitial Cystitis With Autologous Adipose Derived Stromal Vascular Fraction Rich in Adult Stem Cells and Growth Factors.*  Pelvic Floor Podium Session American Urologic Association Western Section 91 st Annual Meeting. Indian wells, California on October 27th, 2015.

*Session chairman and speaker: Various Disease Classes Addressed by Adult Stem Cells—Therapies in Development and in the Clinical/Surgical Realm.  Clinical and Surgical Translation of adult Stem Cells.* San Diego, California on Nov 9th and 10th, 2015.

Session Moderator and Presenter: Stromal Vascular Fraction and Urology.  Academy of Regenerative Practices, Fort Lauderdale, Florida on February 6th, 2016.

*Stromal Vascular Fraction and Pain.* Florida Society of Interventional Pain Physicians 2016 Annual Meeting. Orlando, Florida on May 21st, 2016.

*SVF Anatomy, Physiology, MOA, and Preparation.* Regenerative Medicine Review Course. American Society of Interventional Pain Physicians. Las Vegas, Nevada on August 19th, 2016.

*SVF Applications in Chronic pain and Other Disorders.* Regenerative Medicine Review Course. American Society of Interventional Pain Physicians. Las Vegas, Nevada on August 19th, 2016.

*Injection of Autologous Mesenchymal SVF into the Human Brain Ventricular System for Neurodegenerative Disorders: 2-Year Results of a Phase 1 study in 20 Patients.* Presented by Dr. Chris Duma (lead author) at the Congress of Neurological Surgeons CNS Annual meeting in San Diego, California on September 24th, 2016 and at Podium session of International Society for Cell Therapy ISCT North America Regional Meeting in Memphis Tennessee on Sept 30th, 2016.

*Stromal Vascular Fraction Cells: Evolution, Physiology, Indications, mechanism of Action and Preparation.* Essentials of Regenerative Medicine in Interventional Pain Management. Faculty Instructor for American Society of Interventional Pain Physicians. Memphis, Tennessee on March 3rd and 4th, 2017.

*New applications of Stem Cells in clinical Practice.* Sixth Annual EMA Primary Care Medical Education Conference "Innovations in Healthcare." Eisenhower Medical Center, Rancho Mirage, California on May19th, 2017

*Stromal Vascular Fraction Cells: Evolution, Physiology, Indications, mechanism of Action and Preparation with Cadaver Training Course.* Essentials of Regenerative Medicine in Interventional Pain Management. Faculty Instructor for American Society of Interventional Pain Physicians. Orlando, Florida on June 16th and 17th, 2017.

**Toll Free: 800-231-0407 | Telephone: 760-424-8554 | Fax:** 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web site.
The web site contains the opinions of multiple authors intended for educational purposes with the understanding that the publications or editorials are not providing any professional services.
CSN and its associates disclaim any liability loss or risk directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network
Website by Thetford Web Development

http://stemcellrevolution.com/dt_team/elliot-b-lander-md-facs-cv/    5/5

Mark Berman, MD, FACS – Cell Surgical Network

Toll Free: 800-231-0407　　Make An Appointment　　Find a Physician　　Login　　Your cart



For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home　About Us　Our Physician Network　Currently Studying　News　ICSS Charity　Newsletter　Contact

## Mark Berman, MD, FACS

Home / Teammate / Mark Berman, MD, FACS

**Co-Medical Director** :: Dr. Berman, the 2010 President of the American Academy of Cosmetic Surgery, has been in private practice in the West Los Angeles area since 1983 and has been practicing in the Desert Area since 2003. Dr. Berman graduated from UCLA prior to completing medical school at the Chicago Medical School. He is a clinical instructor in facial plastic surgery through the University of Southern California. Dr. Berman is a Diplomate with the American Board of Cosmetic Surgery and the American Board of Otolaryngology (Head and Neck Surgery). He is a Fellow of the American College of Surgeons. Los Angeles Magazine has named him one of the Top Doctors in Southern California. Dr. Berman is well known for his work with stem cell / fat grafting to restore three-dimensional volume to the aging face. This has led him to his work with adipose derived stem cells. He is also known as a pioneer in the use of Gore-Tex materials in cosmetic surgery. He holds a patent on an e-PTFE breast implant device – the Pocket Protector – used to improve breast augmentation surgery. He has also authored a novel – Substance of Abuse – a controversial sexy thriller that suggests a solution to the war on drugs. Dr. Berman and his wife, Saralee, have one son, Sean, two dogs and two turtles.

### Co-Medical Director

**Undergraduate education:** U.C.L.A. B.A. 1974
**Graduate education:** CHICAGO MEDICAL SCHOOL M.D. 1979

### Personal

**Born:** November 13, 1952 – Philadelphia, Pennsylvania

**Married:** wife – Saralee Children – Sean

**Dogs:** Vinnie, Lola

### Professional

| | |
|---|---|
| **Internship:** | General Surgery – 1980 – Loma Linda University / White Memorial Medical Center, Los Angeles, CA Jerrold Longerbeam, M.D. – chief |
| **Residency:** | Otolaryngology – Head and Neck Surgery – 1983Loma Linda University / White Memorial Medical Center, Los Angeles, CA Leland House, M.D. – chief 1980-82William Hall, M.D. – chief 1982-83 |
| **Private practice:** | Cosmetic SurgeryFacial Plastic and Reconstructive Surgery |
| **Faculty:** | Clinical Instructor – Dept. Oto/Head and Neck SurgeryLoma Linda Univ./White Memorial Medical Center 1983-86,Clinical Instructor – Facial Plastic Surgery – USC School of Medicine (2001 – current) |
| **Licensure:** | California State |
| **Board Certification:** | Diplomate of the American Board of Otolaryngology – Head and Neck Surgery Oct. 1983Diplomate of the American Board of Cosmetic Surgery Feb. 1989Fellow American College of Surgeons Oct. 1990 |
| **Additional:** | Fluent in SpanishRe-certified – Advanced Cardiac Life Support (08-10)Volunteer Medical services – Venice Family Clinic 1983 – 1998 |
| | Chairman – Research Advisory for Surgical Technologies Laboratory, Inc., Coumbia, South Carolina |
| | Patents: 1. Pocket Protector® – breast implant device |
| | 2. SAF-T-VAC™ – suction device for cautery |
| | SUBSTANCE OF ABUSE – a novel, published Aug. 2001 |

### Hospital Affiliations

- St. John's Hospital and Health Center
- Santa Monica/UCLA Hospital Medical Center
- USC – Hudson & LA County

### Societies and Awards

- American College of Surgeons – FELLOW
- American Academy of Otolaryngology – Head and Neck Surgery – FELLOW

USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining the Network

Events

Videos

CSN Publications

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?

More FAQs...

**Stem Cells and the FDA**

Stem cell treatment is not approved by the FDA for any specific disease

Click for details...

Mark Berman, M.D., FACS - Regenerative Networks

- American Academy of Cosmetic Surgery – FELLOW
  - Immediate Past-President – 2011
  - President – Jan. 30, 2010 – 2011
  - President-Elect 2009
  - Board of Trustees – from 2003 (current)
  - Program Chairman – 2010 Annual Scientific Meeting AACS
  - Program Chairman – 2004 World Congress Liposuction
  - Finance Committee – 2002, 2003
  - Chairman – Membership Committee 1999-2002
  - Chairman – Continuing Medical Education Committee 1998-99
  - Chairman – Nominating Committee – 2009
  - Nominating Committee 1998, 2000
  - Editorial review for – American Journal of Cosmetic Surgery
  - Senior Editor – American Journal of Cosmetic Surgery

- American Board of Cosmetic Surgery – Board of Trustees – 2004 – 2010
- American Academy of Aesthetic and Restorative Surgery – Charter Member
- American Academy of Facial Plastic and Reconstructive Surgery – ASSOCIATE MEMBER (1984 – 1999)
- Los Angeles Society of Otolaryngology – Head and Neck Surgery
- Los Angeles County Medical Association (1983 – 1999)
- California Medical Association (1983 – 1999)
- American Medical Association
- American Society of Liposuction Surgery
- American Society of Cosmetic Breast Surgery – Fellow
  President (term 5/03 – 5/04)
- California Academy of Cosmetic Surgery
  Board of Trustees, since 1998
  President (8/99 – 11/01)
- Honorary Member – French Society of Aesthetic Surgery – presented May 2006.
- L.A. Magazine, Dec. 2008, Jan. 2010, Jan. 2011 – Top Doctors in Southern California – Cosmetic/Plastic Surgery
- Guardian of the Practice Award – presented Oct. 9, 2010 by the California Association of Nurse Anesthetists, Pasadena, CA.
- 2011 Best Scholarly Article Award from the American Journal of Cosmetic Surgery – "The Double Columellar Strut: An Adjunct to Improve the Nasal Tip."
- 2010 Luisa Award – Outstanding Contributions in Cosmetic Surgery presented by the International Society of Cosmetogynecology
- Medical Board of California – participated in Liposuction Regulation development as representative of the AACS and CACS

## Research, publications, papers or presentations

**Resident projects:**

- "The Neck Mass – Carotid Aneursysm in Patient with Neuro- fibromatosis" – presented to L.A. Society of Oto/Head and Neck Surgery, 4/83 and presented to Annual Meeting of AAJ-HNS, Las Vegas, 8/84.
- "Relapsing Polychondritis – case report and literature review." with Andrew Ordon, M.D. – presented to L.A. Society of Oto/Head and Neck Surgery, 4/83.
- "Chondrosarcoma of the Larynx" with Harrell Robinson, M.D., presented to L.A. Society of Oto/Head and Neck Surgery, 4/81.

**Post-graduate projects:**

- "The Use of Gore-Tex™ e-PTFE Bonded to Silicone Rubber as an Alloplastic Implant Material," (contributing authors – Pearce, WJ and Tinnin, M.) LARYNGOSCOPE, May 1986.
- Presented to Western Section of American Triologic Society, Inc., San Francisco, CA 1/11/86.
- "Use of Gore-Tex™ Materials in Facial Plastic Surgery," presented to West.Sect. AAFPRS, Century City, CA 1/9/87
- "Use of Computer Graphics in Rhioplasty: 1 Year Experience," presented to West.Sect.Triologic Society, Century City, CA 1/10/87
- "Gore-Tex™/Silicone Bonded Implants," presented at "Latest Advancements in Cosmetic Surgery of the Face", Foundation for Facial Plastic Surgery, Newport Beach, CA 8/5/87
- "The Use of Gore-Tex™ Materials in Cosmetic Surgery," presented at the Scientific Meeting of the American Academy of Cosmetic Surgery, Century City, CA 2/7/88
- FACULTY – American Academy of Cosmetic Surgery – Scientific Meeting, course instructor on Computer Imaging – 2/88
- COSMETIC SURGERY – IN SEARCH OF PERFECTION – contributing author book published 1987.
- Course instructor for The Learning Annex – Cosmetic Surgery course, monthly seminars for the general public 1987-88
- "Rhinoplasty '89 – Perspectives on form and Function" – lecture presentation to Family Practice Program at Santa Monica Hospital 12/5/88
- FACULTY – American Academy of Cosmetic Surgery – Annual Scientific Meeting, Century City, CA – computer imaging 1/89
- "The Use of Gore-Tex™ Materials in Facial Plastic Surgery" – presentation for 5th International Symposium of Facial Plastic and Reconstructive Surgery – Toronto, 6/89
- "The Use of Gore-Tex Materials in the Practice of Cosmetic Surgery", AM. JOURNAL COSMETIC SURGERY, Vol.6, No.1, 1989
- FACULTY – Annual Meeting of Am. Acad. Facial Plastic and Reconstructive Surgery – computer imaging instructor, New Orleans, LA – 9/89
- "Marketability of Computer Imaging," FACIAL PLASTIC SURGERY, Vol.7, No.1, 1990
- "New Perspective on Diagnosis and Treatment of the Aging Lower Lids" – presentation Annual Scientific Meeting of the American Academy of Cosmetic Surgery, Century city, 1/90
- "Local Anesthesia with Sedation: Safe, Simple and Effective" – presentation Annual Scientific Meeting of the American Academy of Cosmetic Surgery, Century City, 1/90
- FACULTY – The Foundation of Facial Plastic Surgery – Annual Meeting, Newport Beach, CA 8/9-11/90 presented the following:

Mark Berman, M.D., FACS – DT Digital NetPark

- "Diagnosis and Treatment of the Aging Lower Eyelid"
- "Out-Patient Surgery Workshop: Local Anesthesia with Sedation"
- "Gore-Tex™ Materials in the Practice of Facial Plastic Surgery"
- "Gore-Tex™ Materials in Rhinoplasty"

- "Diagnosis and Treatment of the Aging Lower Eyelids" – paper presentation, Western Section of AAFPRS, San Francisco 2/2/91
- "The Long-term Use of Gore-Tex™ STP in the Practice of Facial Plastic Surgery" – paper presentation – Western Regional Meeting of AAFPRS – Beverly Hills, CA 2/1/92
- "The Long-term Use of Gore-Tex™ STP in the Practice of Cosmetic Surgery" – paper presentation – Annual Scientific Meeting of the American Academy of Cosmetic Surgery, Century City, CA 2/13/92
- "Gore-Tex™ in Cosmetic Surgery", and "Autologous Fat Transplantation for Correction of Aging Lower Eyelids" – presentations at International Society of Plastic, Aesthetic, and Reconstructive Surgery – Annual meeting, Rome, Italy, 9/2/92
- "Long-term Use of Gore-Tex", "New Perspectives in Diagnosis and Treatment of Aging Lower Eyelids," and "Diagnosis and Treatment of the Nasal Labial Fold" – presented at the Foundation for Facial Plastic Surgery meeting, Aspen, CO, 3/93
- "Gore-Tex™ in Nasal Surgery", presented at The World Congress on Rhinoplasty special tribute to Richard Webster, MD, American Academy of Cosmetic Surgery, Phila.,PA, 5/1/94
- FACULTY – "Augmentation Breast Surgery – Personal Technique," American Society of Cosmetic Breast Surgery, Newport Beach, CA 6/17/94
- "Gore-Tex™ e-PTFE in Nasal Surgery and Review of Long Term Results," AMERICAN JOURNAL OF COSMETIC SURGERY, Vol.11, No.3, 1994
- "The Long Double Columellar Strut in Rhinoplasty," Gore- Tex™/Silicone Rubber Custom Nasal Tip Prosthesis," "Gore- Tex™ Material for Lip Enhancement," and Instructional Course presentation on "Gore-Tex™ as an Alloplastic Material in Cosmetic Surgery." Annual Scientific Meeting of the American Academy of Cosmetic Surgery, Los Angeles, CA 1/20-22/95
- FACULTY – Symposium on Cosmetic Breast Surgery – "Prevention of Complications" and "Treatment of Capsule Contracture," American Academy of Cosmetic Surgery and American Society of Cosmetic Breast Surgery, Baltimore, MD, 5/95
- FACULTY – American Society of Cosmetic Surgery – "Prevention and Management of Complications, "Treatment of Capsule Contracture," and Videotape Presentation, Newport Beach, CA 5/17/96
- "The Aging Face: New Perspectives in Diagnosis and Treatment," presentation to the Annual Scientific Meeting of the American Academy of Cosmetic Surgery, Rancho Mirage, CA 1/17/97
- FACULTY – presentations for meeting of American Academy of Cosmetic Surgery, Aspen, CO – Complications and innovations – 1) Rhinoplasty Skin Necrosis, 2) Gore-Tex™ Lip Enhancement, 3) Abdominoplasty Flap Necrosis, 4) Subglandular Breast Augmentation, 5) Treatment of Breast Capsular Contracture, and 6) Treatment of Capsular Contracture with Seroma and Mal- position of Revised Prosthesis. Aspen, CO, 4/97
- FACULTY – presenter at American Society of Cosmetic Breast Surgery, Annual meeting, Newport Beach, CA 5/16/97
- FEATURED SPEAKER – "The Aging Face: Different Perspectives in Diagnosis and Treatment," Total Body Contouring Meeting, American Academy of Cosmetic Surgery, Atlanta, GA, 10/17/97
- COSMETIC SURGERY – WHAT YOU REALLY NEED TO KNOW – self-published book on cosmetic surgery authored by Mark Berman, MD, 12/97
- FACULTY – presenter at American Society of Cosmetic Surgery, Annual meeting, Newport Beach, CA 3/13/98
- "The Aging Face: Different Perspective in Diagnosis and Treatment," AMERICAN JOURNAL OF COSMETIC SURGERY, Vol.15, No.2, 1998
- "Volume Replenishing for Treatment of the Aging Face: Emphasis on the Upper Eyelid," presented at the Annual Scientific Meeting of the American Academy of Cosmetic Surgery, Los Angeles, CA 1/28/99
- Invited Faculty – "Autologous Fat Transplantation for the Treatment of the Aging Eyelid", "Gore-Tex : What Works and Where", Symposium on Facial Rejuvenation, Am. Academy of Cosmetic Surgery, Hilton Head Island, S.C., 4/23/99
- FACULTY – presenter at American Society of Cosmetic Breast Surgery, Annual meeting, Newport Beach, CA 5/14/99
- Invited Speaker – "Volume Restoration to Improve the Aging Face – Emphasis on the Upper Eyelid." presented at the 12th International Congress on Aesthetic Medicine, Rio De Janeiro, Brazil, 11/6/99.
- Guest Speaker – Face-Lifting/Aging Face Treatment – UCLA Maxillo/Facial Dept. – Monthly Cosmetic Surgery Meeting, 12/15/99.
- Invited Faculty – American Board of Cosmetic Surgery – Review Course – Facial Cosmetic Surgery, 3/4/00.
- Invited Speaker – 1) Volume Restoration for the Aging Face, 2) The Double Columellar Strut for Improving the Rhinoplasty Tip, 3) Preventing Complications in Breast Augmentation – 2nd Annual Advances in Cosmetic Surgery – Foundation for Facial Plastic Surgery – Aspen, CO, 3/15-18/00.
- Examiner – Oral Exams, American Board of Cosmetic Surgery Annual Board Examination, April 15, 2000.
- Invited Speaker – 1) Fat Augmentation to the Brow and Periorbital Area, 2) Anatomy and Management of the Aging Neck, 3) Live Surgical Demonstration of Volume Restoration with Fat Grafting – Jules Stein Eye Institute – New Techniques in Facial Rejuvenation, etc., Los Angeles, CA, May 12 – 13, 2000.
- FACULTY – presenter at American Society of Cosmetic Breast Surgery, Annual meeting, Newport Beach, CA 5/19/00.
- "Volume Restoration to Correct the Aging Eyelid," presented to the 2nd Annual Education Seminar of the California Academy of Cosmetic Surgery, Palm Springs, CA 11/12/2000.
- "Rejuvenation of the Upper Eyelid Complex with Autologous Fat Transplantation," The American Journal of Dermatologic Surgery, 26:12: December 2000.
- FACULTY – presented: "The Emperor's New Clothes" – A Different Perspective on the Diagnosis of the Aging Face; Volume Restoration of the Aging Face; Third Annual Symposium on the Latest Advances in Cosmetic Surgery, Foundation for Facial Plastic Surgery, Aspen, CO, 2/28-3/3-01.
- Examiner – Oral Exams, American Board of Cosmetic Surgery Annual Board Examination, April 21, 2001.
- FACULTY – presenter at American Society of Cosmetic Breast Surgery, Annual meeting, Newport Beach, CA 4/27-30/01
- Invited Speaker – "Lipoaugmentation in treating facial atrophy" and "Emphasis on repairing iatrogenic defects", 3rd Pan-Am Congress on Aesthetic Medicine/ 8th Brazilian Congress on Aesthetic Medicine, 6/29-30/01.
- Invited Speaker – "Fat Transfer – Exploring the Space Lift" – UCLA/AACS Cosmetic Surgery Fellowship Lecture Series, UCLA, Los Angeles, CA, 7/18/01.

- FACULTY – presented "Upper Eyelid Restoration with Volume Restoration" and "The Space Lift"; Annual Meeting of the Foundation for Facial Surgery, Newport Beach, Ca 8/9-10/01
- Featured Speaker, "What's Gravity Got to do With It – Exploring the Space Lift", American Academy of Cosmetic Surgery, New Orleans, LA, 10/12/01 (meeting canceled/ NYC bombing)
- Invited Speaker – "Exploring the Space Lift", 3rd Annual Education Seminar for the California Academy of Cosmetic Surgery, Palm Springs, CA 11/4/01
- Invited Speaker – Stanford University Head and Neck Surgery Dept, Grand Rounds, "Exploring the Space Lift" – Jan. 17, 2002.
- FACULTY – UCLA Eyelid Rejuvenation Meeting and Live Surgery Demonstration, my office, Jan. 23, 2002.
- Examiner – Oral Exams, American Board of Cosmetic Surgery Annual Board Examination, April 13, 2002.
- Faculty – The Space Lift – Repairing Iatrogenic Defects, The 16th Annual Symposium on the Latest Advances in Cosmetic Surgery of the Face, Foundation for Facial Plastic Surgery, Newport Beach, CA, 8/9/02.
- Invited Speaker – Exploring the Space Lift, Minimally Invasive Aesthetic Surgery of the Face, UCLA Medical School, Big Island, Hawaii, 8/31/02.
- Faculty – Reliable Small Volume Fat Grafting – Instruction Course for Fall Meeting of the Am Acad. of Facial Plastic and Recon Surgery, San Diego, CA, 9/21/02.
- Invited Speaker – Exploring the Space Lift – St. John's Hospital Head and Neck Surgery Monthly Meeting, October 23, 2002.
- Speaker – Space Lift – Repairing Iatrogenic Defects, Annual Meeting Of the American Academy of Cosmetic Surgery, Rancho Mirage, CA, 1/24/03.
- Faculty – presentor at American Society of Cosmetic Breast Surgery, Annual meeting, Newport Beach, CA 5/30-6/1/03.
- Invited Speaker – Exploring the Space Lift; Introducing the Liposuction Trauma Factor; Foundation for Facial Plastic Surgery, Lake Tahoe, CA, March 5-8, 2003.
- Invited Speaker – The Space Lift – Repairing Iatrogenic Defects; Foundation for Facial Plastic Surgery, Newport Beach, CA 8/6/03.
- Faculty – The Space Lift – Repairing Iatrogenic Defects; Introducing The Pocket Protector – A New Breast Implant Device; American Academy of Cosmetic Surgery, Fall Symposium on Body Contouring, 10/10/03.
- Speaker – Introduction to the Pocket Protector – A New Breast Implant Device; American Academy of Cosmetic Surgery and Space Lift, Annual Scientific Meeting American Academy of Cosmetic Surgery, Hollywood, FL, 1/29/2004.
- Faculty – Anterior Face Lift and Space Lift, Double Columellar Strut, Foundation for Facial Plastic Surgery, Tahoe, CA, 2/25/04.
- Faculty – presenter at American Society of Cosmetic Breast Surgery, Annual meeting, Newport Beach, CA 6/1-3/04.
- "The Pocket Protector: A New Breast Implant Device," Am J Cosmetic Surgery, Vol.21, No.3 27-41, 2004. (original article).
- Invited Speaker – The Space Lift: The Art of Fat Grafting, Foundation for Facial Plastic Surgery, Newport Beach, CA, 8/8/04.
- Program Chairman, 2004 World Congress of Liposuction, American Academy of Cosmetic Surgery, St. Louis, MO, 10/1-3/04.
- Faculty; Present – "Space Lift: State of the Art of Fat Grafting; Instructional course on Fat Transfer.
- Speaker – The Pocket Protector: 100 Cases; Annual Scientific Meeting, American Academy of Cosmetic Surgery, San Diego, CA 1/29/05
- Faculty – Space Lift: The Art of Fat Grafting, Foundation for Facial Plastic Surgery, Lake Tahoe, CA, 3/4/05.
- Speaker – The Pocket Protector: 130 Cases; Space Lift – Blepharoplasty; French Aesthetic Surgery Society, Paris, France, May 20-21/05.
- Faculty – Personal Preferences in Cosmetic Breast Surgery, American Society of Cosmetic Breast Surgery, Newport Beach, 6/3/05.
- Faculty speaker – Blepharoplasty Doesn't Mean You Have to Cut, Foundation for Facial Plastic Surgery, Newport Beach, CA 8/4/05
- Guest speaker – The Pocket Protector: 145 Cases – keynote speaker Invited to Mentor Corp. Conference, Dallas, TX, 8/6/05.
- Faculty – Intense Learning Session – Autologous Fat Grafting to Facial Rejuvenation – present 1) Volume and the Aging Face, and 2) Periorbital Rejuvenation Using Fat; Fall Meeting – American Academy of Facial Plastic and Reconstructive Surgery, Los Angeles, CA 9/23/05.
- Faculty speaker – 1. New Technologies Session: The Pocket Protector (one hour presentation); 2. Space Lift (Fat Graft) Blepharoplasty; 3. The Pocket Protector: A New Paradigm in Breast Augmentation – 157 Cases, 22nd Annual Scientific Meeting of the American Academy of Cosmetic Surgery, Orlando, Florida, 1/26 – 1/29/06.
- Examiner – Oral Exams, American Board of Cosmetic Surgery Annual Board Examination, Chicago, IL, April 22, 2006.
- Faculty – Personal Preferences for Breast Augmentation; Treatment of Capsular Contracture – The Pocket Protector, American Society of Cosmetic Breast Surgery, May 5, 2006.
- Invited Speaker – Facial Fat Grafting (Space Lift) video presentation; Combination Space Lift and Anterior Face Lift; Double Columellar Strut, French Society of Aesthetic Surgery, Paris, France, May 19-20, 2006.
- Faculty speaker – Facial Fat Grafting, video presentation American Society of Liposuction Surgery in conjunction with Annual Scientific Meeting of the American Academy of Cosmetic Surgery, Phoenix, AZ, January 24, 2007.
- Faculty speaker – Facial Fat Grafting – two hour seminar (with Dr. Suzan Obagi) presented at the Annual Scientific Meeting of the AACS, Phoenix, AZ, January 27, 2007.
- Examiner – Annual Oral Examination for American Board of Cosmetic Surgery, Chicago, IL, April 20, 2007.
- Faculty – Varied Choices in Breast Augmentation, American Society of Cosmetic Breast Surgery, Newport Beach, CA, May 4, 2007.
- Faculty – Video Presentation – The Space Lift (Autologous Fat Transfer); Annual Meeting of the French Society of Aesthetic Surgery, Paris, France, May 11-13, 2007.
- Faculty speaker – Facial Fat Grafting – Repairing Iatrogenic Defects, American Society of Liposuction Surgery at AACS Annual Meeting; What's New in Breast Augmentation, American Academy of Cosmetic Surgery; Treating Rippling Associated with Breast Augmentation, presented at Annual Scientific Meeting of the American Academy of Cosmetic Surgery, Orlando, FL, January 17 – 20, 2008.
- Faculty speaker – The Art of Autologous Fat Transplantation – two hour seminar presented with Dr. Suzan Obagi at the Annual Scientific Meeting of the AACS, Orlando, FL Jan. 17, 2008.
- Faculty speaker – Varied Choices in Breast Augmentation Surgery; Prevention and Treatment of Capsules, Rippling and Deformities, American Society of Cosmetic Breast Surgery, Newport Beach, CA, May 2-3, 2008.
- Faculty speaker – Facial Fat Grafting, Video Fat grafting Presentation – Aging Face Symposium; Periareolar Breast Augmentation, What's New in Breast Augmentation – Breast Augmentation Symposium; Liposuction

- Complications – ASLSS Symposium; presented as part of the Annual Scientific Meeting of the AACS, Phoenix, AZ, Jan. 14, 2009.
- Faculty speaker – Advanced Fat Grafting Techniques – two- hour seminar presented with Dr. Suzan Obagi at the Annual Scientific Meeting of the AACS, Phoenix, AZ, Jan. 17, 2009.
- Faculty speaker – Prevention and Treatment of Capsules, Rippling and Deformities, American Society of Cosmetic Breast Surgery, Newport Beach, CA, June 6, 2009.
- Faculty speaker – 3 Dimensional Repair of the Aging Face – Annual Meeting of the California Academy of Cosmetic Surgery, San Diego, CA, Oct. 25, 2009.
- Invited Guest Speaker – Repairing Capsular Contracture – Special Presentation to the International Society of Cosmetognyneology, Orlando, FL, Jan 26, 2010.
- Faculty speaker – Facial Fat Grafting, Video Fat grafting Presentation – Aging Face Symposium; Periareolar Breast Augmentation, What's New in Breast Augmentation – Breast Augmentation Symposium;
- Liposuction Complications – ASLSS Symposium presented as part of the 26th Annual Scientific Meeting of the AACS, Orlando, FL, Jan. 27, 2010.
- Faculty speaker – Double Columellar Strut – paper presentation, 26th Annual Scientific Meeting of the AACS, Orlando, FL, Jan. 30, 2010.
- Faculty speaker – Advanced Fat Grafting Techniques – two- hour seminar presented with Dr. Suzan Obagi at the 26th Annual Scientific Meeting of the AACS, Phoenix, AZ, Jan. 29, 2010.
- Delegation to Tokyo to visit with Dr. Tatsuro Kamakura and Kotaro Yoshimura, observe surgery and discuss latest developments in fat grafting and stem cell preparation, Tokyo, Japan, April 1 – 3, 2010.
- Faculty speaker – Liposuction Course, presented Liposuction Complications, Autologous Fat Transfer; New York, NY, May 1-2, 2010.
- Keynote speaker – 3 D Face Lift; Repairing Capsule Contracture – The Pocket Protector, French Society of Aesthetic Surgery, Paris, France, May 11 – 12, 2010.
- Invited Faculty Speaker – 3 D Face Lift, World Congress of Minimally Invasive Plastic Surgery, Korean Society of Plastic Surgery, Seoul, South Korea, Sept. 11-12, 2010.
- Faculty speaker – 3 D Face Lift; Stem Cell Space Lift (video presentation), World Congress of Liposuction, American Academy of Cosmetic Surgery, Washington, DC, Oct. 1-3, 2010.
- Featured Guest Speaker – 3 D Face Lift, Annual Meeting of the American Society of Ophthalmic Plastic and Reconstructive Surgery, Chicago, IL, Oct. 13, 2010.
- Faculty – Advanced Fat Grafting Techniques taught with Suzan Obagi, MD; 27th Annual Scientific Meeting of the AACS, Phoenix, AZ, Jan. 13, 2011.
- Faculty – Stem Cell Advances and Current Use in Cosmetic Surgery with Kotaro Yoshimura, MD and Ziya Saylan, MD; 27th Annual Scientific Meeting of the AACS, Phoenix, AZ, Jan. 13, 2011.
- Faculty – Stem Cell Advances and Current Use in Cosmetic Surgery with Kotaro Yoshimura, MD and Ziya Saylan, MD; 27th Annual Scientific Meeting of the AACS, Phoenix, AZ, Jan. 13, 2011.
- Invited Guest Speaker – Double Columellar Strut: 3 D Face Lift; Pocket Protector for Repairing Capsule Contracture, 15th Congress National – Moroccan Plastic Surgery Society, Casablanca, Morocco, March 25-26, 2011.
- Faculty Speaker – Prevention and Treatment of Capsules, Rippling and Deformities, American Society of Cosmetic Breast Surgery, Newport Beach, CA, April 29, 2011.
- Invited Guest Speaker – 3D Face Lift – 95th Annual Clinical Assembly of the American Osteopathic Colleges of Ophthalmology and Otolaryngology – Head and Neck Surgery Foundation, Tuscon, AZ, May 5, 2011.
- Invited Guest Instructor – 3 hour presentation – U.S./Taiwan Stem Cell / Fat Graft Symposium, Taipei, Taiwan, May 14, 2011.
- Invited Guest Speaker – 3 D Face Lift; Space Lift – Repairing Iatrogenic Defects, 1st Congress – International Cell Assisted Surgery, Istanbul, Turkey, May 28-29, 2011.
- Faculty – 3D Face Lift, The Aesthetic Show, Las Vegas, NV, June 5, 2011.
- Guest speaker – 3D Face Lift, The International Aesthetics, Cosmetics and Spa Association, Las Vegas, NV, June 17, 2011.
- Faculty – 3D Face Lift, Vegas Cosmetic Meeting, Las Vegas, NV, June 25, 2011.
- Invited Guest Speaker – The Pocket Protector, Stem Cell 101: Preliminary Experience, 3 D Face Lift, World Academy of Cosmetic Surgery, Vienna, Austria, September 1-4, 2011.
- Faculty – 3D Face Lift using the Adivive system, Palomar Medical,
- Washington, DC, September 10, 2011.
- Invited Guest Speaker – Stem Cell 101: Preliminary Experience; Repairing Iatrogenic Defects – the Space Lift; 3 D Face Lift;
- 3rd World Congress of Minimally Invasive Plastic Surgery, Shanghai, China, September 24-25, 2011.
- Faculty – 3D Face Lift using the Adivive System, Palomar Medical, Santa Monica, CA, October 15, 2011.
- Invited Guest Speaker – 3D Face Lift (stem cell/fat grafting); Introducing the Lipo-Mini and Stem Cell 101, Taiwan Academy of Facial Plastic and Reconstructive Surgery, Taipei, Taiwan, November 20, 2011.
- Faculty – Preliminary Experience with Adipose Derived Stem Cells for Therapeutic Uses and Session Director for Stem Cell Conference; Stem Cell Therapy in Practice: The Basics; Correction of Capsular Contracture and Other Breast Deformities; Stem Cells in Facial Surgery; Facial Volume Enhancement with Fat and Stem Cell Transfer, 2012 Annual Scientific Meeting of the American Academy of Cosmetic Surgery, Las Vegas, NV, January 18-21, 2012.
- Invited Guest Speaker – 3D Face Lift (stem cell/fat grafting); Stem Cells in Facial Surgery; 2012 Oculoplastic Conference, Austin, TX, March 23, 2012.
- Faculty – Autologous Fat Transfer for Breast Surgery; Stem Cell Therapy; 2012 Spring Symposium, American Academy of Cosmetic Surgery, Beaver Creek, CO, March 30 -31, 2012.
- Featured Speaker – Frontier in Stem Cell Therapy; Fat Transfer; 2012 Aesthetic Show, Las Vegas, NV, April 12-15, 2012.
- Faculty – Personal Preferences in Breast Augmentation and Repair; Stem Cell Therapy; 2012 American Society of Cosmetic Breast Surgery, Newport Beach, CA, May 4, 2012.
- Invited Guest Speaker – 3D Face Lift (stem cell/fat grafting); UCLA ; Jules Stein Occuloplastic Symposium, Los Angeles, CA, June 16, 2012.
- Invited Guest Speaker – 3 D Face Lift (using stem cell/fat grafting), The Double Columellar Strut: An Adjunct for Tip-plasty; 4th World Congress of Minimally Invasive Plastic Surgery, Seoul, South Korea, September 1, 2012.
- Faculty – Stem Cell 101: Preliminary Experiences with Adipose Derived Stromal Vascular Fraction, California Academy of Cosmetic Surgery Annual Meeting, Coronado, CA, November 3, 2012.
- Chairman – Stem Cell Session, All Day Pre-Conference meeting of the Annual Scientific Meeting of the American Academy of Cosmetic Surgery, Las Vegas, January 16, 2013.
- Faculty – Cosmetics to Therapeutics, Why the Transition? (talk about experience with adipose derived stem cells); Repairing Capsular Contracture following Breast Augmentation – using an e-PTFE Designed Bladder, Annual

Scientific Meeting of the American Academy of Cosmetic Surgery, Las Vegas, January 16-19, 2013.

- Instructional Course in Hong Kong – Stromal Vascular Fraction and clinical preparation, Hong Kong, January 25-26, 2013.
- Cell Surgical Network – Training Session #5, Rancho Mirage, CA Feb. 8-9, 2013.
- Invited Guest Speaker – The Transition from Cosmetic to Therapeutic: Clinical Applications of Stromal Vascular Fraction; The Politics of Stem Cells and the Evolution of the Cell Surgical Network; FATS, Bangkok, Thailand, March 30, 2013.
- Faculty – Repairing Capsular Contracture; Repairing Rippling; The Magic of Fat: From Aesthetics to Therapeutics; Repairing Body Contour Defects, American Academy of Cosmetic Surgery – Breast and Body Contouring, St. Louis, MO, April 18-20, 2013.
- Invited Guest Speaker – From Cosmetics to Therapeutics: Establishing a Compliant Regenerative Medicine Program, Clinical Translation of Stem Cells Summit, Bio-Sciences, Rancho Mirage, CA April 22, 2013.
- Invited Guest Speaker – 3 D Stem Cell / Fat Transfer, Palomar Medical Symposium, Boca Raton, FL, April 27, 2013.
- Faculty – Cell Surgical Network, Training Session #6 Rancho Mirage, CA, May 3-4, 2013.
- Invited Guest Speaker – Stromal Vascular Fraction – From Cosmetics to Therapeutics; The Politics of Stem Cells and Cell Surgical Network, Seoul, South Korea, May 12, 2013.
- Faculty – Personal Preferences in Breast Augmentation and Repair; Stem Cell Therapy: Transition from Cosmetic to Therapeutic; 2013 American Society of Cosmetic Breast Surgery, Newport Beach, CA, May 3, 2013.
- Invited Guest Speaker – The Magic of Fat: The Transition from Cosmetic to Therapeutic; Korean Society of Plastic Surgery; Seoul, South Korea, May 12, 2013.
- Invited Speaker and Chairman of Regenerative Cell Therapy Session; Adipose Derived Stromal Vascular Fraction; 2013 Aesthethic Show, Las Vegas, NV, May 16-18, 2013.
- Featured Guest Speaker – 3D Stem Cell / Fat Graft for Facial Rejuvenation; The Magic of Fat: The Transition from Cosmetic To Therapeutic; Expert Breast Panel; The 101 Annual Japan Society of Aesthetic Surgery, Tokyo, Japan, June 15, 2013.
- Featured Invited Guest Speaker – 3D Stem Cell / Fat Graft for Facial Rejuvenation; The Magic of Fat: The Transition from Cosmetic to Therapeutic; The Pocket Protector for Repair of Capsular Contracture; International Workshop in South America focused on Ambulatory Cosmetic Surgery; Universidad Nacional de Noreste, World Academy of Cosmetic Surgery, and Asociacion Argentina de Medicina y Cirujia Cosmetica, Buenos Aires, Argentina, July 4-6, 2013.
- Book Chapter – The Double Columellar Strut: An Adjunct to Improve the Nasal Tip, *Advanced Aesthetic Rhinoplasty*, Editors – Shiffman, DiGiuseppe, Springer, 2013.
- Invited Guest Speaker – Discussion of the Therapeutic Use of Autologous Adipose Stromal Vascular Fraction, organized by Dr. Z Teo and Dr. Aivee Aguilar-Teo, presented to journalists and invited guests at the Manila Peninsula; live teaching instruction at their office later that day, Manila, Philippines, August 19, 2013
- Invited Guest Speaker – The Magic of Fat – For Therapeutic Advantage; The Politics of Stem Cells (and FDA Issues), presented on consecutive days to journalists and invited guests at the offices of Dr. Enrina Diah, and the next day to invited doctors at a conference held on the campus of ProStem Laboratories, Jakarta, Indonesia, August 21,22, 2013.
- Faculty Speaker and moderator – Adipose Derived Stromal Vascular Fraction; World Congress on Liposuction and Body Contouring; New York, NY, October 4, 2013.
- Book Chapter – Peri-orbital Fat Grafting – The 3 D Lift, Chapter 7; *Non-Surgical Peri-orbital Rejuvenation*, *Myint, Shoib*, editor, Springer, 2013.
- Invited Guest Speaker – The Magic of Fat – From Cosmetics to Therapeutics, Why the Transition?, American College of Advancement of Medicine Annual Meeting, Rancho Mirage, CA November 20, 2013.
- Invited Guest Speaker – The 3D Stem Cell Fat Graft; The Magic of Fat: From Cosmetic to Therapeutic; The Double Collumellar Strut; Video Presentation of 3D Stem Cell Fat Graft; Live surgical demonstration of 3D Stem Cell Fat Grafting; – Middle East Congress for the ICAAM, Dubai, UAE, December 6-8, 2013
- Chairman – Stem Cell Session, All Day Pre-Conference meeting of the Annual Scientific Meeting of the American Academy of Cosmetic Surgery, Hollywood, FL, January 14, 2014.
- Faculty – Cosmetics to Therapeutics, Why the Transition? (talk about experience with adipose derived stem cells); Politics of Stem Cells: FDA Issues; Annual Scientific Meeting of the AACS, Hollywood, FL, January 14, 16, 2014.
- Invited Guest Speaker – Fat Grafting in the Periocular Area (video presentation); The Double Columellar Strut (Rhinoplasty); The Magic of Fat: From Aesthetics to Therapeutics; 3D Facial Rejuvenation; AMWC 2014 – 12th Anti-Aging Medicine World Congress – Monte Carlo, Monaco, April 2-5, 2014.
- Invited Guest Speaker – Clinical Applications of Stromal Vascular Fraction – Safety and Function of the Cell Surgical Network; The Politics of Stem Cells and the Evolution of the Cell Surgical Network; FATS, Bangkok, Thailand, April 18, 2014.

- Invited Guest Speaker – Adipose Derived Stromal Vascular Fraction and the FDA: The Cell Surgical Network Position, Clinical Translation of Stem Cells Summit, Bio-Sciences, Palm Desert, CA April 21, 2014.
- Faculty – Personal Preferences in Breast Augmentation and Repair; Stem Cell Therapy: Transition from Cosmetic to Therapeutic; 2013 American Society of Cosmetic Breast Surgery, Newport Beach, CA, May 2, 2014.
- Featured Guest Speaker – The current situation of ADSC in the USA; The ADSC treatments and the results obtained by CSN; The 102 Annual Japan Society of Aesthetic Surgery, Tokyo, Japan, June 7, 2014.
- Invited Guest Speaker – Adipose Stem Cell Therapy for Your Patients – The Evolution of Cell Surgical Network; The 7th World Medical Tourism and Global Healthcare; Washington, DC, September, 2014
- Invited Featured Speaker – North American Summit on Fat Grafting 2014, Workshop presentation: 3D Stem Cell / Fat Grafting; Video Presentation of 3D Stem Cell / Fat Grafting; Complications of 3D Stem Cell / Fat Grafting; Evolution to Therapeutic Stem Cell Deployment; Las Vegas, November 8, 2014.
- Chairman – Stem Cell Session, Master's Session, All Day Conference meeting of the Annual Scientific Meeting of the American Academy of Cosmetic Surgery, New Orleans, LA, January 15, 2015.
- Faculty – 2015 – Politics of Stem Cells: FDA Issues; Annual Scientific Meeting of the AACS, New Orleans, LA, January 15, 2015.
- Faculty – Instructional Course; 3D Stem Cell Fat Graft – powerpoint and video presentations, 1 ½ hour morning session, Annual Scientific Meeting of the AACS, New Orleans, LA, January 15, 2015.
- Keynote Speaker – Cell Surgical Network's Approach to Point-of-Care Deployment in Surgical Regenerative Medicine, Meeting for Select Biosciences, Boston, MA, February 9, 2015.
- Faculty – Personal Preferences in Breast Augmentation and Repair; Stem Cell Therapy: Transition from Cosmetic to Therapeutic; 2013 American Society of Cosmetic Breast Surgery, Newport Beach, CA, May 1, 2015.
- Speaker and Section Chairman – The Art of Fat Grafting – A Global Perspective – Advantages for Aesthetic and Reconstructive Surgery; From Aesthetics to Therapeutics: Fat transfer and stem Cells; Fat Grafting Southeast Asia Summit 2015; Singapore, May 9, 2015.

- Guest Speaker – Controlled Studies with Stromal Vascular Fraction – From Aesthetics to Therapeutics, Annual Meeting of the Academy of Regenerative Practices, Ft. Lauderdale, FL, June 5-6, 2015.

**Media appearances:**

- Channel 9 News – L.A. – "Computer Imaging" – March 1986
- Channel 52 Mundo Latino – "Computer Imaging and Cosmetic Surgery" – interview in Spanish – March 1986
- ABC Home Show – "Computer Imaging and Cosmetic Surgery" – live patient demonstration (surgery subsequently performed after interview) – March 1988
- Hour Magazine with Gary Collins – "Fat Grafting and Computer Imaging Demonstration" – November 1988
- ABC Home Show – "Fat Grafting in Cosmetic Surgery" – pre-taped surgical demonstration with follow-up in studio interview – March 1989
- Cara a Cara – Spanish television show – channel 52 – invited guest speaker to demonstrate and speak about liposuction and cellulite – 10/90
- Channel 9 News – L.A. – 2/91 cosmetic surgery interview
- ABC Home Show – live demonstration of face-lift, blepharoplasty, facial fat grafting, and chemical peel with in-studio follow-up interview with patient – 3/13, 3/16, and 3/31/92.
- The Vicki Show – demonstration of liposuction surgery (taped) with in studio interview, discussion, and questions from audience – October 20, 1994
- The Marilyn Kagan Show – psychology of appearance – interview, discussion, questions from audience – (taped 5/95) aired July 12, 1995
- Leeza – demonstration of Gore-Tex™ implants for lip enhancement with interview and panel discussions – taped 5/31/96
- The Bradshaw Difference – discussed the silicone breast implant controversy 11/8/96
- Good Day, L.A. – demonstrated Gore-Tex™ implant for lip enhancement, live, 11/24/96
- Channel 34 – Spanish News Program – discussion of liposuction 3/97 Spanish interview (several interviews in 97 and 98)
- Home and Family – computer imaging demonstration and discussion of facial aging, corrections with fat transplants and Gore- Tex™, 3/25/97
- Caryl and Marilyn Show – guest discussing liposuction surgery – 5/2/97
- Good Day L.A. – channel 11 – discussed breast augmentation and performed live breast augmentation operation at office via remote satellite feed, 8/7/97
- Inside Edition – interview re: teen cosmetic surgery – 9/12/97
- Hard Copy – interview re: body lifting procedures – TBA
- The Live Show – KTLA interview re: aging face, fat grafting – 1/98
- The Live Show – KTLA interview re: cosmetic surgery, 3/98
- The Live Show – interview re: liposuction performed on Stephanie Edwards, host, 6/5/98 by me. On 6/8/98 in-studio interview to discuss the procedure.
- National Enquirer – Nov. 98 – ran a positive article about the virtues of fat injections to reverse the appearance of the aging face.
- Leeza – discussed aspects of breast surgery – 2/3/99.
- Jenny Jones Show – performed and discussed liposuction as part of a cosmetic make-over show – 4/29/99.
- Fox News – feature on volume restoration (via fat grafting) of the aging face, 11/30/99.
- National Enquirer TV Show – discussing liposuction safety KABC Radio – Stephanie Miller Show – discussing cosmetic surgery 2/10/00
- In Style – small article re: volume restoration for aging face, 6/00. Cosmetic Surgery magazine – featured in article – "Restoring Youth – Fat Grafting" by Jodi Thiessen, Aug, 2001.
- KCOP – television interview about Breast Surgery, Appearance and Psychology, May 2002.
- KCOP/Fox News – interview regarding Space Lift (volume restoration for aging face – November 2002.
- KMIR Palm Desert Channel 4 (NBC affiliate) – Live News interview Regarding the Pocket Protector, 9/30/03.
- Several News programs around US featuring the Pocket Protector, Feb and March 2004.
- The Wellness Hour – Half-hour discussions about the Pocket Protector and breast surgery (filmed in 3/03, and 7/04).
- Fox News at 10, "Discussing Facial Fat Grafting," Oct. 25, 2004
- KTLA News, Interview with Marta Waller re: The Pocket Protector 3/05.
- W Magazine – featured in article about breast surgery – April 2005
- Cosmetic Surgery Times – Featured in two articles – New Technologies In Cosmetic Surgery; Pocket Protector, April 2006
- Cosmetic Surgery Times – Featured in one article – Blepharoplasty Performed by Fat Grafting (the Space Lift), May 2006
- Invited Speaker – Association of Health Care Journalists, Studio City, CA, March 17, 2007.
- Fox News at 10, Repairing Breasts – The Pocket Protector, 7/7/08.
- Media Tour for the American Academy of Cosmetic Surgery as President of the AACS – Procedural Survey results – via studios in New York City – 18 TV and 7 radio interviews, March 9, 2010.
- Midday Sunday with Tony Valdez, Fox 11 News, Discussing Stem Cells and Cosmetic Surgery, 4/11/10.
- Fox News at 10, Discussing Medical Tourism Abroad, 10/7/10.
- Fox News – Filmed and discussed Fat grafts and Stem Cell issue for facial rejuvenation, 7/25/11. Good Morning Philippines with Karen Davila – special guest appearing to discuss adipose derived stem cell issues, 8/19/13.
- Fox News – Adipose derived stem cells – discussion of Cell Surgical Network progress, November 17, 2013
- CBS News – Story about how adipose derived stromal vascular fraction was used to reverse blindness in patient with optic neuritis, May 14, 2014
- The Doctors TV Show – featured story about SVF therapy for optic neuritis patient, Oct. 3, 2014
- The Doctors TV Show – featured interview – Stem Cells Hope vs. Hype, January 22, 2015
- Associated Press – multiple articles and video re: Cell Surgical Network, appearing in multiple newspapers and online venues, May 19-20, 2015.
- Popular Science article – The Cure, by Tyler Graham, June, 2015.

HOME    OUR MISSION    CONTACT    CURRENTLY STUDYING    OUR PHYS CIAN TEAMS    UNITED STATES CANDIDATE APPLICATION    INTERNATIONAL CANDIDATE APPL CAT ON    AFFILIATE LOCATOR    FAQS

TRAVEL CONCIERGE    PRIVACY POLICY    H PAA PR VACY POL CY STATEMENT    HIPAA NOTICE OF PRIVACY PRACTICES

**Toll Free:** 800-231-0407 | **Telephone:** 760-424-8554 | **Fax:** 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web s te.
The web s te contains the op nions of multiple authors intended for educational purposes with the understanding that the publ cations or editorials are not prov ding any profess onal services.
CSN and its associates disclaim any liability loss or risk directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network
Website by Thetford Web Development



Toll Free: 800-231-0407    Make An Appointment    Find a Physician     Login     Your cart

For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home    About Us    Our Physician Network    Currently Studying    News    ICSS Charity    Newsletter    Contact

## California

Home / Treatment Centers / California

California Stem Cell Treatment Center: Founding Physician Team
Los Angeles Stem Cell Institute
Newport Beach Stem Cell Treatment Center
Northern California Stem Cell Treatment Center
Orange County Regenerative Medicine
Visalia Stem Cell Treatment Center
San Diego Stem Cell Treatment Center
San Francisco Stem Ce l Treatment Center
SF Bay Area Stem Cell Treatment Center
Silicon Va ley Stem Cell Treatment Center
Ventura Stem Cell Treatment Center
Northern California Regenerative Cell Treatment Center
Life Lift Stem Cell Treatment Center
OC Wellness Rejuvenation and Stem Cell Center
Santa Rosa Stem Cell Treatment Center
Regenerative Medicine Specialists
Vitality Stem Cell Treatment Center of Palm Desert
Golden Gate Stem Cell Treatment Center
Innova Medical
La Quinta Stem Cell Treatment Center
OC Advanced Stem Cell Treatment Center
West LA Medical & Skincare Stem Cell Center
AmpliCell Medical
Bico Functional and Stem Cell Medicine
American Stem Cell Group
One Health Medical & Surgical Center, INC.
Previ Medical Stem Cell Treatment Center
Stem Cell Institute of Los Angeles
Royal Medical Aesthetic Group
Central Valley Stem Cell Treatment Center
East Bay Stem Cell Center

USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining
the Network

Events

Videos

CSN Publications

### Contact Us

Learn about the stem cell revolution

Contact Us or Make an Appointment

### Frequently Asked Questions

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?

More FAQs...

### Stem Cells and the FDA

Stem cell treatment is not approved by
the FDA for any specific disease

Click for details...

### California Stem Cell Treatment Center: Founding Physician Team

Candidate Application

72780 Country Club Drive, Building C, Suite 301 | Rancho Mirage, CA 92270-4150
(760) 346-0145 or (800) 231-0407
120 South Spalding Drive, Suite 300 | Beverly H lls, CA 90212 | (310)274-2039
www.stemcellrevolution.com

    

Elliot B. Lander, MD, FACS
View CSV

Mark Berman, MD, FACS
View CSV

Jonathan S. Braslow, MD
View CSV

Jackie R. See, MD, FACC
View CSV

John Feller, MD
View CSV

Thomas J. Grogan, MD
View CSV

 

Roland Reinhart, MD, APC
View CSV

Christopher Duma, MD, FACS
View CSV

Walter O'Brien, MD
View CSV

David Milstein, MD
View CSV

### Los Angeles Stem Cell Institute

Candidate Application

5757 Wilshire Blvd | Ste 6 | Los Angeles, CA 90036 | (323) 964-0866 | www.lastemce.institute.com/





Howard Rubin, MP,
PhD, ABMP
View CSV

Jon Barry Greenfield,
MD
View CSV

### Newport Beach Stem Cell Treatment Center

360 San Miguel Drive | Suite 207 | Newport Beach , CA 92660 | (855) 627-2820 | www.nbstemcell.com

Candidate Application




Michael Elam, MD
View CSV

Julian Whitaker, MD
View CSV

### Northern California Stem Cell Treatment Center

2644 Edith Avenue | Redding, CA 96001 | (530) 276-0376 | www.norcalstemcell.com

Candidate Application








Andrew Solkovits, DO
FAAFP
View CSV

Tony Chang, MD, MS
View CSV

Bob Ghe fi, MD
View CSV

Theodore E. Workman,
MD
View CSV

Zachary J. Lipman, MD
View CSV

Richard Cross, MD
View CSV






William Bradley
Heyerman, M.D.
View CSV

Jack Schillan, MD
View CSV

Farzad Sabet, MD
View CSV

Leonard Soloniuk, MD
View CSV

Paul Schwartz, MD
View CSV

John Lange, MD
View CSV

### Orange County Regenerative Medicine

4501 Birch Street | Newport Beach, CA 92660 | (949) 395-4304 | www.ocregenerativemedicine.com

Candidate Application

### Visalia Stem Cell Treatment Center

210 S. Johnson Street | Visalia, CA 93292 | (559) 740-7676 | www.cosmeticsurgerybykhademi.com/stem-cell-treatment/

Candidate Application

---

### San Diego Stem Cell Treatment Center

4910 Directors Place, Suite 360 | San Diego, CA 92121 | Phone: (888) 497-8833 | Fax: (858) 453-7314 | www.stemsd.com

Candidate Application

---

### San Francisco Stem Cell Treatment Center

1700 California Street | Suite 520 | San Francisco, CA 94109 | (415) 345-0099 | www.sfstemcellcenter.com

Candidate Application

---

### Silicon Valley Stem Cell Treatment Center

10050 Bubb Rd Suite 2 | Cupertino, CA  95014 | (408) 996-2550 | www.svstemcell.com

Candidate Application

---

### Ventura Stem Cell Treatment Center

1889 North Rice Ave #201 | Oxnard, CA 93030 | (805) 485-3888 | Fax: (805) 485-5810 | www.venturastemcell.com

Candidate Application

---



**Northern California Regenerative Cell Treatment Center**
2485 Hospital Drive, Suite 221 | Mountain View, CA 94040 | (800) 733-2239 | www.stemcell.baymedcenter.com

Candidate Application

**Life Lift Stem Cell Treatment Center**
400 Newport Center Drive | Suite 100 | Newport Beach, CA 92660 | (949) 644-1641 | www.pelvicpro.net

Candidate Application

**OC Wellness Rejuvenation and Stem Cell Center**
2171 Campus Drive | Suite #120 | Irvine, CA 92612 | (949) 222-0232 | www.ocwellnessstemcell.com

Candidate Application

**Santa Rosa Stem Cell Treatment Center**
1701 4th Street | Suite 200 | Santa Rosa, CA 95404 | (707) 544-3232 | www.drchernoff.com/investigational-stem-cell-treatment-using-adult-stromal-vascular-fraction-svf

Candidate Application

**Regenerative Medicine Specialists**
1100 Paseo Camarillo | Camarillo, CA 93010 | (805) 585-5004 | www.regendoctor.com

Candidate Application



**Vitality Stem Cell Treatment Center of Palm Desert**
44200 Monterey Ave | Palm Desert, CA 92260 | (760) 674-2070

Candidate Application

**SF Bay Area Stem Cell Treatment Center**
1720 El Camino Real # 200 | Burlingame, CA 94010 | (650) 697-8888

Candidate Application

**Golden Gate Stem Cell Treatment Center**
2100 Webster Street, Su te 309 | San Francisco, CA 94115 | Local: (415) 923-3028 | www.ggstemcell.com |
info@ggstemce l.com

Candidate Application

**Innova Medical**
416 North Bedford Drive, Su te 200 | Beverly Hills, CA 90210 | Local: (310) 999-1003 | Info@rhmd.com

Candidate Application

**La Quinta Stem Cell Treatment Center**

47020 Washington Street | La Quinta, CA 92253 | Local: (760) 777-8377 |
www.desertpainrelief.com | info@desertmedicalcare.com

Candidate Application

**OC Advanced Stem Cell Treatment Center**

150 Avenida Cabrillo, Suite A | San Clemente, CA 92672 | (949) 369-6993 | www.ocstemcells.com

Candidate Application

**West LA Medical & Skincare Stem Cell Center**

11111 W. Olympic Blvd, Su te 401 | Los Angeles, CA 90064 | (310) 473-1734 | www.westlaskincare.com

Candidate Application

**Bios Functional and Stem Cell Medicine**

2001 Santa Monica Blvd, Suite 1190 | Santa Monica, CA 90404 | (310) 955-1885 |
www.biosfunctionalmedicine.com

Candidate Application

**AmpliCell Medical**

(323) 205-6871

Candidate Application



**Central Valley Stem Cell Treatment Center**

1329 Spanos Court Suite A-1 | Modesto, CA 95350 | (209) 577-5700

Candidate Application

**East Bay Stem Cell Center**

1776 Ygnacio Valley Road ste 204 | Walnut Creek, CA 94598 | (925) 979-0979

Candidate Application

HOME   OUR MISSION   CONTACT   CURRENTLY STUDYING   OUR PHYS CIAN TEAMS   UNITED STATES CANDIDATE APPLICATION   INTERNATIONAL CANDIDATE APPL CAT ON   AFFIL ATE LOCATOR   FAQS

TRAVEL CONCIERGE   PRIVACY POLICY   HIPAA PRIVACY POL CY STATEMENT   HIPAA NOTICE OF PRIVACY PRACTICES

**Toll Free:** 800-231-0407 | **Telephone:** 760-424-8554 | **Fax:** 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web s te.
The web s te contains the op nions of multiple authors intended for educational purposes with the understanding that the publ cations or editorials are not prov ding any profess onal services.

CSN and its associates disclaim any liability loss or risk directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network

Website by Thetford Web Development

Page 34 of 43



Toll Free: 800-231-0407      Make An Appointment      Find a Physician      Login      Your cart

For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home    About Us    Our Physician Network    Currently Studying    News    ICSS Charity    Newsletter    Contact

## Currently Studying

Home / Currently Studying



**Urology**

Interstitial Cystitis

Peyronies Disease

Erectile Dysfunction

Male Incontinence



**Cardiac / Pulmonary**

Asthma

Post MI Myocardial
Infarction

Congestive Heart
Failure (CHF) and
Cardiomyopathy

Asthma
Degenerative
Disease

Lung Disease



**Orthopedics**

Neck Arthritis and
Spine Disease

Back Arthritis and
Spine Disease

Knee Problems

Hip Problems

Elbow and Hand
Problems

Shoulder Problems

**Neurology**

Multiple Sclerosis

Peripheral
Neuropathy

ALS Amyotrophic
Lateral Sclerosis

Parkinson's

Muscular Dystrophy

Stroke

Incomplete Spinal
Cord Injury

USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining
the Network

Events

Videos

CSN Publications

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?
More FAQs...

**Stem Cells and the FDA**

Stem cell treatment is not approved by
the FDA for any specific disease

Click for details...

**Auto-Immune Diseases**

Lupus

Relapsing
Polychondritis

Auto-Immune
Hepatitis

Crohn's Disease

Rheumatoid Arthritis

Myasthenia Gravis

Lichen Sclerosus

**Ophthalmology**

Ophthalmology

Dry Eyes

Macular
Degeneration

Glaucoma

Optic Neuritis

Others

HOME    OUR MISSION    CONTACT    CURRENTLY STUDYING    OUR PHYSICIAN TEAMS    UNITED STATES CANDIDATE APPLICATION    INTERNATIONAL CANDIDATE APPLICATION    AFFILIATE LOCATOR    FAQS
TRAVEL CONCIERGE    PRIVACY POLICY    H PAA PR VACY POL CY STATEMENT    HIPAA NOTICE OF PRIVACY PRACTICES

**Toll Free:** 800-231-0407 | **Telephone:** 760-424-8554 | **Fax:** 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web s te.
The web s te contains the op nions of multiple authors intended for educational purposes with the understanding that the publ cations or editorials are not prov ding any profess onal services.
CSN and its associates disclaim any liability loss or risk directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network
Website by Thetford Web Development

Page 35 of 43



Toll Free: 800-231-0407    Make An Appointment    Find a Physician    Login    Your cart

For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home    About Us    Our Physician Network    Currently Studying    News    ICSS Charity    Newsletter    Contact

## ICSS Charity

Home > ICSS Charity

### About the ICSS

The International Cell Surgical Society (ICSS) is US-based non-profit dedicated to providing physician education, training and standards for the practice of cell-based medicine. The goal of the ICSS is to advance the field of regenerative medicine by promoting transparency, oversight and patient safety .

As a Professional Medical Association, the ICSS represents Physicians from all over the who who share a mission to provide Scientifically Credible and Medically Appropriate Point-Of-Care Treatments to Informed Patients.

**The ICSS serves the regenerative medical community through:**

- Standards for the Practice of Cell Based Medicine
- Oversight by its HHS approved Institutional Review Board
- On-going Physician Education through Conferences, Training and e-Newsletters

Visit ICSS Website

USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining
the Network

Events

Videos

CSN Publications

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?

**More FAQs...**

**Stem Cells and the FDA**

Stem cell treatment is not approved by
the FDA for any specific disease

**Click for details...**

**Toll Free:** 800-231-0407 | **Telephone:** 760-424-8554 | **Fax:** 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web s te.
The web s te contains the op nions of multiple authors intended for educational purposes with the understanding that the publ cations or editorials are not prov ding any profess onal services.
CSN and its associates disclaim any liability loss or risk directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network
Website by Thetford Web Development

http://stemcellrevolution.com/icss-charity/

Page 36 of 43

1/1



Toll Free: 800-231-0407    Make An Appointment    Find a Physician      Login      Your cart

For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home      About Us      Our Physician Network      Currently Studying      News      ICSS Charity      Newsletter      Contact

## Newsletter

Home  /  Newsletter

### Sign up to stay in touch!

Sign up to get interesting news and updates delivered to your inbox.

\* Email Address

First Name

Sign Up

By submitting this  orm, you are grant ing: California Stem Cell Treatment Center, 72780 Country Club Dr, Rancho Mirage, California, 92270, Unit ed States,
h ttp://www.s emce lrevolution.com permission to email you. You may unsubscribe via the link found at the bottom of every email. (See our Email Privacy Pol cy for
details.) Ema s are serviced by Constant Con act.

USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining
the Network

Events

Videos

CSN Publications

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?

**More FAQs...**

**Stem Cells and the FDA**

Stem cell treatment is not approved by
the FDA for any specific disease

**Click for details...**

HOME      OUR MISSION      CONTACT      CURRENTLY STUDYING      OUR PHYS CIAN TEAMS      UNITED STATES CANDIDATE APPLICATION      INTERNATIONAL CANDIDATE APPL CAT ON      AFFILIATE LOCATOR      FAQS
TRAVEL CONCIERGE      PRIVACY POLICY      HIPAA PRIVACY POL CY STATEMENT      HIPAA NOTICE OF PRIVACY PRACTICES

**Toll Free:** 800-231-0407 | **Telephone:** 760-424-8554 | **Fax:** 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web s te.
The web s te contains the op nions of multiple authors intended for educational purposes with the understanding that the publ cations or editorials are not prov ding any profess onal services.

CSN and its associates disclaim any liability  loss  or risk  directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network
Website by Thetford Web Development



Toll Free: 800-231-0407   Make An Appointment   Find a Physician    Login    Your cart

For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home   About Us   Our Physician Network   Currently Studying   News   ICSS Charity   Newsletter   Contact



Map & Directions

Home / Contact / Map & Directions

### Rancho Mirage Medical Center

72780 Country Club Dr #301
72780 Country Club Dr #301, Rancho
Mirage, CA 92270
View larger map

View Larger Map

### Beverly Hills Treatment Center

S Spalding Dr
Beverly Hills, CA 90212
View larger map

View Larger Map

USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining
the Network

Events

Videos

CSN Publications

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?
More FAQs...

**Stem Cells and the FDA**

Stem cell treatment is not approved by
the FDA for any specific disease
Click for details...

HOME   OUR MISSION   CONTACT   CURRENTLY STUDYING   OUR PHYSICIAN TEAMS   UNITED STATES CANDIDATE APPLICATION   INTERNATIONAL CANDIDATE APPLICATION, CAT ON   AFFILIATE LOCATOR   FAQS

TRAVEL CONCIERGE   PRIVACY POLICY   HIPAA PRIVACY POLICY STATEMENT   HIPAA NOTICE OF PRIVACY PRACTICES

Toll Free: 800-231-0407 | Telephone: 760-424-8554 | Fax: 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web site.
The web site contains the opinions of multiple authors intended for educational purposes with the understanding that the publications or editorials are not prov ding any profess onal services.
CSN and its associates disclaim any liability loss or risk directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network
Website by Thetford Web Development



Toll Free: 800-231-0407    Make An Appointment    Find a Physician    Login    Your cart »

**CELL SURGICAL NETWORK**

For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home    About Us    Our Physician Network    Currently Studying    News    ICSS Charity    Newsletter    Contact

## United States Candidate Application

Home / Contact / United States Candidate Application

Please fill out the candidate application below by first selecting the specific treatment center you wish to go to, then fill out and submit the form. If you wish to apply for treatment outside of the United States, please click here.

### 1. Choose Location

### 2. Complete Form

#### Arizona
Arizona Stem Cell Treatment Center
Scottsdale Stem Cell Treatment Center
Arizona Stem Cell Research Center
SouthWest Institute For Regenerative Medicine (SWIF-RM)

#### Arkansas
Little Rock Stem Cell Treatment Center

#### California
Bay Area Stem Cell Treatment Center
California Stem Cell Treatment Center
Golden Gate Stem Cell Treatment Center
La Quinta Stem Cell Treatment Center
Life Lift Stem Cell Treatment Center
Miracle Mile Stem Cell Treatment Center
Newport Beach Stem Cell Treatment Center
NorCal Stem Cell Treatment Center
OC Wellness Rejuvenation and Stem Cell Center
Orange County Regenerative Medicine
Peacock Stem Cell Treatment Center
San Diego Stem Cell Treatment Center
San Francisco Stem Cell Treatment Center
Santa Rosa Stem Cell Treatment Center
SF Bay Area Stem Cell Treatment Center
Silicon Valley Stem Cell Treatment Center
Spanish Hills Stem Ce l Treatment Center
Stem Cell Institute of Los Angeles
Ventura Stem Cell Treatment Center
Vitality Stem Cell Treatment Center of Palm Desert

#### Colorado
Boulder Stem Cell Treatment Center
Colorado Stem Cell Treatment Center
Sharper Edge Anti-Aging and Rejuvenation Clinic

#### Florida
Cell Surgical Network of Florida
Florida Stem Ce l Treatment Center
South Florida Stem Cell Treatment Center
Palm Beach Stem Cell Treatment Center
Vero Beach Stem Cell Treatment Center
Lake Nona Medical Arts

#### Georgia
The Stem Ce l Center of Georgia

#### Hawaii
Honolulu Stem Cell Treatment Center

#### Illinois
Chicago Stem Cell Treatment Center

#### Indiana
Indiana Stem Cell Treatment Center
Midwest Stem Cell Treatment Center

#### Kansas
Kansas Regenerative Medical Center
New Health Regenerative Medicine Center

#### Michigan
Michigan Stem Cell Treatment Center

#### Mississippi
Mississippi Stem Cell Treatment Center
Biønville Stem Cell Treatment Center

#### Nebraska
Nebraska Stem Cell Treatment Center

#### Nevada
Las Vegas Stem Cell Treatment Center

#### New York
Brooklyn Stem Cell Treatment Center
Manhattan Regenerative Medical Center
Manhattan Stem Cell Treatment Center
New York Stem Cell Treatment Center
Park Avenue Stem Cell Treatment Center

#### North Carolina
Carolina Stem Cell Treatment Center

#### Ohio
Columbus Stem Cell Treatment Center
Ohio Stem Cell Treatment Center

#### Oklahoma
Oklahoma Stem Cell Treatment Center

#### Pennsylvania
Pennsylvania Stem Cell Treatment Center

#### Tennessee
Tennessee Stem Cell Treatment Center

#### Texas
Austin Stem Cell Treatment Center
Houston Stem Ce l Medical Center
Innovations Medical Stem Ce l Treatment Center
Longevity & Stem Cell Centre of Houston
Texas Stem Ce l Treatment Center
Texas Stem Ce l Therapy Center
The Stem Cell Center of Texas
Waxahatchie Stem Cell Treatment Center

---

**Candidate Application Form**

Please select a Treatment Center using the links to the left.

**Name**

**Email**

**Address**
Please provide your street, city, state, and zip code

**Phone number**

**Best Method of Contact**
○ Email   ○ Phone

**Age**

**Gender**
○ Female   ○ Male

**Give a brief description of your problem, injury, or disease**

[Submit]

We respect your email privacy

---

USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining the Network

Events

Videos

CSN Publications

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?
More FAQs...

**Stem Cells and the FDA**

Stem cell treatment is not approved by the FDA for any specific disease

Click for details...

**New Jersey**
New Jersey Stem Cell Treatment Center

**Washington**
Seattle Stem Cell Treatment Center
Seattle Stem Cell Center

**West Virginia**
The Greenbrier Stem Cell Treatment Center

**Please note: If you do not hear back from the office within 72-hours, would you please contact us at our toll-free number: 1.800.231.0407.**

HOME    OUR MISSION    CONTACT    CURRENTLY STUDYING    OUR PHYS CIAN TEAMS    UNITED STATES CANDIDATE APPLICATION    INTERNATIONAL CANDIDATE APPL CAT ON    AFFILIATE LOCATOR    FAQS

TRAVEL CONCIERGE    PRIVACY POLICY    H PAA PR VACY POL CY STATEMENT    HIPAA NOTICE OF PRIVACY PRACTICES

**Toll Free:** 800-231-0407 | **Telephone:** 760-424-8554 | **Fax:** 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web s te.
The web s te contains the op nions of multiple authors intended for educational purposes with the understanding that the publ cations or editorials are not prov ding any profess onal services.

CSN and its associates disclaim any liability loss or risk directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network
Website by Thetford Web Development





Toll Free: 800-231-0407    Make An Appointment    Find a Physician     Login     Your cart

For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home    About Us    Our Physician Network    Currently Studying    News    ICSS Charity    Newsletter    Contact

## Cell Banking

Home › Cell Banking

**Cells On Ice** in collaboration with their technology partner American CryoStem has been established to provide state of the art cryobanking to any patient having a liposuction for either therapeutic (SVF deployment for IRB approved conditions) or cosmetic reasons. A small volume of fat can be preserved as stromal Vascular Fraction (or as expanded stem cells in the near future) and it will remain frozen indefinitely in an FDA registered facility. This enables a person to receive their own autologous stem cells back for future deployments at any time in the future should the medical need arise. Other patients may want to use their own cells in the near future as part of a sequential repeat treatment for various conditions where one treatment is inadequate. Many patients will want to have cells available on a moment's notice if they had an accident or stroke or heart attack. Some of these cells could even be used for cancer therapies or age mitigation strategies ("Cell Renewal Therapy"). The cost of this "Bio-Insurance" is $2500 to process and then $240 per year to maintain the bank of stem cells. Having your own personal stem cells available for medical immediate use at any time in your life is a valuable medical asset. For more information, call 855-204-0302.

www.cellsonice.com

USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining the Network

Events

Videos

CSN Publications

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?

**More FAQs...**

**Stem Cells and the FDA**

Stem cell treatment is not approved by the FDA for any specific disease

**Click for details...**

HOME    OUR MISSION    CONTACT    CURRENTLY STUDYING    OUR PHYS CIAN TEAMS    UNITED STATES CANDIDATE APPLICATION    INTERNATIONAL CANDIDATE APPL CAT ON    AFFILIATE LOCATOR    FAQS

TRAVEL CONCIERGE    PRIVACY POLICY    H PAA PR VACY POL CY STATEMENT    HIPAA NOTICE OF PRIVACY PRACTICES

**Toll Free:** 800-231-0407 | **Telephone:** 760-424-8554 | **Fax:** 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web s te.
The web s te contains the op nions of multiple authors intended for educational purposes with the understanding that the publi cations or editorials are not prov ding any profess onal services.
CSN and its associates disclaim any liability loss or risk directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network
Website by Thetford Web Development



Toll Free: 800-231-0407    Make An Appointment    Find a Physician    Login    Your cart

For the investigational use of Adipose Derived
Stem Cells (ADSC's) for clinical research and deployment.

Home    About Us    Our Physician Network    Currently Studying    News    ICSS Charity    Newsletter    Contact

## FDA

Home / FDA

The Cell Surgical Network and its affiliate treatment centers are not offering stem cell therapy as a cure for any
condition, disease, or injury.  No statements or implied treatments on this website have been evaluated or approved
by the FDA.  This website contains no medical advice.  All statements and opinions provided by this website are
provided for educational and informational purposes only and we do not diagnose or treat via this website or via
telephone.  The Cell Surgical Network and its affiliate treatment centers are offering patient funded research to
provide individual patients with Stromal Vascular Fraction that contains their own autologous stem cells and growth
factors and the treatment centers provide surgical procedures only and are not involved in the use or manufacture of
any investigational drugs.

The Cell Surgical network does not claim that any applications, or potential applications, using autologous stem cells
are approved by the FDA, or are even effective. We do not claim that these treatments work for any listed nor unlisted
condition, intended or implied. It's important for potential patients to do their own research based on the options that
we present so that one can make an informed decision. Any decision to participate in our patient funded
experimental protocols is completely voluntary.

ATTENTION: If you have ANY concern with stromal vascular fraction, any of our products, methods, website, or
technique and think we may be violating any U.S. law, please contact us so that we can investigate the matter or
concern immediately.

USA Candidate Application

International Candidate Application

Founders

Cell Banking

Physicians Interested in Joining
the Network

Events

Videos

CSN Publications

**Contact Us**

Learn about the stem cell revolution

Contact Us or Make an Appointment

**Frequently Asked Questions**

What is a stem cell?
How do adult stem cells heal?
How is the fat obtained?

**More FAQs...**

**Stem Cells and the FDA**

Stem cell treatment is not approved by
the FDA for any specific disease

**Click for details...**

**Toll Free:** 800-231-0407 | **Telephone:** 760-424-8554 | **Fax:** 760-776-0041

Those who access this web site should consult their Physician before following any of the suggestions or making any conclusions from the web s te.
The web s te contains the op nions of multiple authors intended for educational purposes with the understanding that the publ cations or editorials are not prov ding any profess onal services.
CSN and its associates disclaim any liability loss or risk directly or indirectly of the application of any of the contents of the web site.

Copyright © 2016 | Cell Surgical Network
Website by Thetford Web Development