# DECLARATION OF CAROLYN YONG

*PROPOSED TO BE FILED UNDER SEAL PURSUANT TO L.R. 79-5.2.2*