JOSEPH H. HUNT
Assistant Attorney General
GUSTAV W. EYLER
Director
Consumer Protection Branch
ALAN PHELPS
Assistant Director
NATALIE N. SANDERS
Trial Attorney
    Consumer Protection Branch
    U.S. Department of Justice
    450 5th Street, NW, Suite 6400-South
    Washington, D.C. 20530
    Telephone: (202) 598-2208
    Facsimile: (202) 514-8742
    E-mail: Natalie.N.Sanders@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA STEM CELL TREATMENT CENTER, INC., et al.<br><br>    Defendants. | No. 5:18-CV-01005-JBG-KKx<br><br>Hon. Jesus G. Bernal<br>Riverside, Courtroom 1<br><br>**DECLARATION OF CHRISTOPHER C. JONECKIS**<br><br>Hearing Date:  August 5, 2019<br>Trial Date:      October 1, 2019 |

I, Christopher C. Joneckis, Ph.D., declare the following:

1. I am the Associate Director for Review Management in the Office of the Center Director, Center for Biologics Evaluation and Research, United States Food and Drug Administration ("FDA").

1

2. The existence of a Biologics License Application ("BLA"), New Drug Application ("NDA"), Investigational New Drug Application ("IND"), Premarketing Application ("PMA"), Investigational Drug Exemption ("IDE"), or 510(k) application ("510k") is reflected in various official FDA records to which I have access, or have requested others to access, as part of my official duties. FDA regularly tracks and maintains these records at or near the time of their submission, communication, or review in the normal course of regulatory affairs, and relies on these records to conduct official business.

3. On June 12, 2019, June 25, 2019, and July 1, 2019, I caused a diligent search of the official FDA records referred to in paragraph 2. These searches were conducted using the following search terms: California Stem Cell Treatment Center, Cell Surgical Network, Mark Berman, Elliot Lander, Cells on Ice. The searches also sought information about any BLA, NDA, IND, PMA, IDE or 510k, the subject of which is stromal vascular fraction (SVF); SVF combined with ACAM2000 or Vaccinia Vaccine, Live; and SVF expanded by American CryoStem Corporation in Monmouth Junction, New Jersey.

4. The searches described in paragraph 3, revealed that there is no approved BLA, NDA, PMA, or IDE, no IND in effect, and no cleared 510k on file for California Stem Cell Treatment Center, Cell Surgical Network, Mark Berman, Elliot Lander, or Cells on Ice. The searches described in paragraph 3 identified a number of IND and IDE submissions; however, none of those INDs or IDEs are in effect or approved, respectively. As such, there is no approved BLA, NDA, PMA, or IDE, no IND in effect, and no cleared 510(k) on file for California Stem Cell Treatment Center, Cell Surgical Network, Mark Berman, Elliot Lander, or Cells on Ice in connection with SVF; SVF combined with ACAM2000 or Vaccinia Vaccine, Live; and/or SVF expanded by American CryoStem Corporation in Monmouth Junction, New Jersey.

1 | Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, the foregoing is true and correct.

Executed on July 2, 2019.

Christopher C. Joneckis, Ph.D.
Associate Director for Review Management
Office of the Center Director
Center for Biologics Evaluation and
    Research
U.S. Food and Drug Administration

3