UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 18-1005 JGB (KKx)** | Date | July 10, 2019 |
| Title | *United States of America v. California Stem Cell Treatment Center, Inc., et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order (1) CONTINUING the Hearing on the Motion for Summary Judgment to December 9, 2019; and (2) ORDERING Parties to Meet and Confer to Propose a Briefing Schedule and Revised Dates for Pre-Trial Conference and Trial

On July 8, 2019, Plaintiff United States of America filed a Motion for Summary Judgment against Defendants California Stem Cell Treatment Center, Inc., Cell Surgical Network Corporation, Elliott B. Lander, and Mark Berman (collectively, "Defendants"). ("MSJ," Dkt. No. 45.) The government noticed a hearing for August 5, 2019. (See id.) The Court CONTINUES the hearing on this matter to **Monday December 9, 2019 at 9:00 a.m.** In light of this continuance, revised dates for a pre-trial conference and trial are necessary. The parties are ORDERED meet and confer to propose (1) a briefing schedule for Defendants' opposition and the government's reply and (2) revised dates for a pre-trial conference and trial. The proposed briefing schedule and revised dates must be filed on or before July 24, 2019.

**IT IS SO ORDERED.**