**VENABLE LLP**
Celeste M. Brecht (SBN 238604)
   cmbrecht@venable.com
Matthew M. Gurvitz (SBN 272895)
   mmgurvitz@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendants
CALIFORNIA STEM CELL
TREATMENT CENTER, INC.,
CELL SURGICAL NETWORK
CORPORATION, ELLIOT B. LANDER, M.D.
and MARK BERMAN, M.D.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STEM CELL TREATMENT CENTER, INC., a California corporation, CELL SURGICAL NETWORK CORPORATION, a California corporation, and ELLIOT B. LANDER, M.D., MARK BERMAN, M.D., individuals,<br><br>Defendants. | CASE NO. 5:18-CV-01005-JGB-KK<br><br>Hon. Jesus G. Bernal<br>Riverside, Courtroom 1<br><br>**DEFENDANTS' UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S MOTION TO STRIKE, AND DEFENDANTS' FOUR *DAUBERT* MOTIONS**<br><br>Action Filed:   May 9, 2018<br>Trial Date:   February 11, 2020 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants California Stem Cell Treatment Center, Inc., Cell Surgical Network Corporation, Elliot B. Lander, M.D. and Mark Berman, M.D. (collectively, "Defendants") hereby make their unopposed *ex parte* application (the "Application") for an order continuing the hearing on Plaintiff's Motion for Summary Judgment (ECF Doc. 45), Plaintiff's Motion to Strike the Declaration of Elliot Lander, M.D. (ECF Doc. 63) and Defendants' four *Daubert* Motions (ECF Docs. 65-68) from December 9, 2019 to December 16, 2019 or at such time that is convenient for the Court.

Good cause exists for granting this Application:

• Counsel for Defendants are not available on December 9, 2019. *See* Decl. Gurvitz at ¶ 2.

• The requested and unopposed continuances will not result in any prejudice to any of the parties.

This unopposed *ex parte* application is based on this Application, the attached memorandum of points and authorities, the concurrently filed Declaration of Matthew M. Gurvitz, the pleadings on file in this action, and any other matter as the Court may consider in connection with this Application.

Dated: November 12, 2019             **VENABLE LLP**

By: */s/ Matthew M. Gurvitz*
Celeste M. Brecht
Matthew M. Gurvitz
Attorneys for Defendants
CALIFORNIA STEM CELL
TREATMENT CENTER, INC., CELL
SURGICAL NETWORK
CORPORATION, ELLIOT B. LANDER,
M.D. and MARK BERMAN, M.D.

# MEMORANDUM OF POINTS AND AUTHORITIES

Good cause exists to grant Defendants California Stem Cell Treatment Center, Inc., Cell Surgical Network Corporation, Elliot B. Lander, M.D. and Mark Berman, M.D. (collectively, "Defendants") unopposed request for a continuance of the currently scheduled hearings on Plaintiff's Motion For Summary Judgment, Plaintiff's Motion to Strike the Declaration of Elliot Lander, M.D., and Defendants' four *Daubert* Motions (ECF Docs. 45, 63, 65-68).

Counsel for Defendants are not available for the December 9, 2019, hearing date. Plaintiff's Motion for Summary Judgment was originally scheduled to be heard on August 5, 2019. On July 10, 2019, this Court, on its own motion, issued an Order continuing the hearing on Plaintiff's Motion for Summary Judgment to December 9, 2019, and requested that the parties submit proposed briefing schedules. *See* ECF Doc. 56. The parties submitted a stipulated briefing schedule and all motions, oppositions, and reply briefs have since been filed according to that briefing schedule.

However, lead counsel for Defendants did not realize at the time that they were already scheduled to be out of town for December 9, 2019 when the hearing date was ordered by this Court. *See* Gurvitz Decl. at ¶ 2. Therefore, Defendants respectfully request that the Court move the hearing date by one week or when convenient for the Court to hear the noticed Motions.

On November 8, 2019, Defendant's counsel, Matthew Gurvitz, gave notice of this Application to Plaintiff's counsel, Natalie Sanders. Gurvitz Decl. ¶ 3. During that telephone call, Plaintiff's counsel confirmed that Plaintiff does not oppose Defendants' *ex parte* application to continue the hearing date on the above-referenced motions so long as the hearing on all pending motions be continued to the same date. *Id*. Defendants also respectfully request that the hearing date on all pending motions be set for the same date for the convenience of the parties and Court. *Id.*

# ARGUMENT

## I. GOOD CAUSE EXISTS TO GRANT THIS APPLICATION

*Ex parte* applications are solely for extraordinary relief and should be used with discretion. *See Mission Power Engineering Co. v. Continental Casualty Co.*, 883 F. Supp. 488 (C.D. Cal. 1995). Good cause exists where (1) the moving party will be irreparably prejudiced absent *ex parte* relief; and (2) the moving party is without fault for creating the circumstances warranting *ex parte* relief or the circumstances are the result of excusable neglect. *See* Schwarzer, et al., RUTTER GROUP PRACTICE GUIDE: FED. CIV. PROC. BEFORE TRIAL, CAL., ¶ 12:170 ("RUTTER GUIDE"), citing *Mission Power*, 883 F. Supp. at 492. Among the types of situations warranting *ex parte* relief include ministerial matters (such as requests to extend page limits or extensions of time) and scheduling matters (such as motions to shorten time for hearing). RUTTER GUIDE, ¶¶ 12:162, 12:172.

Good cause exists here to grant the requested short continuance of the hearing date because counsel for Defendants are not available for the hearing. Indeed, lead counsel for Defendants – Celeste Brecht and Matthew Gurvitz – will both be outside the State of California on December 9, 2019 in connection with other business.

First, Defendants will be irreparably prejudiced absent the requested one-week continuance as counsel for Defendants are not available on the noticed hearing date to present oral argument on important matters before the Court, including but not limited to Plaintiff's motion for summary judgment.

Second, the requested continuance will not prejudice Plaintiff. Indeed, Plaintiff agreed to the requested continuance and does not oppose this Application, so long as all of the pending motions before this Court are continued to the same date for hearing. Gurvitz Decl., ¶¶ 3.

Thus, Defendants respectfully request that this Court continue the hearing on Plaintiff's Motion For Summary Judgment, Plaintiff's Motion to Strike the Declaration of Elliot Lander, M.D., and Defendants' four *Daubert* Motions (ECF

Docs. 45, 63, 65-68) from December 9, 2019 to December 16, 2019, or any time thereafter as is convenient for the Court.

Dated: November 12, 2019     **VENABLE LLP**

By:  */s/ Matthew M. Gurvitz*
 Celeste M. Brecht
 Matthew M. Gurvitz
Attorneys for Defendants
CALIFORNIA STEM CELL TREATMENT CENTER, INC., CELL SURGICAL NETWORK CORPORATION, ELLIOT B. LANDER, M.D. and MARK BERMAN, M.D.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 12, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.2.

*/s/ Matthew M. Gurvitz*
Matthew M. Gurvitz