**VENABLE LLP**
Celeste M. Brecht (SBN 238604)
  cmbrecht@venable.com
Matthew M. Gurvitz (SBN 272895)
  mmgurvitz@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Attorneys for Defendants
CALIFORNIA STEM CELL
TREATMENT CENTER, INC.,
CELL SURGICAL NETWORK
CORPORATION, ELLIOT B. LANDER, M.D.
and MARK BERMAN, M.D.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>CALIFORNIA STEM CELL TREATMENT CENTER, INC., a California corporation, CELL SURGICAL NETWORK CORPORATION, a California corporation, and ELLIOT B. LANDER, M.D., MARK BERMAN, M.D., individuals,<br><br>                    Defendants. | CASE NO. 5:18-CV-01005-JGB-KK<br><br>Hon. Jesus G. Bernal<br>Riverside, Courtroom 1<br><br>**DECLARATION OF MATTHEW M. GURVITZ IN SUPPORT OF DEFENDANTS UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S MOTION TO STRIKE, AND DEFENDANTS' DAUBERT MOTIONS**<br><br>Action Filed:   May 9, 2018<br>Trial Date:     February 11, 2020 |

# DECLARATION OF MATTHEW M. GURVITZ

I, Matthew M. Gurvitz, declare as follows:

1. I am Counsel at Venable LLP, counsel for Defendants California Stem Cell Treatment Center, Inc., Cell Surgical Network Corporation, Elliot B. Lander, M.D. and Mark Berman, M.D. (collectively, "Defendants") in the above-entitled action. I submit this declaration in support of Defendants Unopposed *Ex Parte* Application to continue the December 9, 2019 hearing on Plaintiff's Motion for Summary Judgement (ECF Doc. 45), Plaintiff's Motion to Exclude the Declaration of Elliot Lander, M.D., (ECF Doc. 63 and Defendants' four *Daubert* Motions (ECF Docs. 65-68).

2. Neither I, nor Celeste Brecht are available on the December 9, 2019 hearing date because we will be travelling on business that was scheduled before this Court ordered the new hearing date on July 10, 2019.

3. On November 8, 2019, I gave notice of this Application to Plaintiff's counsel, Natalie Sanders. During that telephone call, Plaintiff's counsel confirmed that Plaintiff does not oppose Defendants' *ex parte* application to continue the hearing date on the above-referenced motions so long as the hearing on all pending motions be continued to the same date. Defendants also respectfully request that the hearing date on all pending motions be set for the same date for the convenience of the parties and Court.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the State of California. Executed this 12th day of November, 2019, at Los Angeles, California.

*/s/ Matthew M. Gurvitz*
Matthew M. Gurvitz

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 12, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.2.

*/s/ Matthew M. Gurvitz*
Matthew M. Gurvitz

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

2
GURVITZ DECLARATION IN SUPPPORT OF *EX PARTE* APPLICATION
TO CONTINUE HEARING