VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STEM CELL TREATMENT CENTER, INC., a California corporation, CELL SURGICAL NETWORK CORPORATION, a California corporation, and ELLIOT B. LANDER, M.D., MARK BERMAN, M.D., individuals,<br><br>Defendants. | CASE NO. 5:18-CV-01005-JGB-KK<br><br>Hon. Jesus G. Bernal<br>Riverside, Courtroom 1<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S MOTION TO STRIKE, AND DEFENDANTS' FOUR *DAUBERT* MOTIONS**<br><br>Action Filed:   May 9, 2018<br>Trial Date:       February 11, 2020 |

## ORDER

**IT IS HEREBY ORDERED**, good cause appearing, that:

Defendants' *ex parte* application (the "Application") for an order continuing the hearing on Plaintiff's Motion for Summary Judgment (ECF Doc. 45), Plaintiff's Motion to Strike the Declaration of Elliot Lander, M.D. (ECF Doc. 63) and Defendants' four *Daubert* Motions (ECF Docs. 65-68) is granted.

The new hearing date for the above-referenced motions on file shall be January 13, 2020 at 9:00 a.m.

Dated:  November 14, 2019

HON. JESUS G. BERNAL
United Stated District Court Judge