JOSEPH H. HUNT
Assistant Attorney General
DAVID M. MORRELL
Deputy Assistant Attorney General
GUSTAV W. EYLER
Director
Consumer Protection Branch
NATALIE N. SANDERS
Trial Attorney
    Consumer Protection Branch
    U.S. Department of Justice
        450 5th Street, NW, Suite 6400-South
        Washington, D.C. 20530
        Telephone: (202) 598-2208
        Facsimile:  (202) 514-8742
        E-mail: Natalie.N.Sanders@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA STEM CELL TREATMENT CENTER, INC., *et al.*<br><br>    Defendants. | No. 5:18-CV-01005-JBG-KKx<br><br>Hon. Jesus G. Bernal<br>Riverside, Courtroom 1<br><br>**ORDER REGARDING JOINT STIPULATION REGARDING FURTHER PRE-TRIAL AND TRIAL DEADLINES**<br><br>Summ. J. Hearing:  Jan. 13, 2020<br><br>Current Pre-trial Conference:  Jan 27, 2020<br><br>Current Trial Date:  Feb. 11, 2020 |

| | |
|---|---|
| 1 | **ORDER** |

2  Having reviewed the above-referenced Joint Stipulation and Proposed Order, and
3  for good cause shown, IT IS HEREBY ORDERED:

4  All further pre-trial and trial deadlines are stayed pending resolution of Plaintiff's
5  motion for summary judgment. Within 14 days of the issuance of the Court's ruling on
6  Plaintiff's motion for summary judgment, the parties shall file with the Court, if
7  necessary, a proposed schedule for any further hearings, to include the pre-trial
8  conference and trial. Should a trial be necessary, the parties will propose a trial date
9  approximately 60 days after the Court's summary judgment ruling, and the deadlines
10 for pre-trial filings shall be as set out in the Court's Civil Trial Scheduling Order (Dkt.
11 No. 30).

13 **IT IS SO ORDERED.**

15 Dated: December 26, 2019

16 HON. JESUS G. BERNAL
17 United States District Court Judge