UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 18-1005 JGB (KKx) | Date | January 13, 2020 |
| Title | United States of America v. California Stem Cell Treatment Center, Inc., et al. | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Phyllis A. Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for The Government(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Natalie N. Sanders | Celeste M. Brecht |
| Michael Shane | Matthew Marshall Gurvitz |

**Proceedings:**   Government's Motion for Summary Judgment (Dkt. No. 45); (2) Government's Motion to Strike Evidence (Dkt. No. 63); and (3) Defendants' Motions to Exclude (Dkt. Nos. 65–68).

The Court hears argument on the above-entitled motions. A separate order will be issued ruling on the motions.