BRIAN M. BOYNTON
Acting Assistant Attorney General
GUSTAV W. EYLER
Director
Consumer Protection Branch
NATALIE N. SANDERS
ROGER J. GURAL
Trial Attorneys
     Consumer Protection Branch
     U.S. Department of Justice
     450 5th Street, NW, Suite 6400-South
     Washington, D.C. 20530
     Telephone: (202) 598-2208
     Facsimile:  (202) 514-8742
     E-mail: Natalie.N.Sanders@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>CALIFORNIA STEM CELL<br>TREATMENT CENTER, INC.,<br>*et al.*<br><br>     Defendants. | No. 5:18-CV-01005-JGB-KKx<br><br>**FIRST AMENDED JOINT EXHIBIT LIST**<br><br>Trial Date:     May 4, 2021<br>Hearing Time:  9:00 a.m.<br>Courtroom:    Riverside Courthouse<br>                  3470 Twelfth Street<br>                  Riverside, CA 92501<br>                  Courtroom 1, 2nd Floor<br><br>Hon. Jesus G. Bernal |

Pursuant to Rule 26(a)(3)(A)(iii) of the Federal Rules of Civil Procedure, and Local Rule 16-6.1, Plaintiff United States of America and Defendants California Stem Cell Treatment Center, Inc., Cell Surgical Network Corporation, Elliot B. Lander, M.D., and Mark Berman, M.D., ("Defendants"), submit this First Amended Joint Exhibit List in advance of the May 4, 2021, trial.

The parties reserve the right to offer any item listed below, and reserve the right to offer unlisted exhibits for purposes of impeachment or rebuttal.  The fact that an item appears on this list as a potential exhibit is not to be construed as a waiver by any of the parties of any objections they may have to its admissibility.

## I.    PLAINTIFF'S EXHIBITS

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Expert Report of Carolyn Yong, Ph.D. | | |
| 2. | Rebuttal Report of Carolyn Yong, Ph.D. | | |
| 3. | Deposition Transcript Excerpts of Carolyn Yong, Ph.D. | | |
| 4. | Expert Report of Larissa Lapteva, M.D. | | |
| 5. | Rebuttal Report of Larissa Lapteva, M.D. | | |
| 6. | Expert Report of Doran L. Fink, M.D., Ph.D. | | |
| 7. | Expert Report of Randa Melhem, Ph.D. | | |
| 8. | Defendants' Responses to Rule 36 Requests for Admissions | | |
| 9. | Defendants' Responses to Rule 33 Interrogatories | | |
| 10. | Screenshots of CSN-CSCTC Website 8-29-17 | | |
| 11. | 2017 Establishment Inspection Report ("EIR") for CSCTC Rancho Mirage | | |
| 12. | 2017 Establishment Inspection Report ("EIR") for CSCTC Beverly Hills | | |
| 13. | CSCTC Brochure<br>*2017 EIR (Rancho Mirage) Ex. CJ51* | | |

1

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 14. | List of Patients Treated at CSCTC Beverly Hills<br>*2017 EIR (Beverly Hills) Ex. MF16* | | |
| 15. | Protocol - Clinical Intervention Study: Efficacy of Adipose Derived SVF for Degenerative Ophthalmic Conditions<br>*2017 EIR (Rancho Mirage) Ex. CJ8* | | |
| 16. | Ophthalmic Deployment Instructions<br>*2017 EIR (Rancho Mirage) Ex. CJ9* | | |
| 17. | Printout of CSN-CSCTC Website Screenshots | | |
| 18. | CSN-Time Machine Method for Preparing SVF (2016 and 2017 versions)<br>*2017 EIR (Rancho Mirage) Ex. WFL24* | | |
| 19. | Steps to Stromal Vascular Fraction PPT Presentation<br>*2017 EIR (Rancho Mirage) Ex. CJ1* | | |
| 20. | Photograph of Syringe of SVF (intermediate)<br>*2017 EIR (Rancho Mirage) Ex. WFL35* | | |
| 21. | Photograph Showing Syringes of SVF (final prep)<br>*2017 EIR (Rancho Mirage) Ex. WFL36* | | |
| 22. | Photograph Showing Labeling of Syringes of SVF (final)<br>*2017 EIR (Rancho Mirage) Ex. WFL37* | | |
| 23. | Photograph Showing Labeling of IV Administration Set<br>*2017 EIR (Rancho Mirage) Ex. WFL38* | | |
| 24. | Photograph Showing Labeling of IV Administration Set (reverse side)<br>*2017 EIR (Rancho Mirage) Ex. WFL39* | | |
| 25. | CSN Corporate History Documents<br>*2017 EIR (Beverly Hills) Ex. MF3* | | |
| 26. | CSN Affiliates Documents<br>*2017 EIR (Beverly Hills) Ex. MF4* | | |
| 27. | Packing Slip for 5% Dextrose in Lactated Ringer's Injection<br>*2017 EIR (Beverly Hills) Ex. DC4* | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 28. | Photograph of 5% Dextrose in Lactated Ringer's Injection<br>*2017 EIR (Rancho Mirage) Ex. WFL32* | | |
| 29. | Packing Slip and Certificate of Analysis for Order 293<br>*2017 EIR (Beverly Hills) Ex. DC2* | | |
| 30. | Photographs of Dextrose, saline (NaCl), operations, equipment and labeling<br>*2017 EIR (Beverly Hills) Ex. DC15* | | |
| 31. | Sterile Technique<br>*2017 EIR (Beverly Hills) Ex. MF17* | | |
| 32. | SVF Cultures<br>*2017 EIR (Beverly Hills) Ex. MF36* | | |
| 33. | Patient Medical Records (MB)<br>*2017 EIR (Beverly Hills) Ex. MF15* | | |
| 34. | FedEx Tracking for Adipose Tissue Sent to New Jersey Firm<br>*2017 EIR (Beverly Hills) Ex. DC1* | | |
| 35. | Transportation Records for Expanded Cells<br>*2017 EIR (Beverly Hills) Ex. MF28* | | |
| 36. | Protocol Amendment – Frozen/Thawed SVF and/or Expanded Cells (MSCs)<br>*2017 EIR (Rancho Mirage) Ex. WFL49* | | |
| 37. | Cells on Ice (COI) SOP Documents<br>*2017 EIR (Beverly Hills) Ex. MF10* | | |
| 38. | 2017 FDA Form-483 (Inspectional Observations) for CSCTC Rancho Mirage | | |
| 39. | 2017 FDA Form-483 (Inspectional Observations) for CSCTC Beverly Hills | | |
| 40. | CSN and Cells on Ice Patient Listing at CSCTC RM<br>*2017 EIR (Rancho Mirage) Ex. WFL8* | | |
| 41. | Photographs of Manufacturing Equipment<br>*2017 EIR (Rancho Mirage) Ex. WFL63* | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 42. | Photograph of Employee Performing Manufacturing Step of SVF<br>*2017 EIR (Rancho Mirage) Ex. WFL34* | | |
| 43. | Photograph Showing Manufacturing Room Hallway<br>*2017 EIR (Rancho Mirage) Ex. WFL40* | | |
| 44. | TMAX Certificate of Analysis<br>*2017 EIR (Rancho Mirage) Ex. CJ55* | | |
| 45. | TMAX Certificate of Analysis<br>*2017 EIR (Rancho Mirage) Ex. CJ56* | | |
| 46. | Photograph of TMAX<br>*2017 EIR (Rancho Mirage) Ex. CJ63* | | |
| 47. | Patient S101-015 Medical Records<br>*2017 EIR (Rancho Mirage) Ex. CJ32* | | |
| 48. | Protocol - Clinical Intervention Study: Safety of Autologous Adipose Derived SVF Combined with ACAM2000 (Vaccinia) Vaccine in Patients With Advanced Solid Tumors<br>*2017 EIR (Rancho Mirage) Ex. WFL56* | | |
| 49. | Adipose SVF Cultures<br>*2017 EIR (Rancho Mirage) Ex. CJ57* | | |
| 50. | Patient Medical Records (K.R.)<br>*2017 EIR (Rancho Mirage) Ex. CJ16* | | |
| 51. | Serious Adverse Events<br>*2017 EIR (Rancho Mirage) Ex. CJ10* | | |
| 52. | Patient Adverse Event Documents (D.B.)<br>*2017 EIR (Rancho Mirage) Ex. CJ12* | | |
| 53. | Patient Adverse Event Documents (A.C.)<br>*2017 EIR (Rancho Mirage) Ex. CJ13* | | |
| 54. | Patient Medical Records (R.B.)<br>*2017 EIR (Rancho Mirage) Ex. CJ20* | | |
| 55. | Cancer Patient S101-001 Treatment Records (J.Y.)<br>*2017 EIR (Rancho Mirage) Ex. CJ25* | | |
| 56. | Cancer Patient Medical Records (A.H.)<br>*2017 EIR (Beverly Hills) Ex. MF34* | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 57. | Operating Room Check Sheets<br>*2017 EIR (Beverly Hills) Ex. DC13* | | |
| 58. | Packing Slip for Saline (Sodium Chloride) Solution<br>*2017 EIR (Beverly Hills) Ex. DC3* | | |
| 59. | Cancer Patient Medical Record (J.Y.)<br>*2017 EIR (Beverly Hills) Ex. MF33* | | |
| 60. | List of Cancer Patients Treated at CSCTC BH<br>*2017 EIR (Beverly Hills) Ex. MF44* | | |
| 61. | Patient Medical Records (S.R.)<br>*2017 EIR (Beverly Hills) Ex. MF32* | | |
| 62. | Adverse Events Post Deployment<br>*2017 EIR (Beverly Hills) Ex. MF43* | | |
| 63. | Patient Adverse Event Documents (D.T.)<br>*2017 EIR (Rancho Mirage) Ex. CJ11* | | |
| 64. | Serious Adverse Events (D.V.)<br>*2017 EIR (Rancho Mirage) Ex. CJ15* | | |
| 65. | List of Cancer Patients Treated at CSCTC Facilities<br>*2017 EIR (Rancho Mirage) Ex. WFL58* | | |
| 66. | FDA Warning Letter to Thomas A. Gionis, Irvine Stem Cell Treatment Center in California | | |
| 67. | Defendants' 2013 Interview (Part 1) with Knoepfler Lab Stem Cell Blog re: Cell Surgical Network | | |
| 68. | Defendants' 2013 Interview (Part 2) with Knoepfler Lab Stem Cell Blog re: SVF, FDA, and Homologous Use | | |
| 69. | Defendants' Response to 2017 FDA Form-483 for CSCTC Rancho Mirage | | |
| 70. | Defendants' Response to 2017 FDA Form-483 for CSCTC Beverly Hills | | |
| 71. | Email Correspondence between Dr. Ginette Michaud (FDA) and Defendants in October 2017 | | |
| 72. | FDA 2017 Press Release Following Seizure of ACAM2000 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 73. | CSCTC Press Release Following FDA Seizure of ACAM2000 | | |
| 74. | Email Correspondence from Defendants to Dr. Ginette Michaud (FDA) in December 2017 | | |
| 75. | Defendants' 2017 Interview with Knoepfler Lab Stem Cell Blog re: CSN's use of expanded cells | | |
| 76. | Lander Affidavit, dated July 26, 2017 (5 pages) *2017 EIR (Rancho Mirage) Attachment - WFL* | | |
| 77. | Lander Affidavit, dated July 26, 2017 (4 pages) *2017 EIR (Rancho Mirage) Attachment - CJ* | | |
| 78. | Protocol - Clinical Intervention Study: Safety and Efficacy of Pentosan Polysulfate Encapsulated in Liposomes for Interstitial Cystitis *2017 EIR (Rancho Mirage) Ex. WFL16* | | |
| 79. | Protocol - Clinical Intervention Study: Efficacy of Adipose Derived SVF for Degenerative Neurological Conditions *2017 EIR (Rancho Mirage) Ex. WFL19* | | |
| 80. | Protocol - Clinical Intervention Study: Intracerebroventricular Deployment of SVF *2017 EIR (Rancho Mirage) Ex. WFL20* | | |
| 81. | Protocol - Clinical Intervention Study: Safety of Autologous Adipose Derived SVF Combined with ACAM2000 (Vaccinia) Vaccine in Patients With Advanced Solid Tumors *2017 EIR (Rancho Mirage) Ex. WFL56* | | |
| 82. | Adverse Event Records re: SVF/ACAM2000 Safety Study *2017 EIR (Rancho Mirage) Ex. WFL60* | | |
| 83. | Lander videotaped interview https://www.youtube.com/watch?v=otushsFxkzw | | |
| 83a | Transcript of Lander videotaped interview | | |
| 84. | Berman video https://www.youtube.com/watch?v=SVVQrosn0gc | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 84a | Transcript of Berman video | | |
| 85. | CSN FAQ video: What Can Stem Cells Be Used For? https://www.youtube.com/watch?v=fWi_UzX-i_A | | |
| 85a | Transcript of CSN FAQ video: What Can Stem Cells Be Used For? | | |
| 86. | Food & Drug Admin., *Same Surgical Procedure Exception under 21 CFR 1271.15(b): Questions and Answers Regarding the Scope of the Exception*; Guidance for Industry, Nov. 2017 | | |
| 87. | Food & Drug Admin., *Regulatory Considerations for Human Cell, Tissues, and Cellular and Tissue-Based Products: Minimal Manipulation and Homologous Use*; Guidance for Industry and Food and Drug Administration Staff, dated Nov. 2017 and corrected Dec. 2017 | | |
| 88. | Food & Drug Admin., Proposed Approach to Regulation of Cellular and Tissue-Based Products, FDA Dkt. No. 97N 0068 (Feb. 28, 1997) | | |
| 89. | Food & Drug Admin., *Minimal Manipulation of Human Cells, Tissues, and Cellular and Tissue-Based Products*; Draft Guidance for Industry and FDA Staff, Dec. 2014 | | |
| 90. | FDA Warning Letter to American CryoStem Corporation in New Jersey | | |
| 91. | * Chapter 6. Adipose Tissue. In: Mescher AL. eds. Junqueira's Basic Histology: Text & Atlas, 15e. New York: McGraw-Hill; 2018. http://accessmedicine.mhmedical.com/content.aspx?bookid=2430&sectionid=190277324. | | |
| 92. | * Brown SA, Levi, B, Lequeux, C, et al. Basic Science Review on Adipose Tissue for Clinicians. Plast. Reconstr. Surg. 126:1936, 2010. | | |
| 93. | * Comley K, Fleck NA. The toughness of adipose tissue: measurements and physical basis. Journal of Biomechanics. 2010;43(9):1823-6. | | |

7

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 94. | *  Comley K, Fleck NA. A micromechanical model for the Young's modulus of adipose tissue. International Journal of Solids and Structures. 2010;47(21):2982-90. | | |
| 95. | *  Standring S, ed. Gray's Anatomy: The Anatomical Basis of Clinical Practice, 41e, Philadelphia: Elsevier Limited; 2016. | | |
| 96. | *  Zuk PA, et al; Multilineage cells from human adipose tissue: implications for cell-based therapies. Tissue Eng., 2001;7(2): 211-28. | | |
| 97. | *  Zuk PA, et al; Human adipose tissue is a source of multipotent stem cells; Mol Biol Cell, 2002;13(12):4279-95. | | |
| 98. | *  Mitchell JB et al; Immunophenotype of human adipose-derived cells: temporal changes in stromal-associated and stem cell-associated markers. Stem Cells, 2006;24(2):376-385. | | |
| 99. | *  Riordan NH et al; Non-expanded adipose stromal vascular fraction cell therapy for multiple sclerosis. J Transl Med. 2009; 7-29. | | |
| 100. | *  Pak et al; Current use of autologous adipose tissue-derived stromal vascular fraction cells for orthopedic applications. J Biomed Science, 2017; 24(9);1-12. | | |
| 101. | *  Gimble JM, et al; Adipose-derived stem cells for regenerative medicine. Circ. Res 2007; 100:1249-1260. | | |
| 102. | *  Chan TM et al; The use of ADSCs as a treatment for chronic stroke. Cell Transplant. 2014;23(4-5):541-7 | | |
| 103. | *  Chang, KA et al; Therapeutic Potential of Human Adipose-Derived Stem Cells in Neurological Disorders. J Pharm Sciences, Dec 2014; 126(4); 293-301 | | |

8

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 104. | * Xiang LB et al; Stem cell transplantation for treating spinal cord injury. A literature comparison between studies of stem cells obtained from various sources. Neural Regeneration Research, 2012;7(16), 1256-1263 | | |
| 105. | * Shende P, Subedi M; Pathophysiology, mechanisms and applications of mesenchymal stem cells for the treatment of spinal cord injury. Biomedicine and Pharmacotherapy, 2017 Jul;91:693-706 | | |
| 106. | * Wecht, S et al; Mesenchymal stem cells in the treatment of chronic lung disease; Respirology, 2016, 21(8),1366-1375 | | |
| 107. | * Oh DK, et al; Lung regeneration therapy for chronic obstructive pulmonary disease. Tuberculosis and Respiratory Diseases Jan 2017, 80:1 (1-10) 1 | | |
| 108. | * Mead B et al; Stem cell treatment of degenerative eye disease. Stem Cell Res. 2015 May;14(3):243-57 | | |
| 109. | * Pak J, et al; Cartilage regeneration in human with adipose tissue-derived stem cells and adipose stromal vascular fraction cells: Updated Status. Int. J Mol. Sci. Jul 2018, 19(7): 2146. | | |
| 110. | * Nguyen A, Guo J, et al; Stromal vascular fraction: A regenerative reality? Part 1: Current concepts and review of the literature. JPRAS, Feb 2016, 69(2), 170-179, 180-8 | | |
| 111. | * Gharravi, AM, Jafar A, et al; Current status of stem cell therapy and scaffolds for the treatment of diabetes mellitus. Diabetes and Metabolic Syndrome: Clinical Research and Reviews 2018 12:6 (1133-1139) | | |
| 112. | * LaPrade R, et al; AAOS Research symposium updates and consensus: biologic treatment of orthopedic injuries. J Am. Acad. of Orthop. Surg., 2016; 24: e62-e78. | | |
| 113. | * Kuriyan AE et al; Vision Loss after Intravitreal Injection of Autologous "Stem Cells" for AMD. N Engl. J Med. 2017 Mar 16;376(11):1047-1053 | | |

9

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 114. | *  Saraf SS, et al. Bilateral Retinal Detachments After Intravitreal Injection of Adipose-Derived 'Stem Cells' in a Patient with Exudative Macular Degeneration. Ophthalmic Surg. Lasers Imaging Retina. Sep. 2017;48(9): 772-775. | | |
| 115. | *  American Academy of Ophthalmology Statement on Stem Cell Therapy for Treating Eye Disease https://www.aao.org/newsroom/news-releases/detail/statement-stem-cell-therapy-treatment-eye-disease | | |
| 116. | *  Stem Cell Therapy for Lung Diseases https://www.lung.org/our-initiatives/research/about-our-research/stem-cell-therapy.html | | |
| 117. | FDA-approved labeling for ACAM2000 – Smallpox (Vaccinia) Vaccine, Live (2018) | | |
| 118. | *  Pak J et al; Safety reporting on implantation of autologous adipose tissue-derived stem cells with platelet-rich plasma into human articular joints. BMC, Musculoskelet Disord, 2013;14-337 | | |
| 119. | *  Siennicka K et al; Adipose-derived cells (stromal vascular fraction) transplanted for orthopedic or neurological purposes: are they safe enough? Stem Cell International, 2016 Article ID 5762916 | | |
| 120. | *  Lalu MM et al; Safety of cell therapy with mesenchymal stromal cells (SafeCell): a systematic review and meta-analysis of clinical trials. PLoS ONE 2012;7 (10): e47559 | | |
| 121. | *  Rodriguez JP et al; Autologous stromal vascular fraction therapy for rheumatoid arthritis: rationale and clinical safety. Int. Arch Med, 2012, 5:5 | | |
| 122. | *  Jung JW et al; Familial occurrence of pulmonary embolism after intravenous adipose tissue-derived stem cell therapy. Yonsei Med J, 2013;54: 1293-96. | | |

10

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 123. | * Tatsumi et al; Tissue factor triggers procoagulation in transplanted mesenchymal stem cells leading to thromboembolism. Biomedical and Biophysical Research Communications 2013, 431; 203-209 | | |
| 124. | * Staff N et al; Safety of intrathecal autologous adipose-derived mesenchymal stromal cells in patients with ALS. Amyotrophic Lateral Sclerosis and Frontotemporal Degeneration; 2016; Neurology 2016: 87: 2230-2234 | | |
| 125. | * Hur, JW et al; Intrathecal transplantation of autologous adipose-derived mesenchymal stem cells for treating spinal cord injury: A human trial. Journal of Spinal Cord Medicine; SN 1079-0268, 2016 (39) 6:655-664 | | |
| 126. | * Ratcliffe E, Thomas RJ, Williams DJ. Current understanding and challenges in bioprocessing of stem cell-based therapies for regenerative medicine. British Medical Bulletin. 2011;100(1):137-55. | | |
| 127. | * Lin-Gibson S, et al; Points to Consider for Cell Manufacturing Equipment and Components. Cell Gene Therapy Insights. *2017; 3(10), 793-805.* | | |
| 128. | * Alberts B, Johnson A, Lewis J, et al. Molecular Biology of the Cell. 4th edition. New York: Garland Science; 2002. The Extracellular Matrix of Animals. Available from: http://www.ncbi.nlm.nih.gov/books/NBK26810/ | | |
| 129. | * Bjorntorp P, Martinsson A. The composition of human subcutaneous adipose tissue in relation to its morphology. Acta Med. Scand., 179 (4) (1966), pp. 475-481. | | |
| 130. | * Viot P, Hydrostatic compression on polypropylene foam. International Journal of Impact Engineering. 2009;36(7):975-89. | | |
| 131. | * Image from https://www.foambymail.com/GR-_BLACK/gym-rubber-black.html | | |

11

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 132. | * Greenwood MRC, Johnson PR. Histology, Cell and Tissue Biology. 5th edition. Macmillan; 1983. The adipose tissue. pp. 178-199. | | |
| 133. | * Ford AL, Foulcher E, Goodsall AL, Sedgwick JD. Tissue digestion with dispase substantially reduces lymphocyte and macrophage cell-surface antigen expression. Journal of Immunological Methods. 1996;194(1):71-5. | | |
| 134. | * Autengruber A, Gereke M, Hansen G, Hennig C, Bruder D. Impact of enzymatic tissue disintegration on the level of surface molecule expression and immune cell function. European journal of microbiology & immunology. 2012;2(2):112-20. | | |
| 135. | * Golunova A, Jaroš J, Sedláková V, Kotelnikov I, Kotek J, Hlídková H, et al. N - (2-Hydroxypropyl) Methacrylamide Based Cryogels – Synthesis and Biomimetic Modification for Stem Cell Applications 2015. S19-S27. | | |
| 136. | * NIH Stem Cell Information Home Page. In Stem Cell Information [World Wide Web site]. Bethesda, MD: National Institutes of Health, U.S. Department of Health and Human Services, 2016 [cited February 7, 2019] Available at https://stemcells.nih.gov/info/basics/4.htm | | |
| 137. | * Kilinc MO, Santidrian A, Minev I, Toth R, Draganov D, Nguyen D, Lander E, Berman M, Minev B, and Szalay AA. The ratio of ADSCs to HSC-progenitors in adipose tissue derived SVF may provide the key to predict the outcome of stem-cell therapy. Clinical and Translational Medicine. 2018;7(1):5. | | |
| 138. | * Alberts, B, et. al, editors. Molecular Biology of the Cell (Sixth Edition). New York: Garland Science, 2008. | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 139. | * Taghizadeh RR, Cetrulo KJ, Cetrulo CL. Collagenase Impacts the Quantity and Quality of Native Mesenchymal Stem/Stromal Cells Derived during Processing of Umbilical Cord Tissue. Cell Transplant. 2018 Jan;27(1):181-193. doi: 10.1177/0963689717744787. | | |
| 140. | * Bianca Vezzani, et al. Higher Pericyte Content and Secretory Activity of Microfragmented Human Adipose Tissue Compared to Enzymatically Derived Stromal Vascular Fraction. STEM CELLS TRANSLATIONAL MEDICINE 2018; 7: 876–886. | | |
| 141. | * M. Garcia-Contreras et al., Differences in Exosome Content of Human Adipose Tissue Processed by Non-Enzymatic and Enzymatic Methods, CellR4, 3 (1) (2015). | | |
| 142. | * Susanne C van den Brink, et al. Single-cell sequencing reveals dissociation-induced gene expression in tissue subpopulations. Nature Methods volume 14, pages935–936(2017). | | |
| 143. | * Viola Maria Schmidt, Vladimir Isachenko, et al. Comparison of the enzymatic efficiency of Liberase TM and tumor dissociation enzyme: effect on the viability of cells digested from fresh and cryopreserved human ovarian cortex. Reprod Biol Endocrinol. 2018; 16: 57. Published online 2018 Jun 2. doi: 10.1186/s12958-018-0374-6 | | |
| 144. | * Valerie Y. Soldatow et al., In vitro models for liver toxicity testing, Toxicol Res (Camb). 2013 January 1; 2(1): 23–39. | | |
| 145. | * Soo-Hun Kim et al., Extracellular matrix and cell signalling: the dynamic cooperation of integrin, proteoglycan and growth factor receptor, J Endocrinol. 209(2):139-51 (2011). | | |
| 146. | * Pham, Phuc Van. Clinical Trials for Stem Cell Transplantation: When are they needed? Stem Cell Research and Therapy (2016) 7:65 | | |

13

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 147. | *  Benoit, E, et all. Safety and Efficacy of Autologous Cell Therapy in Critical Limb Ischemia: A Systematic Review. Cell Transplantation, Vol 22, 545-562, 2013 | | |
| 148. | *  Sun X, et al. Meta-analysis on autologous stem cell transplantation in the treatment of limb ischemic. Int. J. Clin. Exp. Med., 8(6), 2015 | | |
| 149. | *  Ma, XR, et al. Transplantation of Autologous Mesenchymal Stem Cells for End-Stage Liver Cirrhosis: A Meta-analysis based on Seven Controlled Trials. Hindawi Publishing Corporation, Gastroenterology Res. Pract., 2015 id908275 | | |
| 150. | *  Bhansali et al. Efficacy and safety of autologous bone marrow-derived stem cell transplantation in patients with type 2 diabetes mellitus: a randomized placebo-controlled study. Cell Transplant. 2014;23(9):1075-85. | | |
| 151. | *  Michalek J, et al. Stromal Vascular Fraction cells of adipose and connective tissue in patients with osteoarthritis: A case control prospective multi-centric non-randomized study. Glob. Surg. Vol 3(3):1-9, 2017 | | |
| 152. | *  Culme-Seymour E, et al. A decade of cell therapy clinical trials (2000-2010), Regen Med 7(4), 455-462, 2012 | | |
| 153. | *  Mason C and Manzotti E, Regenerative medicine cell therapies: numbers of units manufactured, and patients treated between 1988 and 2010. Regen. Med. 5(3), 307-313, 2010 | | |
| 154. | Protocol - Clinical Efficacy of Autologous Stromal Vascular Fraction SVF or Autologous Laboratory Expanded Mesenchymal Stem Cells (MSCs) for Acute COVID-19 Infection | | |
| 155. | COI Patient File (N.K.) *2017 EIR (Rancho Mirage) Ex. WFL54* | | |
| 156. | Listing of Cells On Ice (COI) Affiliates *2017 EIR (Rancho Mirage) Ex. WFL48* | | |

14

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 157. | Patient S101-032 File (L.H.) <br> *2017 EIR (Rancho Mirage) Ex. CJ45* | | |
| 158. | COI Expanded Cell, Transport Patients List <br> *2017 EIR (Rancho Mirage) Ex. CJ18* | | |
| 159. | Sterile Technique document <br> *2017 EIR (Beverly Hills) Ex. DC11* | | |
| 160. | Quality Procedures document <br> *2017 EIR (Beverly Hills) Ex. MF22* | | |
| 161. | Protocol - Clinical Intervention Study: Efficacy of Adipose Derived SVF for Inflammatory and Degenerative Knee Conditions <br> *2017 EIR (Beverly Hills) Ex. MF8* | | |
| 162. | Images of Adipose Tissue and Adipose Tissue-derived Stem Cells | | |
| 163. | Defendants' Written Responses to Knoepfler Lab Stem Cell Blog's 2013 Written Interview Questions | | |
| 163a | Metadata for Defendants' Written Responses to Knoepfler Lab Stem Cell Blog's 2013 Interview Questions | | |
| 164. | Defendants' Written Responses to Knoepfler Lab Stem Cell Blog's 2017 Interview Questions | | |
| 164a | Email from Knoepfler to Berman and Lander 1-26-17 | | |
| 164b | Email from Berman and Lander to Knoepfler 1-26-17 | | |
| 164c | Email from Knoepfler to Berman and Lander 1-26-17 | | |
| 164d | Email from Berman and Lander to Knoepfler 1-27-17 | | |
| 164e | Email from Knoepfler to Berman and Lander 1-27-17 | | |
| 164f | Email from Berman and Lander to Knoepfler 1-28-17 | | |
| 164g | Email from Knoepfler to Berman and Lander 1-30-17 | | |
| 165. | Defendants' Additional Emails re: Knoepfler Lab Stem Cell Blog's 2017 Interview Questions | | |
| 165a | Email from Knoepfler to Berman and Lander 1-30-17 | | |
| 165b | Email from Berman and Lander to Knoepfler 1-30-17 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 165c | Email from Knoepfler to Berman and Lander 1-30-17 | | |
| 165d | Email from Berman and Lander to Knoepfler 1-30-17 | | |
| 166. | Defendants' Verification of Interrogatory Responses | | |
| 167. | Cells of Ice (COI) Brochure<br>*2017 EIR (Rancho Mirage) Ex. CJ17* | | |
| 168. | International Cell Surgical Society (ICSS) IRB Brochure<br>*2017 EIR (Rancho Mirage) Ex. CJ4* | | |
| 169. | ICSS IRB Member Directory<br>*2017 EIR (Rancho Mirage) Ex. CJ5* | | |
| 170. | ICSS IRB Approval Letters<br>*2017 EIR (Rancho Mirage) Ex. WFL29* | | |
| 171. | Patient S101-035 File (G.K.)<br>*2017 EIR (Rancho Mirage) Ex. CJ48* | | |
| 172. | Transportation Log<br>*2017 EIR (Rancho Mirage) Ex. CJ60* | | |
| 173. | American CryoStem Packing Slips<br>*2017 EIR (Rancho Mirage) Ex. CJ19* | | |
| 174. | CSN Affiliates Listing<br>*2017 EIR (Rancho Mirage) Ex. WFL2* | | |
| 175. | FDA Disapproval Letter for Defendants' Investigational Device (IDE) Application<br>*2017 EIR (Rancho Mirage) Ex. CJ52* | | |
| 176. | COI Transportation Protocol<br>*2017 EIR (Rancho Mirage) Ex. CJ22* | | |
| 177. | American CryoStem Certificate of Analysis (COA) for expanded cells<br>*2017 EIR (Rancho Mirage) Ex. CJ21* | | |
| 178. | FEDEX Shipments – Roche<br>*2017 EIR (Rancho Mirage) Ex. CJ58* | | |
| 179. | CSN IRB SAEs for Various Patients<br>*2017 EIR (Rancho Mirage) Ex. WFL28* | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 180. | Photograph of CSN shipping office<br>*2017 EIR (Rancho Mirage) Ex. WFL41* | | |
| 181. | Photograph of employee at manufacturing table<br>*2017 EIR (Rancho Mirage) Ex. WFL33* | | |
| 182. | CSN Adverse Events<br>*2017 EIR (Rancho Mirage) Ex. WFL9* | | |
| 183. | Lander Affidavit, dated July 26, 2017 (5 pages)<br>*2017 EIR (Rancho Mirage) Attachment - WFL* | | |
| 184. | Carolyn Yong, Ph.D., *Curriculum Vitae* | | |
| 185. | Larissa Lapteva, M.D., *Curriculum Vitae* | | |
| 186. | Doran L. Fink, M.D., Ph.D., *Curriculum Vitae* | | |
| 187. | Randa Melhem, Ph.D., *Curriculum Vitae* | | |
| 188. | Food & Drug Admin., *Same Surgical Procedure Exception under 21 CFR 1271.15(b): Questions and Answers Regarding the Scope of the Exception*, Draft Guidance for Industry (Oct. 2014) | | |
| 189. | FDA-approved labeling for ACAM2000 – Smallpox (Vaccinia) Vaccine, Live (2009) | | |
| 190. | CSCTC Business History Records<br>*2017 EIR (Beverly Hills) Ex. MF1* | | |
| 191. | COI Business History Records<br>*2017 EIR (Beverly Hills) Ex. MF9* | | |
| 192. | List of deployment doctors and imaging centers<br>*2017 EIR (Beverly Hills) Ex. MF14* | | |

## II.   DEFENDANTS' EXHIBITS

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 300. | Mark Berman, M.D., F.A.C.S., *Curriculum Vitae* (Nov. 2018) | | |
| 301. | Lola Reid, Ph.D., *Curriculum Vitae* (2019) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 302. | Accreditation Association for Ambulatory Healthcare: Accreditation of Mark Berman, M.D., F.A.C.S. (Mar. 2018) | | |
| 303. | *User Manual: CSN-Time Machine ® Method for Preparing SVF* (July 2017) | | |
| 304. | *Detailed Operating Procedures for the CSN Time Machine® System* [CALSTEM000001-000011] | | |
| 305. | *Standard Operating Procedures of Cell Surgical Network* [CALSTEM000012-000029] | | |
| 306. | *Infection Control in the OR* [CALSTEM000030-000031] | | |
| 307. | *Outgoing Transportation of Cells* [CALSTEM00032-00035] (Mar. 25, 2015) | | |
| 308. | *Aseptic Technique* [CALSTEM000036-000037] | | |
| 309. | *Autoclave Spore Check* [CALSTEM000038] | | |
| 310. | *Handwashing* [CALSTEM00039] | | |
| 311. | *Drapes and Draping* [CALSTEM00040] | | |
| 312. | *Gloving Methods/Infection Control* [CALSTEM00041] | | |
| 313. | *Mask Recommendations for all Stromal Vascular Fraction (SVF) Procedures* [CALSTEM00042] | | |
| 314. | *Terminal Cleaning of the Operating Room* [CALSTEM00043] | | |
| 315. | *Cleaning O.R. Between Cases* [CALSTEM00044] | | |
| 316. | Cell Surgical Network, *Surgical Production of Stromal Vascular Fraction (SVF)* [CALSTEM000045-CALSTEM000131] | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 317. | Cell Surgical Network, Instructional Video of SVF Surgical Procedure, Pt. 1 [CALSTEM000132] | | |
| 318. | Cell Surgical Network, Instructional Video of SVF Surgical Procedure, Pt. 2 [CALSTEM000133] | | |
| 319. | Cell Surgical Network, Instructional Video of SVF Surgical Procedure, Pt. 3 [CALSTEM000134] | | |
| 320. | Cell Surgical Network, Instructional Video of SVF Surgical Procedure, Pt. 4 [CALSTEM000135] | | |
| 321. | Cell Surgical Network, Instructional Video of SVF Surgical Procedure, Pt. 5 [CALSTEM000136] | | |
| 322. | Cell Surgical Network, Instructional Video of SVF Surgical Procedure, Pt. 6 [CALSTEM000137] | | |
| 323. | Investigational Device Exemption (New Indication for Marketed Device), CSN-Time Machine® System – Knee Osteoarthritis Study (Nov. 30, 2017) [CALSTEM000292-000606] | | |
| 324. | Individual Patient Expanded Access IND Application (Patient CT) (Nov. 9, 2017) [CALSTEM002500-002502] | | |
| 325. | Individual Patient Expanded Access IND Application (Patient WD) (Feb. 2, 2018) [CALSTEM002378-002379] | | |
| 326. | Individual Patient Expanded Access IND Application (Patient JD) (Feb. 2, 2018) [CALSTEM002306-002307] | | |
| 327. | Additional Clinical History (Patient JD) (Feb. 2, 2018) [CALSTEM002371-002377] | | |
| 328. | Individual Patient Expanded Access IND Application (Patient JS) (Feb. 2, 2018) [CALSTEM002308-002309] | | |
| 329. | *Additional* Clinical History (Patient JS) (Feb. 2, 2018) [CALSTEM002338-002346] | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 330. | Individual Patient Expanded Access IND Application (Patient GV) (Feb. 2, 2018) [CALSTEM002310-002311] | | |
| 331. | Additional Clinical History (Patient GV) (Feb. 2, 2018) [CALSTEM002329-002335] | | |
| 332. | Individual Patient Expanded Access IND Application (Patient CS) (Feb. 2, 2018) [CALSTEM002314-002315] | | |
| 333. | *Additional* Clinical History (Patient CS) (Feb. 2, 2018) [CALSTEM002292-002298] | | |
| 334. | Individual Patient Expanded Access IND Application (Patient AS) (Feb. 2, 2018) [CALSTEM002316-002317] | | |
| 335. | Additional Clinical History (*Patient* AS) (Feb. 2, 2018) [CALSTEM002285-002291] | | |
| 336. | Individual Patient Expanded Access IND Application (Patient VM) (Feb. 21, 2018) [CALSTEM002312-002313] | | |
| 337. | Additional Clinical *History* (Patient VM) (Feb. 21, 2018) [CALSTEM002347-002352] | | |
| 338. | Individual Patient Expanded Access IND Application (Patient JED) (Feb. 14, 2018) [CALSTEM002367-002368] | | |
| 339. | Additional Clinical History (Patient JED) (Feb. 14, 2018) [CALSTEM002353-002359] | | |
| 340. | Individual Patient Expanded Access IND Application (Patient DS) (Feb. 14, 2018) [CALSTEM002369-002370] | | |
| 341. | Additional Clinical History (Patient DS) (Feb. 14, 2018) [CALSTEM002299-002305] | | |
| 342. | Individual Patient Expanded Access IND Application (Patient WM) (Feb. 21, 2018) [CALSTEM002318-002319] | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 343. | Additional Clinical History (Patient WM) (Feb. 21, 2018) [CALSTEM002322-002328] | | |
| 344. | Individual Patient Expanded Access IND Application (Patient BM) Feb. 21, 2018) [CALSTEM002320-002321] | | |
| 345. | Additional Clinical History (Patient BM) (Feb. 21, 2018) [CALSTEM002278-002284] | | |
| 346. | Individual Patient Expanded Access IND Application (Patient LD) (Feb. 21, 2018) [CALSTEM002336-002337] | | |
| 347. | Additional Clinical History (Patient LD) (Feb. 21, 2018) [CALSTEM002360-002366] | | |
| 348. | Autengruber A et al. Impact of enzymatic tissue disintegration on the level of surface molecule expression and immune cell function. Eur J Microbiol and Immunol, 2, pp. 112-120 (2012) | | |
| 349. | Bellows CF et al. Circulation of progenitor cells in obese and lean colorectal cancer patients. Cancer Epidemiol Biomarkers Prev. 2011; 20:2461-2468 | | |
| 350. | Bellows CF et al. Influence of BMI on level of circulating progenitor cells. Obesity. 2011; 19:1722-1726 | | |
| 351. | Berman M. & Lander E. A Prospective Safety Study of Autologous Adipose-Derived Stromal Vascular Fraction Using a Specialized Surgical Processing System. American J of Cosmetic Surg. 2017:1–14, at 8-9 | | |
| 352. | Berman M. et al. Prospective Study of Autologous Adipose Derived Stromal Vascular Fraction Containing Stem Cells for the Treatment of Knee Osteoarthritis Int. J. Stem Cell Res. Ther. 2019, 6:064 | | |
| 353. | Carvalho P. et al, Xenofree Enzymatic Products for the Isolation of Human Adipose-Derived Stromal/Stem Cells Tissue Eng. 19:6 (2013) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 354. | Chang H et al. Safety of adipose-derived stem cells and collagenase in fat tissue preparation. Aesthetic Plast. Surg. 2013 Aug; 37(4):802-8 | | |
| 355. | Coelho M et al. *Biochemistry of adipose tissue: an endocrine organ.* Arch Med Sci. 2013; 9, 2: 191-200, at 191 | | |
| 356. | Di Vitantonio H. et al. Dural repair using autologous fat: Our experience and review of the literature Surg. Neurol. Int. 2016:6 | | |
| 357. | Duma C. et al. Human intracerebroventricular (ICV) injection of autologous, non-engineered, adipose-derived stromal vascular fraction (ADSVF) for neurodegenerative disorders, results of 3-year phase 1 study of 113 injections in 31 patients, Molecular Biology Reports 2019. | | |
| 358. | Gimble JM et al. Adipose-derived stem cells for regenerative medicine. Circ Res. 2007; 100:1249-1260 | | |
| 359. | Hardy WR et al. Transcriptional networks in single perivascular cells sorted from human adipose tissue reveal a hierarchy of mesenchymal stem cells. Stem Cells. 2017 May; 35(5):1273-1289 | | |
| 360. | Hematti P & Keating A (2013) Mesenchymal stromal cells in regenerative medicine: a perspective. Mesenchymal stromal cells: biology and clinical applications. Human Press, New York | | |
| 361. | Hindle P et al. The infrapatellar fat pad as a source of perivascular stem cells with increased chondrogenic potential for regenerative medicine. Stem Cells Transl Med. 2017 Jan; 6(1):77-87 | | |
| 362. | Kershaw EE & Flier JS. *Adipose tissue as an endocrine organ.* J Clin Endocrinol Metab. 2004 Jun; 89(6):2548-56 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 363. | Kilinc MO et al. The ratio of ADSCs to HSC-progenitors in adipose tissue derived SVF may provide the key to predict the outcome of stem-cell therapy. Clin Transl Med. 2018, 7:5 | | |
| 364. | Kim EJ et al. Platelet-derived growth factor receptorpositive pericytic cells of white adipose tissue from critical limb ischemia patients display mesenchymal stem cell-like properties. Clin Orthop Surg. 2017 Jun; 9(2):239-248 | | |
| 365. | Kokai LE et al. (2014) Adipose stem cells: biology and clinical applications for tissue repair and regeneration. Transl Res 63:399–408 | | |
| 366. | Lander E. et al. *Safety of stromal vascular fraction cells applications in chronic pain* Techniques in Reg. Anesthesia & Pain Management 2015:10-13. | | |
| 367. | Lander E. et al. Stromal Vascular Fraction Combined with Shock Wave for the Treatment of Peyronie's Disease Plastic & Reconstructive Surgery - Global Open 2016:1. | | |
| 368. | Lander E. & Berman M. Autologous Stromal Vascular Fraction Containing Stem Cells Combined with Low Intensity Shock Wave for the Treatment of Human Erectile Dysfunction. J. of Stem Cell Res. & Ther. 2018 8:9 | | |
| 369. | Lander E. et al. Autologous Stromal Vascular Fraction: A New Era of Personal Cell Therapy, J. Stem Cell Res. Dev. 2018:4:011 | | |
| 370. | Lander E. et al. Personal cell therapy for interstitial cystitis with autologous stromal vascular fraction stem cells, Ther. Avd. Urol. 2019, 11:1-9 | | |
| 371. | Liebermann-Meffert D. The greater omentum: anatomy, embryology, and surgical applications. Surg Clin North Am. 2000 Feb; 80(1):275-93 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 372. | Lockhart, R.A. et al. Tissue Dissociation Enzymes for Adipose Stromal Vascular Fraction Cell Isolation: A Review, J. of Stem Cell Res. & Therapy, 5:12 at 4 (2015) | | |
| 373. | Merrick, D. et al. Identification of a mesenchymal progenitor cell hierarchy in adipose tissue, Science 2019:364 | | |
| 374. | Michalek, J. et al. Stromal vascular fraction cells of adipose and connective tissue in patients with osteoarthritis: A case control prospective multi-centric non-randomized study, Global Surg. 2017 3(3):1-9. | | |
| 375. | Pham P Clinical trials for stem cell transplantation: when are they needed? Stem Cell Research & Therapy (2016) 7:65 | | |
| 376. | Rodriguez, R. Arguments for a Different Regulatory Categorization and Framework for Stromal Vascular Fraction Stem Cells and Dev. 2020. | | |
| 377. | Sakaguchi Y et al. Suspended cells from trabecular bone by collagenase digestion become virtually identical to mesenchymal stem cells obtained from marrow aspirates. Blood J Org., 2004 104:2728-2735 | | |
| 378. | FDA, Proposed Approach to Regulation of Cellular and Tissue-Based Products (Feb. 1997), available at https://www.fda.gov/media/70704/download | | |
| 379. | FDA Guidance for Industry: Same Surgical Procedure Exception under 21 CFR 1271.15(b): Questions and Answers Regarding the Scope of the Exception (Nov. 2017), available at www.fda.gov/media/89920/download | | |
| 380. | *ACAM2000 (Smallpox Vaccine) Questions and Answers* (Mar. 23, 2018), *available at* https://www.fda.gov/vaccines-blood-biologics/vaccines/acam2000-smallpox-vaccine-questions-and-answers (Mar. 2018) | | |

24

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 381. | Regulatory Considerations for Human Cells, Tissues, and Cellular and Tissue-Based Products: Minimal Manipulation and Homologous Use  at 21 (Dec. 2017), available at www.fda.gov/media/109176/download. | | |
| 382. | Press Release, Food & Drug Administration FDA acts to remove unproven, potentially harmful treatment used in "stem cell" centers targeting vulnerable patients (Aug. 28, 2017) | | |
| 383. | *USA v. Five Articles of Drug, ACAM2000, Vaccinia Vaccine, Live*, No. SACV17-01449- JVS (KESx), 2018 WL 6318834, at *2 (C.D. Cal. Jan. 30, 2018) | | |
| 384. | FDA, 510(k) Premarket Notification for Lipokit with Disposable 55CC AFT Syringe, Model ZLK-100 (last accessed Apr. 18, 2020), *available at* https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?id=K083455 | | |
| 385. | Letter from FDA to Medi-Khan USA, Inc. re: Clearance of K121703, Lipokit with disposable 50cc AFT Syringe (Dec. 7, 2012), *available at* https://www.accessdata.fda.gov/cdrh_docs/pdf12/K121703.pdf | | |
| 386. | FDA, Establishment Registration and Device Listing: Cellibator BREATHE; Cellibrator GT (last accessed pr. 18, 2020), available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfRL/rl.cfm?lid=478559&lpcd=NNL | | |
| 387. | Baxter, Label for Lactated Ringer's and Dextrose 5% In Plastic Container (Oct. 2019) | | |
| 388. | Approval History for Baxter Lactated Ringer's and Dextrose 5% In Plastic Container 500*, available at* https://www.accessdata.fda.gov/scripts/cder/daf/ (search Drug Name, Active Ingredient, or Application Number field for "016679") (last accessed Apr. 18, 2020) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 389. | B. Braun, Label for Lactated Ringer's and Dextrose 5% In Plastic Container (Feb. 2013) | | |
| 390. | Approval History for B. Braun Lactated Ringer's and Dextrose 5% In Plastic Container 500, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/ (search Drug Name, Active Ingredient, or Application Number field for "019634") (last accessed Apr. 18, 2020) | | |
| 391. | Baxter, Label for 0.9% Sodium Chloride Injection, USP, 100 mL Label (May 2019) | | |
| 392. | Approval History for Baxter 0.9% Sodium Chloride Injection, USP, 100 mL, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/ (search Drug Name, Active Ingredient, or Application Number field for "016677") (last accessed Apr. 18, 2020) | | |
| 393. | Hospira (n/k/a/ Pfizer), Label for 0.9% Sodium Chloride Injection, USP, 100 mL Label (May 2014) | | |
| 394. | Approval History for Hospira (n/k/a Pfizer) 0.9% Sodium Chloride Injection, USP, 100 mL, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/ (search Drug Name, Active Ingredient, or Application Number field for "019465") (last accessed Apr. 18, 2020) | | |
| 395. | Roche, *Liberase MNP-S GMP Grade Product Information* (last accessed Apr. 18, 2020), *available at* https://custombiotech.roche.com/home/Product_Details/3_5_3_3_11_10.html | | |
| 396. | Roche Life Science, Diagnostic Operations Penzberg-Quality Control Specifications CSN-TMAXTM [CALSTEM000512] | | |
| 397. | Roche Life Science, Diagnostic Operations Penzberg-Quality Control Specifications Liberase MNP-S [CALSTEM000513] | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 398. | Roche Diagnostics GmBH, Certificate of Analysis (July 2014) [FDA008382] | | |
| 399. | Roche Diagnostics GmBH, Certificate of Analysis (July 2014) [FDA008383] | | |
| 400. | Roche Diagnostics GmBH, Certificate of Analysis (Dec. 2014) [FDA008384] | | |
| 401. | Roche Diagnostics GmBH, Certificate of Analysis (Nov. 2014) [CALSTEM000514] | | |
| 402. | Roche Diagnostics GmBH, Letter of Notification re Lot 111 564 00 [CALSTEM000515-000517] | | |
| 403. | Roche Diagnostics GmBH, *Certificate of Origin for Liberase MNP-S 5mg GMP* (May 18, 2015) [CALSTEM000511] | | |
| 404. | Roche Diagnostics GmBH, Quality Control Statement for Collagenase I, *Roche Diagnostics* ID 05172969001 (June 8, 2015) [CALSTEM000508] | | |
| 405. | Roche Diagnostics GmBH, Quality Control Statement for Collagenase II, *Roche Diagnostics* ID 05172942001 (June 8, 2015) [CALSTEM000509] | | |
| 406. | Roche Diagnostics GmBH, Quality Control Statement for Thermolysin, *Roche Diagnostics* ID 05206049001 (June 8, 2015) [CALSTEM000510] | | |
| 407. | Roche Diagnostics GmBH, Certificate of Analysis (Jan. 2016) [FDA008135] | | |
| 408. | Roche Diagnostics GmBH, Certificate of Analysis (May 2016) [FDA008381] | | |
| 409. | Roche Diagnostics GmBH, Certificate of Analysis (Nov. 2016) [FDA008026-008027] | | |
| 410. | Letter from Roche Diagnostics GmBH to Mark Berman, MD, FDA Submission (March 27, 2017) [CALSTEM000506-000507] | | |
| 411. | Patient Records (JZ) [FDA007660-007735] | | |
| 412. | Adipose SVF Cultures Test Results [FDA008385] | | |

27

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 413. | Laboratory Medicine Consultants, Inc., Test Results (IA) (Aug.11, 2014) [FDA008386] | | |
| 414. | Laboratory Medicine Consultants, Inc., Test Results (JH) (Aug. 11, 2014) [FDA008387] | | |
| 415. | Laboratory Medicine Consultants, Inc., Test Results (JM) (Aug. 6, 2014) [FDA008388] | | |
| 416. | Laboratory Medicine Consultants, Inc., Test Results (KY) (Aug. 4, 2014) [FDA008389] | | |
| 417. | Laboratory Medicine Consultants, Inc., Test Results (IG) (Aug. 4, 2014) [FDA008390] | | |
| 418. | Laboratory Medicine Consultants, Inc., Test Results (BP) (Aug. 11, 2014) [FDA008391] | | |
| 419. | Laboratory Medicine Consultants, Inc., Test Results (LS) (Aug. 20, 2014) [FDA008392] | | |
| 420. | Laboratory Medicine Consultants, Inc., Test Results (WO) (Sept. 8, 2014) [FDA008393] | | |
| 421. | Laboratory Medicine Consultants, Inc., Test Results (FR) (Sept. 8, 2014) [FDA008394] | | |
| 422. | Laboratory Medicine Consultants, Inc., Test Results (VT) (Sept. 6, 2014) [FDA008395] | | |
| 423. | Laboratory Medicine Consultants, Inc., Test Results (BH) (Sept. 16, 2014) [FDA008396] | | |
| 424. | Laboratory Medicine Consultants, Inc., Test Results (KC) (Sept. 15, 2014) [FDA008397] | | |
| 425. | Expert Report of Lola Reid, Ph.D. | | |
| 426. | Greve, B. et al The Impact of Erythrocyte Lysing Procedures on the Recovery of Hematopoietic Progenitor Cells in Fly Cytometric Analysis, Stem Cells 2006;24:793-799 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 427. | Burrow, K. et al. Human Adipose-Derived Cells Exhibit Enhanced Proliferative Capacity and Retain Multipotency Longer than Donor-Matched Bone Marrow Mesenchymal Stem Cells during Expansion in Vitro, Hindawi 2017 | | |
| 428. | International Cell Surgical Society SVF Vaccinia Consent Form | | |
| 429. | International Cell Surgical Society Informed Consent Form | | |
| 430. | California Stem Cell Treatment Center, Inc. and Cell Surgical Network Affiliate Credentialing Application | | |
| 431. | Cell Surgical Network Domestic Affiliate Agreement | | |
| 432. | Cells on Ice, Inc. Client Agreement | | |
| 433. | Baker, M. Adult Cells Reprogrammed to Pluripotency, Without Tumors, Nature Reports Stem Cells 2007 | | |
| 434. | National Geographic January 26, 2017 Article re Human-Pig Hybrid Created in the Lab-Here are the Facts | | |
| 435. | Chrzanowski, W. et al. Can Stem Cells Beat COVID-19: Advancing Stemm Cells and Extracellular Vesicles Toward Mainstream Medicine for Lung Injuries Associated with SARS-CoV-2 Infections, | | |
| 436. | Eguizabal, C. et al. Two Decades of Embryonic Stem Cells: A Historical Overview, Human Reproduction Open 2018 | | |
| 437. | Kumar, R. et al. Stem Cells: An Overview with Respect to Cardiovascular and Renal Disease, J Nat Sci Biol Med. 2010 Jul-Dec; 1(1): 43-52 | | |
| 438. | Business Wire November 15, 2019 Article re Lineage Cell Therapeutics Provides Update on SCiStar Clinical Study and OPC1 Spinal Cord Injury Program | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 439. | Makkar, R. et al. Intracoronary Cardiosphere-Derived Cels for Heart Regeneration After Myocardial Infarction (CADUCEUS): A Prospective, Randomised Phase 1 Trial, Frontiers in Bioengineering and Biotechnology 2020 | | |
| 440. | Malliaras, K. et al. Cardiomyocyte Proliferation and Progenitor Cell Recruitment Underlie Therapeutic Regeneration After Myocardial Infarction in the Adult Mouse Heart, EMBO Mol Med (2013) 5, 191-209Lancet 2012;379;895-904 | | |
| 441. | UCLA June 23, 2020 Article re Researchers Use Stem Cells to Model the Immune Response to COVID-19 | | |
| 442. | Rosenzweig, E. et al. Restorative Effects of Human Neural Stem Cells Grafts to the Primate Spinal Cord, Nat Med. 2018 May;24(4):484-490 | | |
| 443. | Schukking, M. et al. Direct Generation of Human Cortical Organoids from Primary Cells, Stem Cells and Development 2018;27:1549-1556 | | |
| 444. | Schwatz, S. et al. Human Embryonic Stem Cell-Derived Retinal Pigment Epithelium in Patients with Age-Related Macular Degeneration and Stargardts Macular Dystrophy: Follow-up of Two Open-Label Phase 1/2 Studies, Lancet 2015:385:509-516 | | |
| 445. | California Institue for Regenerative Medicine March 27, 2020 Article re Stem Cell Agency Board Approves $5 Million in Emergency Funding for COVID-19 Research | | |
| 446. | Tachibana, M. et al. Human Embryonic Stem Cells Derived by Somatic Cell Nuclear Transfer, *Cell.* 2013 June 6; 153(6): 1228-1238 | | |
| 447. | Takasato, M. & Little M. A Strategy for Generating Kidney Organoids: Recapitulating the Development in Human Pluripotent Stem Cells, ScienceDirect 2016;420:210-220 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 448. | Nature Research March 5, 2019 Article re Second Patient Free of HIV After Stem-Cell Therapy | | |
| 449. | Wilkinson, D. et al. Development of a Three-Dimensional Bioengineering Technology to Generate Lung Tissue for Personalized Disease Modeling, Stem Cells Translational Medicine 2017;6:622-633 | | |
| 450. | UCLA Broad Stem Cell Research Center September 15, 2016 Article re Researchers Use Stem Cells to Grow Mini 3-D Lung-in-a-Dish | | |
| 451. | Wittich, C. et al. Ten Common Questions (And Their Answers) About Off-Label Drug Use, Mayo Clin Proc. 2012;87(10):982-990 | | |
| 452. | The Nobel Prize in Physiology or Medicine 2012 Press Release | | |
| 453. | Cell Surgical Network Video: How to Isolate SVF | | |
| 454. | Somoza, R. et al. Roles for mesenchymal stem cells as medicinal signaling cells, Nat Protoc. 2016 Jan;11 (1). | | |
| 455. | Institute of Medicine et al. Stem Cells and the Future of Regenerative Medicine, National Academies Press (US); 2002. | | |
| 456. | California Institute of Regenerative Medicine Disease Programs https://www.cirm.ca.gov/patients/disease-information | | |

Respectfully Submitted,

DATED:  April 15, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

GUSTAV W. EYLER
Director
Consumer Protection Branch

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Natalie N. Sanders
NATALIE N. SANDERS
ROGER J. GURAL
Trial Attorneys
Consumer Protection Branch

*Counsel for United States of America*

DATED: April 15, 2021

VENABLE LLP

By:  */s/ Celeste M. Brecht*
     Celeste M. Brecht
     Matthew M. Gurvitz
     Ramanda R. Luper
     Thomasina Poirot (admitted *pro hac vice*)

     Attorneys for Defendants
     CALIFORNIA STEM CELL
     TREATMENT CENTER, INC.,
     CELL SURGICAL NETWORK
     CORPORATION, ELLIOT B.
     LANDER, M.D. and MARK
     BERMAN, M.D.