# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Norma Martinez | 2a. Contact Phone Number: (310) 229-0448 | 3a. Contact E-mail Address: nmartinez@venable.com |
| 1b. Attorney Name (if different): Matthew M. Gurvitz | 2b. Attorney Phone Number: (310) 229-9930 | 3b. Attorney E-mail Address: mmgurvitz@venable.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE): Venable LLP, 2049 Century Park East, Suite 2300, Los Angeles, CA 90067

5. Name & Role of Party Represented: Defendants CALIFORNIA STEM CELL TREATMENT CENTER, INC., CELL SURGICAL NETWORK CORPORATION, ELLIOT B. LANDER, M.D. and MARK BERMAN, M.D.

6. Case Name: United States of America v. California Stem Cell Treatment Center, Inc. et al

7a. District Court Case Number: 5:18-CV-01005-JGB-KK

7b. Appeals Court Case Number: 

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):
   ☐ DIGITALLY RECORDED
   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Adele C. Frazier

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal ☒ Non-Appeal ☐ Criminal ☒ Civil ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/2018 | Jesus Bernal | Scheduling Conference | ● | ● | ○ | ● | ○ | ○ | ○ _____ | HOURLY (2 hrs) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 4/26/2021    Signature: /s/ Matthew M. Gurvitz

G-120 (06/18)