# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | EDCV18-1005-JGB-KKx |
| Date | May 12, 2021 |
| Title: | United States of America v. California Stem Cell Treatment Center, Inc. et al. |

Present: The Honorable **Jesus G. Bernal, United States District Judge**

| Maynor Galvez / Noe U. Ponce | Phyllis A. Preston - A.M. / Laura Elias - P.M. |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Natalie N. Sanders | Celeste M. Brecht, Ramanda R. Luper, Matthew Gurvitz |
| Roger Gural | |

__6th__ Day Court Trial          Day Jury Trial

___ One day trial:   ___ Begun (1st day);   _X_ Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
_✓_ Witnesses called, sworn and testified.   _✓_ Exhibits Identified   _✓_ Exhibits admitted.
___ Plaintiff(s) rest.          ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.           ___ Jury retires to deliberate.                 ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.               ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for      ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
_✓_ Case continued to   May 13, 2021, at 1:30 P.M.,   for further trial/further jury deliberation.
___ Other:

5 : 09

Initials of Deputy Clerk    MG/NP

cc: