# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | EDCV18-1005-JGB-KKx |
| Date | May 13, 2021 |
| Title: | United States of America v. California Stem Cell Treatment Center, Inc. et al. |

Present: The Honorable **Jesus G. Bernal, United States District Judge**

| Maynor Galvez / Noe U. Ponce | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Natalie N. Sanders | Celeste M. Brecht, Ramanda R. Luper, Matthew Gurvitz |
| Roger Gural | |

___7th___ Day Court Trial        _____ Day Jury Trial

___ One day trial:    ___ Begun (1st day);    _X_ Held & Continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ___ Exhibits admitted.
✓ Plaintiff(s) rest.    ✓ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
✓ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    ___ Briefs to be filed by
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to    July 9, 2021, at 1:30 P.M.,    for further trial/closing arguments.
✓ Other: plaintiff and defendant shall file proposed findings of fact and conclusions of law by no later than 5:00 P.M. PST, on June 8, 2021. Original exhibits were returned to counsel.

1 : 23

Initials of Deputy Clerk   MG/NP

cc: