BRIAN M. BOYNTON
Acting Assistant Attorney General
GUSTAV W. EYLER
Director
Consumer Protection Branch
NATALIE N. SANDERS
ROGER J. GURAL
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, D.C. 20530
Telephone: (202) 598-2208
Facsimile:  (202) 514-8742
E-mail: Natalie.N.Sanders@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>CALIFORNIA STEM CELL<br>TREATMENT CENTER, INC.,<br>*et al.*<br><br>              Defendants. | No. 5:18-CV-01005-JGB-KKx<br><br>**PLAINTIFF'S NOTICE OF RECENT DECISION**<br><br>Trial: May 4 – 13, 2021<br><br>Honorable Jesus G. Bernal<br>United States District Judge |

1

## <u>NOTICE OF RECENT DECISION</u>

2
3
4
5
6

Plaintiff United States of America respectfully submits this Notice of Recent Decision in connection with *United States v. California Stem Cell Treatment Center, Inc.* The Court conducted a bench trial in this matter from May 4 through 13, 2021. The parties' Revised Proposed Findings of Fact and Conclusions of Law are due on June 8, 2021, and closing arguments are set for July 9, 2021.

7
8
9
10
11
12

The United States Court of Appeals for the Eleventh Circuit recently issued a decision in *United States v. U.S. Stem Cell Clinic*, No. 19-13276, --- F.3d ---, 2021 WL 2213288 (11th Cir. June 2, 2021) that directly addresses certain legal issues pending before this Court, including the interpretation of the "same surgical procedure" exception at 21 C.F.R. § 1271.15(b). A true and correct copy of the *US Stem Cell Clinic* decision is attached hereto as **Exhibit A.**

13
14
15
16
17
18
19
20
21
22
23

In *US Stem Cell Clinic*, the Eleventh Circuit held that the "same surgical procedure" exception "unambiguously does not apply to" defendants' adipose tissue-derived stromal vascular fraction (SVF) procedure "because the biological material implanted into the patient is not the same as that removed." *United States v. U.S. Stem Cell Clinic*, No. 19-13276, --- F.3d ---, 2021 WL 2213288 (11th Cir. June 2, 2021) at *1, *6. The Eleventh Circuit reasoned that "the plain text of the regulation suggests that 'such HCT/Ps' must be in the original form (rather than subjected to extensive processing)" whereas defendants' "stromal-vascular fraction solution is the product of an intensive cell isolation process involving enzymatic digestion that goes much farther than simple rinsing or sizing. By the time the stromal-vascular fraction is reinjected, it is no longer 'such HCT/P' as the adipose tissue removed from the patient." *Id.* at *6.

24
25

The Eleventh Circuit's decision affirming the conclusion of the district court in that case[1] is the first court of appeals opinion to address this specific issue.

26

27
28

---

[1] One of the defendants here, Elliot Lander, M.D., testified as an expert on behalf of the defendants in *US Stem Clinic*, where he provided many of the same SVF-related opinions that both he and Lola Reid, Ph.D., provided in the instant case.

1 | Dated: June 3, 2021

2 |                                    Respectfully Submitted,

3 |                                    BRIAN M. BOYNTON
4 |                                    Acting Assistant Attorney General

5 |                                    GUSTAV W. EYLER
                                       Director
6 |                                    Consumer Protection Branch

7 |
                                       */s/ Natalie N. Sanders*
8 |                                    NATALIE N. SANDERS
                                       ROGER J. GURAL
9 |                                    Consumer Protection Branch
10 |                                   U.S. Department of Justice
                                       450 5th Street, NW, Suite 6400-South
11 |                                   Washington, D.C. 20530
12 |                                   Telephone: (202) 598-2208
                                       Facsimile:  (202) 514-8742
13 |                                   E-mail: Natalie.N.Sanders@usdoj.gov

14 |
                                       *Counsel for United States of America*
15 | Of Counsel:

16 |
DANIEL J. BERRY
17 | Acting General Counsel
Department of Health and Human
18 | Services

19 |
20 | PERHAM GORJI
Deputy Chief Counsel for Litigation
21 |

22 | MICHAEL SHANE
MICHAEL HELBING
23 | Associate Chief Counsel for Enforcement
United States Food and Drug
24 | Administration
Office of the Chief Counsel
25 | White Oak 31, Room 4554
10903 New Hampshire Avenue
26 | Silver Spring, MD 20993-0002
27 | Telephone: 301-796-8593
28 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June 2021, I electronically filed a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF RECENT DECISION through the Court's CM/ECF system, which will send a notice of electronic filing to the following counsel of record listed below:

Celeste M. Brecht
Ramanda R. Luper
JONES DAY

Matthew M. Gurvitz
Thomasina E. Poirot
Nicole N. King
Witt W. Chang
VENABLE LLP

*/s/ Natalie N. Sanders*
NATALIE N. SANDERS