1  **JONES DAY**
   Celeste M. Brecht (SBN 238604)
2     cbrecht@jonesday.com
   Ramanda R. Luper (SBN 313606)
3     rluper@jonesday.com
   555 South Flower Street, 50th Floor
4  Los Angeles, CA  90071
   Telephone:  (213) 489-3939
5  Facsimile:   (213) 243-2539
6
   **VENABLE LLP**
7  Matthew M. Gurvitz (SBN 272895)
      mmgurvitz@venable.com
8  2049 Century Park East, Suite 2300
   Los Angeles, CA  90067
9  Telephone:  (310) 229-9900
   Facsimile:   (310) 229-9901
10
11 Attorneys for Defendants
   CALIFORNIA STEM CELL
12 TREATMENT CENTER, INC.,
   CELL SURGICAL NETWORK
13 CORPORATION, ELLIOT B. LANDER, M.D.
   and MARK BERMAN, M.D.
14

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>CALIFORNIA STEM CELL TREATMENT CENTER, INC., a California corporation, CELL SURGICAL NETWORK CORPORATION, a California corporation, and ELLIOT B. LANDER, M.D., MARK BERMAN, M.D., individuals,<br><br>                    Defendants. | CASE NO. 5:18-CV-01005-JGB-KK<br><br>Hon. Jesus G. Bernal<br>Riverside, Courtroom 1<br><br>**NOTICE OF LODGING [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW PURSUANT TO LOCAL RULE 52**<br><br>Action Filed:  May 9, 2018<br>Trial Date:  May 4, 2021<br>Closing Agmt.:  July 9, 2021 |

1  **PLEASE TAKE NOTICE** that Celeste M. Brecht, Matthew M. Gurvitz, and Ramanda R. Luper, attorneys for Defendants California Stem Cell Treatment Center, Inc.; Cell Surgical Network Corporation; Elliot B. Lander, M.D.; and Mark Berman, M.D., hereby lodge the attached revised [Proposed] Findings Of Fact And Conclusions Of Law Pursuant To Local Rule 52, this Court's Civil Trial Scheduling Order, and this Court's instruction at the close of trial.

Dated: June 8, 2021

JONES DAY

By: /s/ *Celeste M. Brecht*
  Celeste M. Brecht

  Attorneys for Defendants
  CALIFORNIA STEM CELL
  TREATMENT CENTER, INC.,
  CELL SURGICAL NETWORK
  CORPORATION, ELLIOT B.
  LANDER, M.D. and MARK
  BERMAN, M.D.