1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 5:18-CV-01005-JGB-KK |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION REGARDING RESCHEDULED DATE FOR CLOSING ARGUMENT** |
| CALIFORNIA STEM CELL TREATMENT CENTER, INC., a California corporation, CELL SURGICAL NETWORK CORPORATION, a California corporation, ELLIOT B. LANDER, M.D., and MARK BERMAN, M.D., individuals, | |
| Defendants. | |

1  The Court has reviewed the parties' Joint Stipulation Regarding Rescheduled
2  Date for Closing Argument.
3  The Court, finding good cause, hereby continues the closing argument date to
4  August 20, 2021, at 2:00 p.m.  Consistent with the Court's previous order in this
5  matter, the Government may appear remotely for closing argument.
6  IT IS SO ORDERED.
7  Dated: July 23, 2021

JESUS G. BERNAL
United States District Court Judge