# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | EDCV18-1005-JGB-KKx |
| Date | August 20, 2021 |
| Title: | United States of America v. California Stem Cell Treatment Center, Inc. et al. |

Present: The Honorable  Jesus G. Bernal, United States District Judge

| Maynor Galvez / Noe U. Ponce | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Natalie N. Sanders | Celeste M. Brecht |
| Roger Gural | Ramanda R. Luper |

__8th__ Day Court Trial  _____ Day Jury Trial

___ One day trial:  ___ Begun (1st day);  ___ Held & Continued;  **X** Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.  ___ Exhibits Identified  ___ Exhibits admitted.
___ Plaintiff(s) rest.  ___ Defendant(s) rest.
✓ Closing arguments made by  ✓ plaintiff(s)  ✓ defendant(s).  ___ Court instructs jury.
___ Bailiff(s) sworn.  ___ Jury retires to deliberate.  ___ Jury resumes deliberations.
___ Jury Verdict in favor of  ___ plaintiff(s)  ___ defendant(s) is read and filed.
___ Jury polled.  ___ Polling waived.
___ Filed Witness & Exhibit Lists  ___ Filed jury notes.  ___ Filed jury instructions.
___ Judgment by Court for  ___ plaintiff(s)  ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by  ___ plaintiff(s)  ___ defendant(s).
✓ Case submitted.  ✓ Briefs to be filed by  Friday, August 27, 2021, no more than five pages each.
___ Motion to dismiss by _____ is ___ granted.  ___ denied.  ___ submitted.
___ Motion for mistrial by _____ is ___ granted.  ___ denied.  ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted.  ___ denied.  ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
✓ Other:  responses to additional briefing, if any, are due by Wednesday, September 1, 2021.

00 : 29

Initials of Deputy Clerk  MG/NP

cc: