Matthew M. Gurvitz (SBN 272895)
  mgurvitz@willkie.com
WILLKIE FARR & GALLAGHER LLP
2029 Century Park East, Suite 400
Los Angeles, CA 90067
Tel: 310 855 3000 / Fax: 310 855 3099

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America,

                                  Plaintiff(s)

v.

California Stem Cell Treatment Center, Inc., Cell Surgical Network Corp., Mark Berman, Elliot B. Lander,

                                  Defendant(s).

CASE NUMBER: 5:18-cv-01005-JGB-KK

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

__Elliot B. Lander__ ☐ Plaintiff ☑ Defendant ☐ Other
*Name of Party*

to substitute __Matthew M. Gurvitz__ who is

☑ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

__WILLKIE FARR & GALLAGHER LLP, 2029 Century Park East, Suite 400__
*Street Address*

__Los Angeles, CA 90067__      __mgurvitz@willkie.com__
*City, State, Zip*      *E-Mail Address*

__(310) 855-3000__      __(310) 855-3099__      __272895__
*Telephone Number*      *Fax Number*      *State Bar Number*

as attorney of record instead of __Witt W. Chang, Nicole N. King, and Thomasina E. Poirot__
*List **all** attorneys from same firm or agency who are withdrawing*
__All attorneys from VENABLE LLP__

**is hereby**      **GRANTED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated November 5, 2021

_____
U. S. District Judge