J S - 6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| 9  UNITED STATES OF AMERICA,<br><br>10                                    Plaintiff,<br><br>11          v.<br><br>12<br><br>13  CALIFORNIA STEM CELL TREATMENT<br>14  CENTER, INC., et al.,<br><br>15                                    Defendants.<br>16 | Case No.<br>EDCV 18-1005 JGB (KKx)<br><br><br>**JUDGMENT** |

17 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18          Pursuant to the Findings of Fact and Conclusions of Law, Judgment is

19 entered in favor of Defendants California Stem Cell Treatment Center, Inc., Elliot

20 B. Lander, M.D., Mark Berman, M.D., and Cell Surgical Network Corporation, on

21 all Claims (Claims One through Seven).  The Court declines to award Defendants'

22 attorneys fees because the United States had a reasonable basis to commence suit.

23
24          Dated: August 30, 2022

25                                                       _____
                                                              THE HONORABLE JESUS G. BERNAL
26                                                          United States District Judge

27
28