BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
GUSTAV W. EYLER
Director
Consumer Protection Branch
NATALIE N. SANDERS
ROGER J. GURAL
Senior Trial Attorneys
    Consumer Protection Branch
    U.S. Department of Justice
    450 5th Street, NW, Suite 6400-South
    Washington, D.C. 20530
    Telephone: (202) 598-2208
    Facsimile: (202) 514-8742
    E-mail: Natalie.N.Sanders@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA, | No. 5:18-CV-01005-JGB-KKx |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE REGARDING CORRECTION OF LEAD COUNSEL DESIGNATION** |
| CALIFORNIA STEM CELL TREATMENT CENTER, INC., *et al.* | |
| Defendants. | Honorable Jesus G. Bernal<br>United States District Judge |

    Plaintiff United States of America respectfully moves this Court, and hereby notifies all counsel of record in the above-captioned action, that the designation of lead counsel for the government should be modified as follows:

    Natalie N. Sanders has served as "lead" counsel of record for Plaintiff United States

of America for all purposes in this proceeding, including, without limitation, upon filing the Complaint on May 9, 2018, and at all court hearings and proceedings thereafter. However, a recent review of the PACER docket shows that Ms. Sanders's lead counsel designation may have been inadvertently removed. Plaintiff respectfully requests that the docket in the above-captioned action be modified to reinstate Ms. Sanders's original designations as both lead and notice counsel for the government. Roger J. Gural should be designated as notice counsel only. Please modify the docket to reflect these corrections.

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

GUSTAV W. EYLER
Director
Consumer Protection Branch

/s/ Natalie N. Sanders
NATALIE N. SANDERS
ROGER J. GURAL
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, NW, Suite 6400S
Washington, D.C. 20530
Telephone: (202) 598-2208
Facsimile:  (202) 514-8742
Natalie.N.Sanders@usdoj.gov
Roger.Gural@usdoj.gov

*Counsel for Plaintiff*
*United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September 2022, I electronically filed a true and correct copy of the foregoing PLAINTIFF'S NOTICE REGARDING CORRECTION OF LEAD COUNSEL DESIGNATION through the Court's CM/ECF system, which will send a notice of electronic filing to the following counsel of record listed below:

Celeste M. Brecht
Ramanda R. Luper
JONES DAY

Matthew M. Gurvitz
WILLKIE FARR

Thomasina E. Poirot
Nicole N. King
Witt W. Chang
VENABLE LLP

/s/ Natalie N. Sanders
NATALIE N. SANDERS