Name & Address:
NATALIE N. SANDERS
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, D.C. 20530

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:18-cv-1005-JGB-KKx |
| v. | |
| California Stem Cell Treatment Center, Inc. et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

The following sealed documents relating to Pl.'s summary judgment motion (ECF 45):

(a) Pl.'s Statement of Undisputed Facts and Conclusions of Law (ECF 46);
(b) Defs.' Resps. to Pl.'s RFAs (ECF 47-3); (c) Defs.' Resps. to Pl.'s ROGs (ECF 47-4);
(d) Decl. of Karlton T. Watson (ECF 48); (e) Attachments 1-2, 4-6, 8-55, 59-61, 64, and 66-67 to the Decl. of Karlton T. Watson (ECF 48-1, 48-3, 48-5, 48-9, 48-12, and 48-14; see also ECF 55-5 -- 55-63); (f) Decl. of Carolyn Yong (ECF 49); (g) Decl. of Doran L. Fink (ECF 50); and (h) Decl. of Randa Melhem (ECF 53).

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated: January 27, 2020
☐ Other:

09/27/2022
Date

Natalie N. Sanders
Attorney Name
 Plaintiff, United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)    NOTICE OF MANUAL FILING OR LODGING