BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
GUSTAV W. EYLER
Director
Consumer Protection Branch
NATALIE N. SANDERS
ROGER J. GURAL
Senior Trial Attorneys
      Consumer Protection Branch
      U.S. Department of Justice
      450 5th Street, NW, Suite 6400-South
      Washington, D.C. 20530
      Telephone: (202) 598-2208
      Facsimile:  (202) 514-8742
      E-mail: Natalie.N.Sanders@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA STEM CELL TREATMENT CENTER, INC., a California corporation, CELL SURGICAL NETWORK CORPORATION, a California corporation, and ELLIOT B. LANDER, M.D., MARK BERMAN, M.D., individuals, <br><br> Defendants. | No. 5:18-CV-01005-JGB-KKx <br><br> **NOTICE OF APPEAL AND REPRESENTATION STATEMENT** <br><br> Honorable Jesus G. Bernal <br> United States District Judge |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff United States of America hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment (Dkt. No. 191) and the Findings of Fact and Conclusions of Law (Dkt. No. 190) entered on the docket in this action on August 30, 2022.  Copies of the foregoing documents are attached hereto.  Plaintiff is exempt from filing fees.

## REPRESENTATION STATEMENT

The names of all parties to the judgment appear on the caption page above.

The names, address, and phone number of counsel for Plaintiff-Appellant, Natalie Sanders and Roger Gural, also appear above.  The names, address, and phone number of additional counsel for Plaintiff-Appellant, Daniel Tenny and Adam Jed, appear below:

> DANIEL TENNY
> ADAM C. JED
> U.S. Department of Justice
> Civil Division, Appellate Staff
> 950 Pennsylvania Ave., Rm. 7525
> Washington, DC 20530
> (202) 514-8280

The names, addresses, and phone numbers of Defendants' counsel appear below:

> CELESTE M. BRECHT
> RAMANDA R. LUPER
> Jones Day
> 555 S. Flower St., 50th Fl.
> Los Angeles, CA 90071
> (213) 489-3939

> MATTHEW M. GURVITZ
> Willkie Farr & Gallagher LLP
> 2029 Century Park East, Suite 400
> Los Angeles, CA 90067
> (310) 855-3000

Dated:   October 27, 2022

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

GUSTAV W. EYLER
Director
Consumer Protection Branch

/s/ Natalie N. Sanders
NATALIE N. SANDERS
ROGER J. GURAL
Senior Trial Attorneys

*Counsel for Appellant*
*United States of America*

OF COUNSEL:

SAMUEL R. BAGENSTOS
General Counsel
Department of Health & Human Services

MARK RAZA
Chief Counsel
U.S. Food and Drug Administration

PERHAM GORJI
Deputy Chief Counsel for Litigation
U.S. Food and Drug Administration

MICHAEL SHANE
Associate Chief Counsel for Enforcement
U.S. Food and Drug Administration

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October 2022, I electronically filed a true and correct copy of the foregoing NOTICE OF APPEAL AND REPRESENTATION STATEMENT through the Court's CM/ECF system, which will send a notice of electronic filing to the following counsel of record listed below:

Celeste M. Brecht
Ramanda R. Luper
JONES DAY

Matthew M. Gurvitz
WILLKIE FARR

/s/ Natalie N. Sanders
NATALIE N. SANDERS