UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | FILED |
| --- | --- |
| | JAN 22 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

      Plaintiff - Appellant,

v.

CALIFORNIA STEM CELL
TREATMENT CENTER, INC., a
California corporation; et al.,

      Defendants - Appellees.

No. 22-56014

D.C. No. 5:18-cv-01005-JGB-KK
U.S. District Court for Central
California, Riverside

**MANDATE**

The judgment of this Court, entered September 27, 2024, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT