JS-5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 18-1005 JGB (KKx)** | Date | April 7, 2026 |
|---|---|---|---|

| Title | *United States of America v. California Stem Cell Treatment Center, Inc., et al.* |
|---|---|

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order (1) Setting Briefing Schedule (IN CHAMBERS)**

On April 6, 2026, the parties submitted a joint status report and proposed briefing schedule.  (Dkt. No. 243.)  The Court **ORDERS** that the parties' proposed schedule be adopted.

- Each party may file an opening brief, limited to 25 pages, exclusive of caption, signature, and any proposed order **on or before July 10, 2026**.
- Each party may file a response brief, limited to 12 pages, exclusive of caption and signature **on or before August 7, 2026**.
- A motion hearing is set for August 31, 2026, at 9:00 a.m. before the Court.

**IT IS SO ORDERED.**